UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK MAHONEY, *et al.*,)
                              )
        Plaintiffs,            )
                              )
        -vs-                )     Civil Action No. _____
                              )
THE DISTRICT OF COLUMBIA, *et al.*   )
                              )
        Defendants.           )

## **PLAINTIFFS' EXHIBITS SUPPORTING THE MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Declaration of Reverend Patrick J. Mahoney . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 1

Declaration of Kaitlin Clare Mahoney . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 2

# EXHIBIT 1

# EXHIBIT 2