UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK MAHONEY, *et al.*,)
                          )
         Plaintiffs,        )
                          )
         -vs-          )     Civil Action No. _____
                          )
THE DISTRICT OF COLUMBIA, *et al.*  )
                          )
        Defendants.        )

## **PLAINTIFFS' EXHIBITS SUPPORTING THE MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Declaration of Reverend Patrick J. Mahoney . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 1

Declaration of Kaitlin Clare Mahoney . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 2

# EXHIBIT 1

DECLARATION OF REVEREND PATRICK J. MAHONEY

I, Patrick Mahoney, hereby declare under the penalties of perjury of the law of the District of Columbia:

1.      I am a citizen of the United States.

2.      I am a resident of the Commonwealth of Virginia.

3.      I make this declaration on personal knowledge.

4.      I am a Christian.

5.      I am an ordained minister of the Reformed Presbyterian Church.

6.      I was ordained more than 30 years ago.

7.      For more than 30 years, I have, as Presbyterian minister and a Christian social activist, conducted public prayer vigils, public demonstrations, and public protests.

8.      In my ministry of public activism, I have sought to fulfill the command of the Word of God, "justice, justice shall you pursue."

9.      Using prayer vigils, demonstrations, protests and similar activities, I have pursued justice for the handicapped, the homeless, the forgotten of our society.

10.      A principal focus of my pursuit of justice in American society has been the ongoing legality of abortion, which broad policy of legality causes harm and even death to women, and nearly always causes the death of prenatal children.

11.      In pursuit of justice, I helped found the Christian Defense Coalition ("CDC").

12.      The CDC is a religious association of Christians involved in public activism.

13.      Kaitlin Clare Mahoney is my daughter.

14.      Kaitlin Clare Mahoney serves as the Program Director of the CDC.

15.      In addition to directing the activities of the CDC, I work with religious organizations and pro-life organizations, and individuals around the Nation, including

Cheryl Conrad and Survivors.

16.     Cheryl Conrad is the executive director of Survivors.

17.     Survivors is a business transaction name ("dba") of Cradles of Love, Inc.

18.     Cradles of Love, Inc. is a California nonprofit organization with tax exemption under section 501(c)(3) of the Internal Revenue Code.

19.     As a Christian, I am compelled to adhere to the tenets of my religious faith.

20.     The Holy Bible is, in my religious faith, the express Word of God, infallible, and it is binding upon my conscience and manner of life.

21.     Although we rejoice in the historic election of the first African-American President of the United States, we are deeply troubled by Barack Obama's radical support of abortion.

22.     I have prayed, studied God's Word, and considered the words and actions of the President-elect, Barack Obama.

23.     In anticipation of the inauguration and presidency of Barack Obama, together with Kaitlin Clare Mahoney, the CDC, Cheryl Conrad, and Survivors, I planned and organized a series of activities and strategies under the name, the Birmingham Letter Project.

24.     As part of that project, we created an internet website describing our interests, our purposes, and our methods.

25.     That website is http://www.thebirminghamletterproject.com.

26.     Our choice of project name deliberately recalls the letter written by Dr. Martin Luther King, Jr., from a Birmingham jail.

27.     In his letter, Dr. King justified, particularly for pastors and religious adherents that had disapproved his violation of discriminatory local laws and ordinances, his purposes and methods in seeking social justice for African Americans.

28.     Barack Obama's tragic embracing of abortion is a betrayal of social justice and of the principles of Dr. Martin Luther King and the Scriptures:

a.    Barack Obama opposes a ban on the barbaric partial birth abortion procedure.

b.    Barack Obama said one of the first things he wanted to do as President would be to pass the Freedom of Choice Act which would codify abortion as a federal right, a result more radical than the Roe v. Wade decision because it would nullify any state or federal law blocking or restricting abortion, and invalidating any limitations the Supreme Court has put on abortion.

c.    As an Illinois state senator, Barack Obama blocked legislation that would have saved newborn children born alive after late term abortions.

d.    As President, Barack Obama wants taxpayer dollars to be used to pay for abortions as part of his health care plan.

e.    During the presidential campaign, Barack Obama said while speculating on the issue if one his daughters became pregnant, that he would "not want them punished with a baby."

f.    Barack Obama would only nominate judges to the Supreme Court and the federal courts that support Roe v. Wade.

g.    Barack Obama's transition team said they would reverse an Executive Order that prohibits promoting abortion in foreign countries with financial aid provided by taxpayer dollars.

29.    By supporting policies which have resulted in the deaths of 50,000,000 innocent lives, Barack Obama fails to understand the eternal truth of "loving your neighbor as yourself."

30.    Throughout history, the people of God have always been a public prophetic witness against injustice and "spoken truth to power."

31.    We see many examples of this in Scripture and throughout church history:

a.    In 2 Samuel 12:1:7, we read how the prophet Nathan confronted King David for his sin of adultery with Bathsheba and the murder of her husband Uriah.

b.      In Mark 6:17-28, the prophet John the Baptist confronted King Herod for having an adulterous relationship with his brother's wife.

c.      It is in that "prophetic spirit" that God is calling the church to prayerfully challenge President Obama on his radical support for abortion in Washington, D.C. this January.

32.    Together with Kaitlin Clare Mahoney, the CDC, Survivors, and Cheryl Conrad, I decided to use a chalk art demonstration to express our prayers, thoughts, views and hopes to then-to-be President Obama on the important civil rights, political and religious issue of legalized abortion.

33.    We have used chalk art on many occasions previously as part of our public prayer vigils, demonstrations, protests and rallies:

a.      The March for Women's Lives, April 25, 2004:

i.      With the full knowledge, in advance, of the Metropolitan Police Department's Special Operations Division, I and other CDC participants used chalk to outline body shapes in the street just before the march contingents approached on Constitution Avenue and on 15th Street in the District of Columbia.

ii.     At the time when we actually entered the street and engaged in the chalk art demonstration, we were in the personal physical presence of then Chief of Police Charles Ramsey, who allowed us to carry out the activity.

b.      Sojourners Poverty Conference, week of June 1, 2007:

i.      The Christian group, Sojourners, sponsored a week-long conference on poverty, in the District of Columbia.

ii.     As part of that conference, Sojourners conducted an assembly at George Washington University, featuring Senators Hillary Clinton, John Edwards and Barack Obama.

iii.    Because all three of those Senators and candidates publicly support legalized abortion, the CDC, Kaitlin Clare Mahoney and I decided to conduct a prayer vigil and demonstration to proclaim the

message that "Abortion is Poverty."

iv. Prior to the event, I communicated to representatives of the Special Operations Division of the Metropolitan Police Department our plan to include chalk art as part of the demonstration.

v. Our plan was approved.

vi. During our demonstration, some members of the public that approached the venue to attend the program objected to our chalk art demonstration and tried to have us stopped.

vii. Special Operations Division personnel on the scene at the time intervened in the situation, confirmed that we were permitted to conduct the chalk art demonstration, and kept us from being molested while we completed our demonstration.

c. Doctor Wenyi Wang Solidarity Protest.

i. In April 2006, Dr. Wenyi Wang was arrested at White House during a remarks by the Communist Chinese president on the White House Lawn.

ii. Dr. Wang sought to bring attention to the plight, in Communist China, of members and adherents of Falun Gong.

iii. I was shocked and disappointed at the treatment of Dr. Wang, and together with others, I went to the street in front of the White House, on Pennsylvania Avenue.

iv. While at that location, with others in agreement and joining me, I wrote messages of solidarity and support for Dr. Wang and the persecuted members and adherents of Falun Gong in Communist Chine.

v. At that time and at that location, I was approached by police personnel, but I believe they were uniformed Secret Service officers.

vi. They allowed me, and those with me, to conduct our chalk art

Declaration of Reverend Patrick Mahoney
Civil Action No. _____ (D.D.C. 2009)
Page 5 of 11

demonstration.

34.     January 22nd is the anniversary date of the Supreme Court's decision in Roe v. Wade.

35.     Each year on that date, thousands and thousands of Americans travel to Washington, or to their state Capitols, to memorialize the lives lost to legalized abortion and to express continued opposition to the civil rights wrong that legalized abortion inflicts on prenatal children.

36.     Many like-minded individuals will be in the metropolitan Washington, DC area for the commemorations on January 22, 2009.

37.     With that in mind, we decided to organize and conduct our chalk art demonstration on Saturday, January 24, 2009.

38.     The chalk art demonstration – with its associated contemplative and prayerful witness – will occur on a public street, Pennsylvania Avenue NW, in Washington, the District of Columbia.

39.     The precise location of the planned activity is on the street surfaces of Pennsylvania Avenue, between its intersections with 15th Street NW and 17th Street NW.

40.     In that area, it is our plan to create messages and images with chalk on the paved portions of the road bed.

41.     We do not plan or intend to create chalk messages or images on the granite squares that are part of the road bed.

42.     Pennsylvania Avenue is continuous through the neighborhood and in the City of Washington.

43.     That street is regularly used by the public for passage through the vicinity and in the City of Washington.

44.     In all meaningful respects, that public street is indistinguishable from other public streets in the City of Washington.

45.     During the administration of President Clinton, vehicular travel on that portion of Pennsylvania Avenue was ended, causing disruption of traffic and inconvenience to the

residents of Washington.

46.     That portion of Pennsylvania Avenue now, although it still looks much like a typical street, is, in fact, a broad, pedestrian promenade that is as much a sidewalk as those public sidewalks adjacent to the United States Supreme Court and the public sidewalk adjacent to the parade route used for presidential inaugurals along Pennsylvania Avenue.

47.     With these plans in mind, I contacted legal counsel and directed them to correspond with the District of Columbia's Metropolitan Police Department regarding our plan.

48.     My counsel sent correspondence to the General Counsel of the Metropolitan Police Department on November 24, 2008.

49.     When no response was received regarding that correspondence, my counsel sent a follow up letter.

50.     In response to that letter, General Counsel Ryan wrote and advised that the proposed demonstration was being reviewed by the MPD's Special Operations Division.

51.     On January 7, 2009, Commander Crane, of the MPD SOD, prepared a letter responding to my counsel's correspondence, and that letter was hand-delivered to my counsel on January 8, 2009.

52.     In that letter, Commander Crane requested additional information for the development of a demonstration permit, included an application form, but stated that chalking would not be allowed.

53.     On January 9, 2009, my counsel sent further correspondence to the MPD General Counsel.

54.     On January 12, 2009, after business hours, MPD SOD Lieutenant Emmerman faxed and email to my counsel a permit for our demonstration planned for January 24, 2009.

55.     The permit expressly prohibits chalk art.

56.     Attached to this declaration as attachment 1 through 5 are the letters to and from my counsel regarding our planned demonstration.

57.     Attached to this declaration as attachment 6 is the demonstration permit that was sent to my counsel.

58.     We have used chalk art as a form of expression for many years here in the District of Columbia, and also at prayer vigils and demonstrations elsewhere in the United States.

59.     One recent example elsewhere was our chalk art demonstration during the Democratic National Convention in Denver, Colorado, in August, 2007.

60.     We want to conduct the planned chalk art demonstration on January 24, 2009.

61.     We have announced the planned demonstration and invited participants.

62.     The assertion that our planned activity is criminal carries with it the clear threat of criminal prosecution.

63.     That threat chills us and those who would otherwise join us from the exercise of our rights.

64.     We plan to continue to conduct prayer vigils, demonstrations, protests and related activities in the District of Columbia regularly into the foreseeable future.

65.     That plan is not speculative or fantasy.

66.     We have an extended track record of using our rights to expression, assembly, free exercise of religion, and free press here in the Nation's Capitol for twenty years.

67.     Threats of arrests and criminal prosecutions for our planned chalk art demonstration are particularly disturbing because the District of Columbia government actively encourages, sponsors and supports public chalk art events on the sidewalks, streets and public properties of the District of Columbia.

68.     On January 8, 2009, I used my computer and internet access to examine the contents of the official internet website of the Government of the District of Columbia.

69.     That website is found at the URL: http://www.dc.gov.

70.     On the homepage for the DC Government website there is a small search engine that allows users to search by terms for items of interest.

71.     On January 8, 2009, I entered the term "chalk" in that search engine and received a search response that linked numerous documents on the DC website related to the sponsorship and conduct of chalk art contests and activities by the District of Columbia.

72.     From those linked documents, I discovered that the Mayor's Office of Asian and Pacific Island Affairs has sponsored, for three years, an annual chalk art contest.

73.     From those linked documents, I discovered that the Public Library System of the District of Columbia has participated in and sponsored an annual event, "Chalk4Peace" since 2005.

74.     The linked documents included registration forms for the activities, announcing dates, times, locations and, where relevant, prizes.

75.     Other linked documents included newsletters of the District of Columbia Government reporting on the successful completion of those chalk art events.

76.     Attached to this declaration as Attachments 7 through 16 are printed versions of the web pages I found on the District of Columbia Government website.

77.     I have compared the printed versions with the web versions and they are true and accurate copies of the web documents.

78.     Attached to this declaration as Attachment 17 are photographs that purport to be of participants in the 2006 Chalk4Peace at the Dr. Martin Luther King, Jr., branch of the DC Public Library system.

79.     Attached to this declaration as Attachment 18 are photographs that purport to be of participants in the 2007 Chalk4Peace at the Dr. Martin Luther King, Jr., branch of the DC Public Library system.

80.     Attached to this declaration as Attachment 19 are photographs that purport to be of participants in the 2008 Chalk4Peace at the Dr. Martin Luther King, Jr., branch of the DC Public Library system.

81.     I am familiar with the vicinity of the Dr. King Library.

82.     I have examined the photographs that are Attachment 17 through 19, and based on my personal knowledge of the vicinity, I can say with certainty that those photographs

depict the exterior of the Dr. King Library.

83.     Not only does the District of Columbia Government act as an official sponsor of, promoter of, and participant in, chalk art events, it also tolerates open and flagrant instances of chalk art demonstrations other than my own.

84.     One recent example of such open, flagrant and tolerated chalk art demonstrations took place during the same 2008 Chalk4Peace, on the public sidewalks adjacent to 2021 14th Street, NW, in the District of Columbia.

85.     On that occasion, an internet café, restaurant, pub, and performance space, transacting business as "Busboys and Poets" participated in the 2008 Chalk4Peace by sponsoring a chalk art demonstration on the sidewalk outside the establishment.

86.     Attached to this declaration as Attachment 20 are photographs that purport to be of participants in the 2008 Chalk4Peace on the public sidewalk at 2021 14th Street, NW, in the District of Columbia.

87.     I am familiar with the vicinity of 2021 14th Street NW, in the District of Columbia.

88.     I have examined the photographs that are Attachment 20, and based on my personal knowledge of the vicinity, I can say with certainty that those photographs depict the public sidewalk at 2021 14th Street NW, in the District of Columbia.

89.     I am very afraid that without the aid of this Court, the District of Columbia, its Metropolitan Police Department, and its Special Operations Division will abridge my federal constitutional and statutory rights without legal justification.

        FURTHER YOUR DECLARANT sayeth not.

        I, Reverend Patrick Mahoney, in accord with Title 17 U.S.C. § 1726, hereby declare under the penalty of perjury of the District of Columbia that the foregoing statement, and the factual assertions contained therein, are true and correct.

                                        This 15th day of January, 2009

                                        _____
                                        Reverend Patrick Mahoney

                                        Declaration of Reverend Patrick Mahoney
                        Civil Action No. _____ (D.D.C. 2009)
                                                        Page 10 of 11

# **ATTACHMENTS**

1

*District of Columbia Office:*

201 Maryland Avenue, N.E.
Washington, D.C. 20002
(202) 546-8890
Fax: (202) 337-3167



**ACLJ**

American Center
*for* Law & Justice

*Writer's Direct Contact
Information:*

Direct: (202) 546-9163
Fax: (202) 546-8623

November 24, 2008

Terrence Ryan
General Counsel
Metropolitan Police Department of the District of Columbia
300 Indiana Ave., NW
Room 4115
Washington, DC 20001

    re:  Planned Chalk Art Protest on Pennsylvania Avenue in vicinity of the White House

Dear Sir:

    At the request of my clients, I am writing to advise the MPD of a planned demonstration on January 24, 2009. I represent the Reverend Patrick Mahoney and the Christian Defense Coalition. They, along with Generation Life and Survivors of the Abortion Holocaust ("Survivors") are the organizers of the planned demonstration. The details are provided below.

    By way of introduction, the American Center for Law and Justice ("ACLJ") in a nonprofit organization concerned with the rights of religious liberty, freedom of speech, and constitutional governance. Attorneys with the ACLJ have argued cases addressing First Amendment freedoms in all levels of state and federal courts, including both the Supreme Court of the United States and the Superior Court for the District of Columbia.[1]

    The demonstrators on whose behalf I write to you share a longstanding commitment to the pursuit of social justice for unborn children. That goal they pursue by nonviolent, public demonstration activity. They strongly sense that their duty – as Christians – is to speak the truth to the powerful. That commitment, as their prior cases indicate,[2] often evinces itself in public comment and criticism of government actions, and in actions by which these demonstrators identify themselves publicly with defenseless unborn children.

    January next, as always, the District will bear witness to the gathering of thousands of like-minded Americans. On January 22nd these thousands will publicly express sorrow and regret, by words and demonstration, over the judicial usurpation that is *Roe v. Wade*. Reverend Mahoney, and the other demonstrators about whose activities I write to you, plan to gather for a permitted demonstration on January 22, 2009, in Lafayette Park. Two days later, on Saturday, January 24, 2009, weather conditions permitting, they will conduct a second demonstration on the

Letter to Terrence Ryan, General Counsel
Page 2
Nov. 24, 2008

public promenade portion of Pennsylvania Avenue directly between the White House and
Lafayette Park. It is to that planned demonstration that they seek to draw your attention and
about which they seek to give the MPD advance notice.

Reverend Mahoney and the other demonstrators plan to create a variety of verbal and
visual messages, by making chalk drawings on the paved surface of Pennsylvania Avenue. These
messages will speak for the voiceless unborn children who are victimized by abortion, will speak
the truth of the Gospel of Life to the newly inaugurated President and administration, and will call
the Nation to turn from the despair and hopelessness of abortion to the hope and light of Christ.
No other kind of demonstration activity is planned for that day by these individuals and groups,
other than the chalk drawing activities. Of course, the event is weather dependent.

The art and messages will be created using sidewalk chalk. This is a washable, non-toxic
and non-indelible material commonly used by children for drawing and playing games on
sidewalks. Sidewalk chalk does not damage the asphalt and concrete surfaces on which it is
typically used. Because of its softness and friability, it is the chalk itself that is damaged,
essentially destroyed, by its use. And because of its nature, chalk produces a readily dissipating
image: simple foot traffic, a brief rain, strong winds, all scrub the chalk markings from the
surfaces on which they have been made.

Of course, the District of Columbia has a track record of both allowing the use of chalk as
part of public expression[3] and of using chalk to communicate messages to the public.[4] Equally
obvious, the subject matter – opposition to abortion and the movement to extend full civil rights
to unborn children – is at the core of constitutional protection of speech under the First
Amendment. And, the use of public streets and sidewalks for such activities is an expected
feature of these traditional public forum properties. Most importantly, a review of D.C. statutes
and regulations reveals no basis is law to prohibit the chalk art demonstration.

The Supreme Court employs "forum" analysis to resolve claims of access to public
property for purposes of free speech. *Cf., e.g., Perry Education Association v. Perry Local
Educators' Association*, 460 U.S. 37 (1983) (internal mail system of public school not a
traditional or designated public forum); *United States v. Grace*, 461 U.S. 171 (1983) (public
sidewalk surrounding U.S. Supreme Court is a traditional public forum); *Cornelius v. N.A.A.C.P.
Legal Defense and Education Fund, Inc.*, 473 U.S. 788, 797 (1985) (Combined Federal
Campaign is not a traditional or designated public forum). As exemplified in *Cornelius*, the
analysis proceeds in three steps.

First, the activity threatened or affected by government action must be identified, and it
must be determined whether it is speech protected under the First Amendment. *Id.* (Obviously, in
cases not involving expression or expressive activities, the analysis concludes here.) Second, it is
essential to "identify the nature of the forum, because the extent to which the Government may

Letter to Terrence Ryan, General Counsel
Page 3
Nov. 24, 2008

limit access depends on whether the forum is public or nonpublic." *Id.* Third, where constitutionally protected speech is at stake, the government action must be analyzed according to the standards applicable to the relevant forum. *Id.*

When forum analysis is applied in the instant case, Reverend Mahoney's claims for injunctive and declaratory relief are demonstrably well-founded and justified.

As explained above, the chalk art demonstration will take place on the pedestrian promenade portion of Pennsylvania Avenue directly in front of the White House. The chalk art demonstration will express opinions and views, through words and images, related to the Peculiar Institution of legalized abortion.

It is an axiom of the Constitution that religious speech and discussion "are forms of speech protected by the Constitution." *Widmar v. Vincent*, 454 U.S. 263, 269 (1981); *Heffron v. ISKCON, Inc.*, 452 U.S. 640 (1981). The chalk art demonstration, motivated by the religious conscience of Reverend Mahoney, the Christian Defense Coalition, and the other participants, "speaking" to the consequences of legalized abortion in the United States, "far from being a First Amendment orphan, is as fully protected under the Free Speech Clause as secular private expression." *Capital Square Review and Advisory Board v. Pinette*, 132 L.Ed.2d 650, 660 (1995) (citing cases). Further, their use of sidewalk chalk art and message to draw public attention to what they perceive as the incoming President's support for legalized abortion are constitutionally protected, core political expression.

The Pennsylvania Avenue pedestrian promenade is a traditional public forum. It is open to public passage. It is part of the contiguous stretch of Pennsylvania Avenue from northwest to northeast Washington, DC. The promenade is used by individuals for sightseeing at the White House, and by those in the nearby vicinage for transport to local businesses and government offices.

Moreover, access to this pedestrian promenade is unrestricted. There are no gates nor guards. There are no requirements for identification cards or passes. The layout of the pedestrian promenade encourages the public to sightsee, to patronize nearby businesses and amenities, and to enjoy the majestic vistas nearby.

The Supreme Court has repeatedly held that "streets, sidewalks, and parks, are considered, without more, to be public forums [sic]." *Grace*, 461 U.S. at 177 (and cases cited). It is well settled that:

Letter to Terrence Ryan, General Counsel
Page 4
Nov. 24, 2008

> [w]herever the title of streets and parks may rest, they have immemorially been
> held in trust for the use of the public and, time out of mind, have been used for
> purposes of assembly, communicating thoughts between citizens, and discussing
> public questions. Such use of the streets and public places has, from ancient times,
> been a part of the privileges, immunities, rights, and liberties of citizens.

*Hague v. C.I.O.*, 307 U.S. 496, 515 (1939) (plurality opinion).

Thus, streets, sidewalks, and parks represent "quintessential public forums." *Perry Education Association v. Perry Local Educators' Association*, 460 U.S. 37, 45 (1983). On the range of properties open in varying degrees to expressive activities, the sidewalks adjacent to Madison and Jefferson Drives lie at the very "end of the spectrum." *Id.*

In traditional public fora, like the Pennsylvania Avenue pedestrian promenade,"the government's ability to permissibly restrict expressive conduct is very limited." *Grace*, 461 U.S. at 177 (quoting *Perry*, 460 U.S. at 45) (additional citations omitted). This conclusion results from the fact that "[o]ne who is rightfully on a street [or a sidewalk] open to the public 'carries with him there as elsewhere the constitutional right to express his views in an orderly fashion.'" *Members of City Council of Los Angeles v. Taxpayers for Vincent*, 466 U.S. 789, 810 (1984) (quoting *Jamison v. Texas*, 318 U.S. 413, 416 (1943)) (additional citation omitted).

In fact, "[r]egulation of speech activity on governmental property that has been traditionally open to the public for expressive activity, such as public streets and parks, is examined under strict scrutiny." *United States v. Kokinda*, 497 U.S. 720, 726 (1990). In *Capital Square Review and Advisory Board v. Pinette*, 132 L.Ed.2d 650, 660 (1995), the Court explained that in a traditional public forum property, "the right to limit protected expressive activity is sharply circumscribed: it may impose reasonable, content-neutral time, place and manner restrictions ... but it may regulate expressive *content* only if such a restriction is necessary, and narrowly drawn, to serve a compelling state interest."

This chalk demonstration may present new issues of first impression in the DC Superior and federal courts, should resort to court be made necessary by any developments in this matter. It appears that the only reported cases regarding chalking on streets and sidewalks – arising in the Ninth and Second Circuits – reach conflicting results on the ultimate question of a constitutional right to make such chalk drawings as a feature of free speech. Here in the District, a simpler case is presented because of the District's long-standing practice of allowing and encouraging such activities. Thus, were the District now suddenly to conclude that it would prohibit chalk drawing it would be (a) committing itself to a burdensome effort at micro management, since such a rule would also bar school children from drawing hopscotch grids and flowers and other children's art on neighborhood sidewalks and (b) violating the rights of these demonstrators to be treated

Letter to Terrence Ryan, General Counsel
Page 5
Nov. 24, 2008

equally with others whose chalking has been tolerated or actively encouraged by the City.

Between now and the date of the demonstration, please contact me if there are any questions regarding the planned chalk art demonstration, or issues that must be addressed. If the MPD concludes that it will not allow the chalk art demonstration, my clients request the earliest possible determination of that conclusion to allow judicial review in a timely fashion.

With warm regards,

James Matthew Henderson, Sr.
*Senior Counsel*

copies to:

Peter Nickles  Acting Attorney General for the District of Columbia

Acting General Counsel Gus P. Coldebella
Office of the General Counsel
Department of Homeland Security

Donald Personnette, Chief Counsel
Secret Service, Office of the Chief Counsel

DAVID LONGLY BERNHARDT
Solicitor, U.S. Department of the Interior

1.     *See, e.g., Reverend Patrick Mahoney v. District of Columbia*, Civil Action No. 89-3136-OG, 1990 U.S. Dist. LEXIS 69 (U.S. Dist. Ct., Jan. 8, 1990, prel. inj. issued) (enjoining enforcement of emergency statute which regulated certain picketing and 'patrolling' within 100 feet of abortion clinics); *Reverend Patrick Mahoney v. Bruce Babbitt*, 105 F.3d 1452 (D.C. Cir. 1997) (enjoining National Park Service from arresting persons holding signs critical of President Clinton while standing adjacent to Inaugural Parade route).

2.     *See* n.1 and cases cited.

3.     *See* http://161.253.158.31/gwencyclopedia/index.php/University_Traditions ("Arts Fest and Chalk-in This annual event, sponsored by The University Counseling Center, is held in April and is a celebration of student talent in the arts. Students dance, sing and perform while other

Letter to Terrence Ryan, General Counsel
Page 6
Nov. 24, 2008

students participate in activities such as mask and frame making, fun with Play-Doh and create your own tribal art. H Street is closed to traffic during the event so students can draw on the street and sidewalks with chalk-a great stress-reliever as exams approach!"). Images from the most recent, 2008, chalk-in at George Washington University, can be found at http://flickr.com/photos/sabine01/sets/72157604715642790/.

4.      *See* http://dcracommunications.files.wordpress.com/2008/08/howard1.jpg (image of stenciled and chalked consumer protection message). *See also* http://thisshouldbeillegal.com/about ("The D.C. Department of Consumer & Regulatory Affairs wants students attending colleges and universities in the District of Columbia to know that your health and safety are important to us. At thisshouldbeillegal.com we want to provide a central location where you can request free services that can make your life safer if you live off-campus. We also want to make the information available where you are. We have created a Facebook group so you can get immediate online and mobile updates. We're also on Twitter so you can ask questions and post links from wherever you are. We have also partnered with D.C. Fire & Emergency Medical Services to provide almost all of the important information you need regarding your off-campus housing. No need to click around all day. If your landlord is legally licensed to rent, the property has been inspected. If they are not legally licensed, there may not have been an inspection and dangerous conditions could exists - even if you can't see them. So check your property online, watch the videos and learn how to prepare for an emergency. We hope you enjoy the options. And if there is something you need, do not hesitate to contact at anytime").

2

*District of Columbia Office:*

201 Maryland Avenue, N.E.
Washington, D.C. 20002
(202) 546-8890
Fax: (202) 337-3167



## ACLJ

### American Center
### *for* Law & Justice

*Writer's Direct Contact
Information:*

Direct: (202) 546-9163
Fax: (202) 546-8623

Wednesday, December 10, 2008

Terrence Ryan
General Counsel
Metropolitan Police Department of the District of Columbia
300 Indiana Ave., NW
Room 4115
Washington, DC 20001

  re:  Planned Chalk Art Protest on Pennsylvania Avenue in vicinity of the White House

  subj:  Follow up Letter

Dear Sir:

  I write to follow up on my letter to you on behalf of Reverend Mahoney and his associates regarding their planned sidewalk chalk art demonstration on January 24, 2009.

  Today, Reverend Mahoney and Kaitlin Clare, Program Director for the Christian Defense Coalition, met with representatives of the National Park Service and the United States Park Police regarding a demonstration planned for Inaugural Day, adjacent to the site of the Inaugural Parade. During the course of conversation with those present, Reverend Mahoney brought up the planned sidewalk chalk demonstration. Robbin Owen, representing the National Park Service, acknowledged her awareness of the sidewalk chalk demonstration. She also told Reverend Mahoney, in response to his question, that she understood that no decision had yet been made on whether the demonstration would be allowed.

  The sidewalk chalk demonstration presents no risk of harm to the District of Columbia or its residents and visitors. Moreover, as my prior letter indicated, the District allows sidewalk chalking, including both the hopscotching activities of neighborhood children, and the organized sidewalk chalk event conducted by the George Washington University every year, and even the District's agencies use sidewalk chalking to communicate with the public (regarding housing dispute resolution sources and about boundaries of election precinct polling places). If the District is now of a mind to deny to Reverend Mahoney and his associates the right to conduct their planned demonstration, delay will frustrate legal process, and may cause inconvenience to the judicial officers and courts that may have to be brought to bear on any planned, advance denial of my clients' First Amendment rights.

Letter to Terrence Ryan, General Counsel
Page 2
Dec 10, 2008

Consequently, I am writing to urge that the District consider with great care any intention to interfere with the demonstration, or to deny Reverend Mahoney and his associates the same right that the District preserves to its children, to students attending GWU, and to its own agencies. Yet, if the decision has been made already to prevent the demonstration, both sound administrative practice *and* respect for the serious constitutional issues that may be presented commands the District immediately communicate any denial decision.

Of course, if all that is pending are questions about logistics, security, numbers, and those require conversations between police officials and the demonstrators, I can be of assistance in accommodating any such need.

I look forward to your soonest response to these communications.

With warm regards,

James Matthew Henderson, Sr.
*Senior Counsel*

copies to:

Peter Nickles  Acting Attorney General for the District of Columbia

Acting General Counsel Gus P. Coldebella
Office of the General Counsel
Department of Homeland Security

Donald Personnette, Chief Counsel
Secret Service, Office of the Chief Counsel

DAVID LONGLY BERNHARDT
Solicitor, U.S. Department of the Interior

**3**

## James M. Henderson, Sr

| | |
|---|---|
| **From:** | Ryan, Terry (MPD) [terry.ryan@dc.gov] |
| **Sent:** | Monday, December 29, 2008 5:56 PM |
| **To:** | James M. Henderson, Sr; oag@dc.gov |
| **Subject:** | RE: sidewalk chalking on Pennsylvania Avenue |

Mr. Henderson:

Both of your letters on behalf of Reverend Mahoney were received and referred to the Special Operations Division, Events Branch of the Metropolitan Police Department. The Events Branch is the unit at MPD that processes applications for First Amendment Assembly plans. I will check on the status of your request and let you know the results.

Terrence D. Ryan
General Counsel
Metropolitan Police Department
300 Indiana Avenue, N.W., Room 4125
Washington, DC 20001

(o) 202 727 4129
(fx) 202 727 3308

**Confidentiality Notice**

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** James M. Henderson, Sr [mailto:jmhenderson@aclj-dc.org]
**Sent:** Monday, December 29, 2008 3:35 PM
**To:** oag@dc.gov; Ryan, Terry (MPD)
**Subject:** sidewalk chalking on Pennsylvania Avenue

Dear Sirs and/or Mesdames,

I have corresponded twice without response from your offices regarding the plan and intention of my clients, Reverend Patrick Mahoney and the Christian Defense Coalition, along with others, to conduct a sidewalk chalking event on the paved portion of Pennsylvania Avenue that has been converted into a pedestrian mall, in front of the White House.

I seek only to clarify my intention to bring these efforts to the attention of any judicial officer should the District of Columbia and its Police Department hereafter interfere with this exercise of rights of assembly and speech. The date of the planned event, January 24, 2008, looms large. If the District or the MPD intends to prohibit the planned event, you should know Reverend Mahoney's mind is to seek judicial assistance by injunction. If the delays in response compel such an outcome, he intends to seeks such relief even if it means requesting a last-minute TRO.

I am loathe to act in a manner that unfairly burdens the courts. But I am even more greatly concerned that the District and the MPD might deliberately delay a decision in order to frustrate the right of judicial review.

Your offices can clarify matters by simply corresponding.  In recent meeting regarding another demonstration, Reverend Mahoney was told by a representative of the National Park Service and the United States Park Police that MPD and the District had not decided whether to allow the chalking event.  Is this the case?  If so, is there any justification for failing to have communicated that decision?

I hope that you understand that this correspondence seeks to clarify the circumstances, and to avoid, if possible, unnecessary litigation.  It is not a threat of litigation at all.  It is a request for open lines of communication.

I await your responses.

James Matthew Henderson, Sr.
Counsel for Reverend Patrick Mahoney and the Christian Defense Coalition

4



**GOVERNMENT OF THE DISTRICT OF COLUMBIA
METROPOLITAN POLICE DEPARTMENT**

January 7, 2009

James Matthew Henderson, Sr.
Senior Counsel
American Center for Law and Justice
210 Maryland Avenue, NE
Washington DC  20002

Dear Mr. Henderson:

This letter is in response to your correspondence on behalf of the Reverend Patrick
Mahoney, the Christian Defense Coalition, and Generation Life and Survivors of the
Abortion Holocaust (collectively "Organizers") regarding a demonstration they plan to
conduct on roadway and adjacent sidewalks of the 1600 block of Pennsylvania Avenue,
N.W. on January 24, 2009.  As indicated by your November 24, 2008 letter on behalf of
the Organizers, they contemplate that participants in the demonstration will apply
"sidewalk chalk" to the Pennsylvania Avenue roadway during the demonstration.

A part of the activities described in your November 24, 2008 letter appear to constitute a
First Amendment assembly on public space under the District of Columbia First
Amendment Rights And Police Standards Act or 2004 ("the Act").  The First
Amendment Assembly provisions of the Act provide that a person or group who wishes
to conduct a First Amendment assembly on a District street, sidewalk, or other public
area shall give notice and apply for approval of an assembly plan unless the assembly is
to take place on public sidewalks and crosswalks without preventing other pedestrians
from using those walkways, the organizer reasonably anticipates that the assembly will
have fewer than 50 participants and will not occur on a District street, or the assembly is
for the purpose of an immediate and spontaneous expression of views in response to a
public event.  D.C. Official Code § 5-331.05 (c), (d) (1)-(5).  Your November 24, 2008
letter reflects that the Organizer's planned First Amendment assembly does not qualify
for any exemption to the permit requirement.

Moreover, as you can probably imagine, the Metropolitan Police Department ("MPD")
has legitimate concerns relating to the security of the White House grounds, which are
immediately adjacent to the proposed site of the Organizers' planned demonstration.
Accordingly, the MPD requires significantly greater detail and clarity regarding an
organizer's plans for a contemplated assembly in such immediate proximity to the White
House than your November 24, 2008, letter provides.  For instance, your November 24,
2008 letter provides no indication of the number of anticipated demonstration
participants, the starting and ending times of the demonstration, or any contemplated use
of sound amplification or other equipment.  This limits somewhat MPD's ability to
fashion a permit for the Organizers' planned demonstration based on the information
provided by your November 24, 2008 letter.

Both the security concerns that are peculiar to areas adjacent to the White House and the foreseeable demand for use of the 1600 block of Pennsylvania Avenue, N.W. as a demonstration site justify and require reasonable time, place, and manner limitations on activities in its immediate proximity that do not apply in other areas of the District of Columbia. Accordingly, with this letter I have enclosed a demonstration permit based on the information that the organizers have provided through you. My staff and I remain available to discuss any questions you may have about this permit or any modifications you may seek. It is our goal to allow First Amendment assemblies to proceed safely and consistent with District of Columbia law.

However, we understand that the organizers wish for participants in their planned demonstration to also apply chalk to the Pennsylvania Avenue roadway and adjacent sidewalks. Such activity would constitute defacing public property in violation of D.C. Official Code § 22-3312.01. D.C. Official Code § 22-3312.01 is a content-neutral, criminal proscription of general application. The National Park Service, which has authority over the sidewalks immediately abutting the 1600 block of Pennsylvania Avenue, N.W., has regulations that prohibit the defacing of property or real property. That these narrowly-tailored, content-neutral restrictions serve a significant governmental interest, while leaving open ample alternative channels for communication is particularly apparent in the particular context to which your November 24, 2008 letter alludes. MPD does not intend to issue a demonstration permit that could be understood to exempt organizers or any other persons from the neutral application of D.C. Official Code § 22-3312.01.

In that regard I note that your letter suggests that the District of Columbia "has a track record of both allowing the use of chalk as part of public expression and of using chalk to communicate messages to the public." Certainly chalk can be lawfully utilized in any number of ways that do not violate District law. To the extent that the Organizers interpret a publication of the George Washington University to reflect that MPD has at some point authorized activity similar to that which the Organizers wish to conduct on Pennsylvania Avenue, they are mistaken. The District has closed streets from time to time for any number of activities, including the closure of H Street at the request of George Washington University. MPD was not aware that the roadway was to be defaced and did not authorize such conduct. In this instance, MPD does not intend to issue a permit that allows or contemplates "chalk art" on the Pennsylvania Avenue roadway where the Organizers plan to demonstrate.

I trust this is responsive to your request. Please feel free to call me at 202 671 6505 or Captain Burt Henry at 202 671 6515.

Sincerely,

James O. Crane
Commander
Special Operation Division

# Assembly Plan Notification/
# Application for Approval of Assembly Plan
## Metropolitan Police Department
## Washington, DC

☐ Assembly
☐ Picket

**Mail to:**   Metropolitan Police Department
Special Operations Division
2301 L Street, NW
Washington, DC

**Fax to:**   (202) 727-6839

**Date Application Submitted:** _____   **Date of Event:** _____

**Purpose:**

**Location:**

**Principal Officer/Person in Charge** (If there is a different person in charge of activities at different locations, each person must be listed):

**Contact Information** (include area codes with phone numbers)
Day Phone Number: _____   Evening Phone Number: _____
Cell Phone Number: _____   Fax Number: _____
Email Address(es): _____

**Event Information**
Name of Group: _____
Estimated Number of Participants: _____

Assembly Time: _____   Disbanding Time: _____

List any special equipment (props, stages, sound equipment, other structures) that will be used in assembly or rally areas (If additional space is needed, please list on a separate sheet):

Any planned civil disobedience:  Yes ☐  No ☐
(If yes, please indicate the individual/group, number of participants & locations)

_____      _____
Signature                                                  Date

 **MPDC Assembly/Picket Plan Notification**                      Rev August 2006

**List any Special Equipment** *(props, stages, sound equipment, other structures)* **that will be used in assembly and/ or rally areas.** *(If insufficient space, list on separate sheet)* _____

**Parade/March Route:** (If insufficient space, list on separate sheet) _____

**Location of Reviewing Stands:** _____

**Number & Type of Vehicles:** _____

**Number & Type of Animals:** _____

**Number & Type of Bands:** _____

**Number & Type of Banners:** _____

**Number & Type of Placards:** _____

**Number & Type of Signs:** _____

**Number & Type of Special Props:** _____

**Number of Parade Marshals:** _____

**Any Planned Civil Disobedience or Arrests:** YES [___]   NO [___]
(If yes, please indicate the individual/group, number of participants & locations below)

# APPLICATION NOT VALID UNLESS SIGNED

_____          _____
*Signature of person filing application*          *Typed/printed name of person filing*

## Contact Information
*(Include area code with phone and fax numbers)*

**Address:** _____

**Day Phone:** _____   **Evening Phone:** _____

**Cell Phone:** _____   **Fax:** _____

**Email:** _____

REV MAY 2003

**5**

*District of Columbia Office:*

201 Maryland Avenue, N.E.
Washington, D.C. 20002
(202) 546-8890
Fax: (202) 337-3167



**ACLJ**
**American Center**
*for* **Law & Justice**

*Writer's Direct Contact
Information:*

Direct: (202) 641-9163
Fax: (202) 546-8623

Friday, January 9, 2009

Terrence Ryan
General Counsel
Metropolitan Police Department of the District of Columbia
300 Indiana Ave., NW
Room 4115
Washington, DC 20001

  re: Planned Chalk Art Protest on Pennsylvania Avenue in vicinity of the White House

  subj: Follow up Letter

Dear Sir:

  I write again, to further follow up on my letters to you on behalf of Reverend Mahoney and his associates regarding their planned sidewalk chalk art demonstration on January 24, 2009.

  Yesterday, January 7, 2009, Commander James O. Crane, Special Operations Division, Metropolitan Police Department, caused a letter, addressed to me, to be hand delivered by an officer of the MPD. A copy of that letter and its attachments is included as Attachment One. In that letter, Commander Crane reaches the following conclusion:

> However, we understand that the organizers wish for participants in their planned demonstration to also apply chalk to the Pennsylvania Avenue roadway and adjacent sidewalks. Such activity would constitute defacing public property in violation of D.C. Official Code § 22-3312.01. D.C. Official Code § 22-3312.01 is a content-neutral, criminal proscription of general application. The National Park Service, which has authority over the sidewalks immediately abutting the 1600 block of Pennsylvania Avenue, N.W., has regulations that prohibit the defacing of property or real property. That these narrowly-tailored, content-neutral restrictions serve a significant governmental interest, while leaving open ample alternative channels for communication is particularly apparent in the particular context to which your November 24, 2008 letter alludes. MPD does not intend to issue a demonstration permit that could be understood to exempt organizers or any other persons from the neutral application of D.C. Official Code § 22-3312.01.

Letter to Terrence Ryan, General Counsel
Page 2
Jan 9, 2009

I provided Reverend Mahoney and Kaitlin Clare a copy of the letter and advised them of the conclusion I reached as a result of reading the letter that the MPD was, in fact, denying any permit for a street demonstration that would expressly include chalking on the street surfaces, in common parlance, "sidewalk chalking." My clients instructed me to investigate available options to secure their right to conduct their planned event. I have concluded that, unless the MPD and Commander Crane provide a written assurance POST HASTE that the only possible means of securing their rights will be the filing of a federal civil rights law suit under Section 1983 against the District of Columbia. My clients have requested that we proceed with seeking such a written assurance, and failing that, to file litigation on their behalf.

You may conclude that Commander Crane has reasonably construed and applied a provision of the D.C. Code related to graffiti and intimidation. I disagree. The cited provision of the D.C. Code makes chalking a crime, if it does at all, only if the person having custody and control of the public property at issue does not grant permission for the chalking activity. The code section is, in point of fact, a classic prior restraint. It allows speech in the form of chalking or other marking activities, when consent of the government official responsible for the property allows it. It denies the right to speak in the form of chalking, when denial of consent of the government official disallows it. ABSOLUTELY NO STANDARDS OF GRANT OR DENIAL OF CONSENT ARE PROVIDED IN THE STATUTE.

As I have contemplated this matter and examined the factual premises of tolerated and permitted chalking in the District of Columbia, I learned of at least two prior events involving MPD and my clients in which permission to chalk was expressly granted: one involved permission from former Chief Ramsey, on the day of the March for Women's Lives, in which Chief Ramsey conversed with Reverend Mahoney, and then watched while Reverend Mahoney and his co-laborers entered Constitution Avenue (ahead of the March) to make chalk markings of the outlines of bodies); the other involved an officer of the Special Operations Division intervening to allow Reverend Mahoney and his associates to continue to chalking on a sidewalk in the George Washington University area during an event there involving Democratic candidates Hillary Clinton, Barack Obama, and John Edwards. These events confirm that, in fact, chalking has been allowed previously, and make suspect the SOD Commander's decision to deny the permit.

**MORE IMPORTANTLY, on this date, my clients discovered, while examining the District of Columbia's government web page, that the District sponsor chalk art events**. This past May, for example, the THIRD annual OAPIA Youth Chalk Art contest was held. In addition, the District of Columbia held an event in the summer of 2005 inviting youth to "CHALK FOR PEACE." These were found simply by going to the homepage for the District at http://www.dc.gov and entering, in the small search engine provided on that page, the word "chalk."

Letter to Terrence Ryan, General Counsel
Page 3
Jan 9, 2009

So too were the following photographs, all taken from official publications of the District of Columbia:



 

I would urge you to make this same evaluation of the District's own admissions about the practice of allowing chalking on public property. You will find that the District, just last year, invited youth to celebrate by "**Chalking Chinatown**," Saturday, May 3, 2008, from 12 pm – 3 pm. You will see the importance that Mayor Fenty has placed on this harmless activity as a means of drawing youth and other citizens into a celebration of the life and diversity of the

Letter to Terrence Ryan, General Counsel
Page 4
Jan 9, 2009

community.  And, if you do, you will wonder:

### "What was Commander Crane thinking?"

As you, and as a federal judge too, can well imagine, there now arises a suspicion that viewpoint and content of speech is what allowed OAPIA-sponsored and similar events to take place, and that viewpoint and content of speech is precisely why Reverend Mahoney and his associates will now be denied permission for their Chalk Art Demonstration.  These latest factual discoveries paint as patently ridiculous the MPD SOD Commander's disapproval of the planned Chalk Art Demonstration.  Given the circumstances and all the facts, my clients are left with no choice but to make a demand for immediate action.

# DEMAND

Commander Crane has my address.  A letter on MPD letterhead and signed by him or another superior officer of the MPD shall be delivered to my office no later than 5 p.m. on Monday afternoon.  That letter shall expressly and directly retract the letter of Commander Crane dated January 7, 2009.  Commander Crane will state, expressly and directly, that the planned Chalk Art Demonstration, described in correspondence directed to General Counsel Terry Ryan, from the undersigned, dated November 24, 2008, will be permitted by the MPD and the District of Columbia.

This demand must be satisfied.  Unless it is satisfied, my clients will have no other recourse except litigation, timely, expensive, and unnecessary litigation, to compel the District of Columbia to allow Reverend Mahoney and his associates to do precisely what they allow others to do: to express their views, thoughts, opinions, and artistic bent, through the medium of sidewalk chalk, on the street portion of Pennsylvania Avenue directly in front of the White House.  If there is an interest in being in communication prior to the time deadline set herein, I can be reached by calling my secretary at (202) 641-9150, or after hours at (571) 244-9066.

I look forward to your soonest response to these communications.

With warm regards,

*James Matthew Henderson, Sr.*
*Senior Counsel*

Letter to Terrence Ryan, General Counsel
Page 5
Jan 9, 2009

copies to:

Peter Nickles, Acting Attorney General for the District of Columbia

Acting General Counsel Gus P. Coldebella
Office of the General Counsel
Department of Homeland Security

Donald Personnette, Chief Counsel
Secret Service, Office of the Chief Counsel

DAVID LONGLY BERNHARDT
Solicitor, U.S. Department of the Interior

**6**



# Metropolitan Police Department

### SPECIAL OPERATIONS DIVISION
### "SPECIAL EVENTS BRANCH"
### PLANNING & LOGISTICAL SUPPORT

Special Events Branch, Air Support Unit, Explosive Ordnance Unit, Horse Mounted
Unit, Harbor Patrol, Canine Patrol, Traffic Safety Enforcement Branch,
Emergency Response Team, Office of Homeland Security and Counter Terrorism

## Commander James O. Crane
## 2301 L. Street, N.W.
## Washington, D.C. 20037

### Office-    (202)671-6522
### Fax-      (202)727-6839

**TO:**    James Henderson

**FROM:**  Lt. Stuart Emerman

**DATE:**  1/12/09

*This Fax consists of pages.* 2

*Remarks:*

2301 L Street, N.W., Washington, D.C. 20037 ♦ Station – (202) 671-6511 ♦ Planning Office Fax – (202) 727-6839

METROPOLITAN POLICE DEPARTMENT
WASHINGTON, D.C.
ASSEMBLY PLAN APPROVAL
2k9-009

Date: January 12, 2009

Name of Sponsoring Organization: The Christian Defense Coalition
Permit Applicant: Rev. Patrick Mahoney
Address: PO Box 77168 Washington, DC 20013
Phone: (202) 547-1735

In accordance with the provisions of the First Amendment Assemblies Act of 2004, permission is hereby granted to Rev. Patrick Mahoney to conduct a First Amendment Assembly on Saturday, January 24, 2009 from 0700 hours (assembly time), 1900 hours (disbanding time), consisting of no more than 5,000 persons. You are permitted to possess signs and banners. However, there is no permission granted to use chalk or any other material to mark the surfaces of Pennsylvania Ave., NW.

A 20 foot wide fire lane on the south side of Pennsylvania Avenue will be maintained for emergency vehicles at all times during this assembly.

A United States Park Police permit is required for the use of Lafayette Park and the White House Sidewalk area.

SUBJECT TO THE FOLLOWING CONDITIONS

1.    Applicant and all participants in the assembly herein authorized must comply with all the conditions of this assembly approval plan and applicable regulations and instructions issued by the Metropolitan Police Department.

2.    The Metropolitan Police Department reserves the right to revoke this Assembly Plan Approval at any time, should the event present a clear and present danger to public health or safety, or if any conditions of this approval plan are violated by the applicant in the assembly herein authorized.

3.    The applicant agrees that the assembly shall terminate at the expiration of the time specified herein; applicant assumes responsibility for the orderly disbanding of the assembly and for the orderly dispersal of all participants.

4.    Applicant agrees that the area of the assembly shall be left in substantially the same condition as it was prior to the assembly authorized herein.

5.    This plan approval is applicable only for the use of the area designated herein or any area as may hereafter be designated by the Chief, Metropolitan Police Department, or her representative.

6.    It is understood that Rev. Patrick Mahoney will be in charge of this assembly and is the person that the Metropolitan Police Department should contact in managing this event.

James O. Crane
Commander
Designee pursuant to D.C. Official
Code § 5-331.06

7



**8**



# REGISTRATION FORM (*PLEASE PRINT*)
# 3RD APA SIDEWALK CHALK CONTEST

### Registration Information

**First Name:** _____

**Last Name:** _____

**Address:** _____

_____

**Telephone:** _____

**Email:** _____

**Grade:** _____   **Age:** _____

**School:** _____

_____

### Event Information

**What?** 3rd APA Sidewalk Chalk Contest

**Who?** Youth in the Metro DC area
(8 - 18th yrs. old)

**When?** Saturday, May 3, 2008
12:00 – 3:00 PM

**Where?** Historical Society of Washington
801 K street NW (Across from
Washington Convention Center)

**Metro?** Mt. Vernon Square and Gallery
Place/Chinatown (Green/Yellow Line)

Three winners will be
selected from each age
group:
- 3rd – 5th grade
- 6th – 8th grade
- 9th – 12th grade

**To register:** Please mail or
fax form to OAPIA.

**Deadline:** April 18, 2008

For more information, please contact:
**The Mayor's Office on Asian & Pacific Islander Affairs (OAPIA)**
**441 4th St. NW 805 S Washington, DC 20001**
**Telephone:202-727-3120 Fax: 202-727-9655**

## Use of Photograph by Office on Asian and Pacific Islander Affairs

I consent to interview(s), photography and its/their release, publication, exhibition, or reproduction to be used for public relations, new articles or telecasts, education, inclusion on the OAPIA, or any other purposes by the D.C. Office and Commission on Asian and Pacific Islander Affairs and/or its affiliates. I release the D .C. Office and Commission on Asian and Pacific Islander Affairs, their officers and employees, and each and all persons involved from any liability connected with the taking, recording, or publication of said interviews and photographs.

I waive all rights I may have to any claims for payment in connection with any exhibition, televising, or other publication of these materials, regardless of the purpose or sponsoring of such exhibiting, broadcasting, or publication. I also waive any right to inspect or approve any photograph taken by the D.C. Office and Commission on Asian and Pacific Islander Affairs or the person or entity designated by it. I release and discharge the D.C. Office and Commission on Asian and Pacific Islander Affairs and/or its affiliates from any liability by virtue of any blurring, distortion, alteration, or use in composite form whether intentional or otherwise, that may occur or be produced in the taking of the pictures, or in any processing toward the completion of the finished project. All negatives and positives, whether prints or film are the property of the D.C. Office and Commission on Asian and Pacific Islander Affairs or the person or entity designated by it, solely and completely.

I declare that I am eighteen years or older and am legally competent to execute this release or that I have acquired the written consent of my parent or guardian. I understand that the terms herein are contractual, that this instrument is binding, and that I have voluntarily signed this document.

I have fully informed myself of this consent, waiver of liability, and release before signing it.

Participant's Name _____   Date _____

Participant's Address _____   Phone _____

Signature of Participant _____

**If participant is under 18, the parent or legal guardian, if any, must sign.**

Parent/Guardian Name _____   Phone _____

## Signature of Parent/Guardian _____   Date _____

**9**



# REGISTRATION FORM (*PLEASE PRINT*)

## "CHALK FOR PEACE" SIDEWALK CHALK CONTEST

### Information

First Name:

Last Name:

Address:

Telephone:

Email:

Grade Level:          Age:

School:



### INFORMATION ABOUT THIS EVENT

**What?** *"Chalk For Peace"* Sidewalk Chalk Contest

**Who?** Youth in the Metro DC area (8 - 18th yrs. old)

**When?** July 15, 2005, 11:30 AM – 4:00 PM

**Where?** Martin Luther King Jr. Memorial Library Entrance *901 G St. NW* (Red, Green Metro Stop: Chinatown / Gallery, G. St. Exit)

**Orientation:** Thursday, July 6, 3:00 PM – 4:00 PM. 441 4th St. NW One Judiciary Square, Conference Room 1117 Metro Accessible: Judiciary Square (Red Line)

**REGISTRATION DEADLINE: June 28, 2005**





### Prizes:

3rd – 5th grade
(prize: $10 McDonalds gift certificate)

6th – 8th grade
(prize: $15 McDonalds gift certificate)

9th – 12th grade
(prize: $20 McDonalds gift certificate)

For questions, please contact the Mayor's Office on Asian & Pacific Islander Affairs
441 4th St. NW Washington DC 20001 Telephone: 202-727-3120 Fax: 202-727-9655

---



# REGISTRATION FORM (*PLEASE PRINT*)

## "CHALK FOR PEACE" SIDEWALK CHALK CONTEST

### Information

First Name:

Last Name:

Address:

Telephone:

Email:

Grade Level:          Age:

School:



### INFORMATION ABOUT THIS EVENT

**What?** *"Chalk For Peace"* Sidewalk Chalk Contest

**Who?** Youth in the Metro DC area (8 - 18th yrs. old)

**When?** July 15, 2005, 11:30 AM – 4:00 PM

**Where?** Martin Luther King Jr. Memorial Library Entrance *901 G St. NW* (Red, Green Metro Stop: Chinatown / Gallery, G. St. Exit)

**Orientation:** Thursday, July 6, 3:00 PM – 4:00 PM. 441 4th St. NW One Judiciary Square, Conference Room 1117 Metro Accessible: Judiciary Square (Red Line)

**REGISTRATION DEADLINE: June 28, 2005**





### Prizes:

3rd – 5th grade
(prize: $10 McDonalds gift certificate)

6th – 8th grade
(prize: $15 McDonalds gift certificate)

9th – 12th grade
(prize: $20 McDonalds gift certificate)

For questions, please contact the Mayor's Office on Asian & Pacific Islander Affairs
441 4th St. NW Washington DC 20001 Telephone: 202-727-3120 Fax: 202-727-9655

**10**



# OAPIA NEWSLETTER

Volume 4
Issue 8
August 2005

## Asian Pacific American Youth Sidewalk Chalk Contest





The gloomy weather did not deter some 80 enthusiastic youth from participating in "Chalk 4 Peace," the first ever Asian Pacific American (APA) Youth Sidewalk Chalk Contest organized by the **Mayor's Office on Asian & Pacific Islander Affairs (OAPIA)** on July 15, 2005. Using the entrance of the Martin Luther King, Jr. Memorial Library as their canvas, these talented young artists from both Asian and non-Asian backgrounds filled some 90 squares of sidewalk with their interpretations of peace, the theme of the contest.

The event received a positive response from both the participating youngsters and adults, and provided an opportunity to recognize youth of all ages not only for their artistic talent but for their ideas as well. "I've never won anything like this before. I never thought this could happen to me," one of the contest winners made the above comment.

ued, "The event gave under privileged children an opportunity to shine through artistic self-expression for a meaningful cause and reinforced a positive model to these youngsters."



"Chalk 4 Peace"

The success of the event was made possible through the cooperation and efforts of the Asian community-based organizations, like Asian American LEAD, Chinatown Service Center, and Vietnamese American Community Service Center, and through the generosity of private corporations like Safeway, McDonalds, Target, Utrecht Art Supplies and Starbucks.

**OAPIA** organized the APA Youth Sidewalk Chalk Contest in order to bring the APA community together to promote community awareness as well as to engage APA youth in a healthy summer activity by utilizing their creativity and talent through artistic expression.



One of the squares contains two Chinese characters, "he ping," which means peace in Chinese.

"Sidewalk Chalk was a wonderful event for different youth groups to get together for the same cause: peace," Ryan Tse, Director of the Summer Enrichment Program at the Chinatown Service Center, said. He contin-



Winners from 3rd-5th grade group pose cheerfully after receiving their prize.

### INSIDE THIS ISSUE
Asian Pacific American Youth Sidewalk Chalk Contest
API Population Fact Sheet
AALEAD Job Announcements
Free Community program
OAPIA High School Intern
Funding & Resources

★★★ **Mayor's Office on Asian and Pacific Islander Affairs (OAPIA)**
**441 4th Street, NE Suite 805 South, Washington, DC 20001; Phone: 202-727-3120 Fax: 202-727-9655**



# Asian Pacific Islander Population Fact Sheet

**Mayor's Office on Asian and Pacific Islander Affairs (OAPIA)** will soon be releasing a profile of the Asian population in the District of Columbia. Using data from the 1990 and 2000 Censuses, this profile looks at District Asians in terms of population size, income and poverty, education, immigration and citizenship, English proficiency, employment, and housing.

Between 1990 and 2000, the Asian population in D.C. increased by 64%, the largest increase out of any ethnic group in the District, and had in 2000, a total population of 17,956. The five largest Asian group in D.C. were Chinese (without Taiwanese), Indian, Filipino, Vietnamese, and Japanese. Other findings from the Census 2000 data include:

* The Asian population in the District was comprised mainly of foreign-born individuals.
* District Asians earned less overall compared to the District's total population.
* Rates of poverty were higher for Asian families and individuals than they were for the entire District.
* Asians had higher levels of education compared to the total D.C. population.
* Asians in D.C. faced greater language barriers than the entire population of D.C.

For further information and the complete Census 2000 profile, please visit www.apia.dc.gov.

**District Population Breakdown**



**English Language Ability of D.C.'s Asian Population**



- Speak only English
- Speak English "very well"
- Speak English "well"
- Speak English "not well" or "not at all"

**D.C. Asian Population Breakdown**


- Chinese
- Indian
- Filipino
- Vietnamese
- Japanese
- Korean
- Pakistani
- Thai
- Indonesian
- Bangladeshi
- Sri Lankan
- Taiwanese
- Other Asian



All data has been taken from the 2000 U.S. Census.



Job Announcements from Asian American LEAD



### Coordinator for Volunteer and Mentoring Program

#### Position Description

The Volunteer/Mentoring Program Coordinator will be responsible primarily for building, organizing, and maintaining a volunteer workforce, making sure that AALEAD has enough volunteers for its various expanding programs and special events. In addition, the incumbent will manage the expansion of Asian American LEAD's Mentoring program to match Chinese American youths between the ages of 9 and 18 in Washington DC with caring adults who support them in their efforts to develop the linguistic, academic and life skills necessary to succeed in the United States.

#### Qualifications

• BA/BS in social science, education, social work, liberal arts, or related field
• Minimum two years of relevant experience
• Ability to speak and provide presentations to a variety of groups including professionals, students and parents
• Strong management and supervisory experience in non-profit settings
• Good organizational skills
• Strong oral and written communication skills
• Ability to communicate and interact with volunteers, students, and parents
• Sensitivity to the needs of refugee and immigrant children and families
• Attentive to details
• Ability to work flexible hours, including evenings, weekends, and some holidays

• Chinese (Mandarin) language skills and cultural familiarity is preferred

### Vietnamese or Chinese Speaking After School Program Instructors



#### Position Description

Teachers wanted for school year (and summer) after school program in DC. Teaching exp, degree, and facility with Vietnamese or Chinese language facility preferred.

Most positions approximately 20 hours per week during school year. Flexible scheduling options possible.

#### Qualifications

• Bachelors in related fields
• Relevant academic and/or work experience
• Strong organizational skills and professional ethics
• Strong oral and written communication skills
• Sensitivity to the needs of refugee and immigrant children and families
• Vietnamese and/or Chinese Language Fluency preferred



### Tutoring Program Site Coordinator & Assistant Site Coordinators

#### Position Description

Tutoring Program Site Coordinator and Assistant Site Coordinators are jointly responsible for the implementation and management of AALEAD's weekend tutoring program. Coordinators recruit students and tutors, administers assessment tests, conducts group sessions, provides tutor with supervision and support and handle all aspects of organizing and managing a highly structured tutoring program for students in need of remedial assistance.

#### Qualifications

• Bachelors in related fields
• Relevant academic and/or work experience
• Strong organizational skills and professional ethics
• Strong oral and written communication skills
• Sensitivity to the needs of refugee and immigrant children and families
• Vietnamese and/or Chinese language fluency preferred

**Interested candidates please send resume and cover letter to Tony Yih, Deputy Director at email: tyih@aalead.org.**

**Asian American LEAD** ...

seeks to nurture, empower, and support the development of Asian American youths and families and to strengthen community building through a partnership between youths, families and the community. In working with students, Asian American LEAD has developed a holistic approach that aims to promote healthy youth development and high academic achievement among inner city Asian American students.



**FREE English lessons for all DC residents**
**Come Join Us**

## Open enrollment for <u>Fall 2005 Classes</u>



**When:**
**Evening program**
**August 15, 16 & 17th   2-8 pm**

**Day program**
**August 18 & 19   10 am-4 pm**

**Where:**
**Carlos Rosario International Career Center**
**& Public Charter School**
**1100 Harvard Street, NW,**
**Washington, DC 20009**
(corner of Harvard and 11th Street)

**Requirements: One official picture ID and two proofs of DC residency**

* Classes are free for all DC residents. A+ Certification and culinary Arts have a nominal fee. If applications exceed open slots, there will be a lottery on Monday, August 22, 2005. Accepted applicants will be registered on August 23 & 24.

If you have any questions, please call Carlos Rosario International Career Center & Public Charter School at 202-797-4700.

Classes will start on **Monday, August 29, 2005**

| | **Schedule** | |
|---|---|---|
| ESL (English as a Second Language) Levels 1-4, Orientation | Monday-Friday Monday-Friday Monday-Thursday | 8:45 am-11:30 am 1:00 pm-3:45 pm 6:00 pm-9:00 pm |
| ESL Level 5 & 6 | Monday-Friday Monday-Thursday | 8:45 am-11:30 pm 6:00 pm-9:00 pm |
| GED (English) | Monday-Thursday | 6:00 pm-9:00 pm |
| Workplace Computers | Monday-Friday | 8:45 am-11:30 am |
| Computer Literacy | Monday-Friday Monday-Thursday | 8:45 am-11:30 am 6:00 pm-9:00 pm |
| A+ Certification | Monday-Friday Monday-Thursday | 8:45 am-11:30 am 6:00 pm-9:00 pm |
| Citizenship | Wednesdays <u>ONLY</u> | 6:00 pm-9:00 pm |
| Citizenship (Starts September 3) | Saturdays <u>ONLY</u> | 9:00 am-1:00 pm |
| Culinary Arts | Monday-Friday | 8:30 am-1:00 pm |

## OAPIA High School Intern



**Hanna Cha,** a senior at Centreville High School, will be interning at the **Mayor's Office on Asian and Pacific Islander Affairs (OAPIA)** this summer as a part of Liberty's Promise, a program that assists minority high school students in obtaining internship and employment experience while in high school. This is the first time **OAPIA** has had a high school student, other than college students, work as an intern.

At Centreville High School, Hanna is involved in a number of extracurricular activities, including the National Honor Society, the Music Honor Society, Key Club, and Korean Club, of which she is a founding member. Outside of school, Hanna volunteers at her local Korean school, where she teaches Korean and Korean culture to kindergarteners every Saturday. She has also helped recent immigrants apply for their U.S. citizenship by acting as a translator. Through this internship at **OAPIA**, Hanna hopes to explore her interest in government and to gain a better understanding of the Asian community in the DC metropolitan area.

★★★

# Funding & Resources

☐ **Domestic Violence Program Grant.** *Department of Human Services* announces funds to assist customers to identify and to overcome barriers to self-sufficiency due to domestic violence. Eligible applicants include nonprofit organizations, faith- and community-based organizations. The deadline for applications is August 30, 2005, at 5:00 pm. The request for applications (RFA) may be obtained from DHS/IMA, 645 H Street, NE, Washington, DC 20002. The RFA also will be available at http://www.opgd.dc.gov, select District Grants Clearinghouse. Approximately $150,000 is available. For further information, contact Priscilla Burnett at 202-670-4407; or go to: http://www.opgd.dc.gov. GrantID: GD579

☐ **Legal Assistance Grants.** *Department of Health and Human Services* announces funds to provide states with a cost-effective way to increase the number of seniors who receive quality legal assistance, particularly the underserved. Eligible applicants include city or township governments, county governments, state governments, nonprofit, faith, and community-based organizations. The deadline for applications is August 16, 2005. Approximately $900,000 is available to fund 8 awards, ranging from $100,000-$150,000. A match is required. For further information, go to: http://www.aoa.gov/doingbus/fundopp/fundopp.asp. GrantID: GD570 

☐ **Enhancing Physical Health.** *BALANCE BAR* announces funds to enhance people's physical health while they pursue a passion that enriches their lives. Grants are available to support programs such as road runners clubs, trails conferences, parks and recreation departments, athletics programs and leagues, youth organizations, etc. Eligible applicants include nonprofit organizations. The deadline for applications is August 31, 2005. Awards ranging from $1,000-$25,000 are available. For further information, go to: http://www.balance.com/grants/default.aspx. GrantID: GD573 

☐ **Literacy.** *The Barbara Bush Foundation for Family Literacy* announces funds to develop or expand projects that are designed to support the development of literacy skills for adult primary care givers and their children. Eligible applicants include non-profit organizations. The deadline for applications is September 9, 2005. Approximately $650,000 is available to fund NA awards up to $65,000. For further information, call 202-955-6183 or go to: http://www.barbarabushfoundation.com/nga.html. GrantID: GD576

 ☐ **Regional Report.** *The Greater Washington Initiative* recently released its annual signature publication. The Greater Washington Regional Report provides current demographic, economic, business and quality of life data on the Greater Washington region. The 2005 report features an overview of major new developments and a focus on how the area's business community benefits from more than 50 higher education institutions. For further information, go to: http://www.greaterwashington.org/services/publications/request.asp.

☐ **Final Report on the Nonprofit Sector.** *Panel on the Nonprofit Sector* has released its comprehensive series of recommendations intended to strengthen the ability of the nation's 1.3 million charities and foundations to serve as responsible stewards of the public's generosity. For further information, go to: http://www.nonprofitpanel.org/.

The above information comes from *Funding Alert,* a free service of the Office of Partnerships and Grants Development *(OPGD).*

OPGD provides nonprofit and government representatives with funding information at its Grants Information Resource Center (GIRC). This computer center provides access to funding databases, as well as the Internet. The GIRC is located at One Judiciary Square, 441 4th Street, NW, Suite 1130 North. Call (202) 727-8900 to schedule an appointment.

To start your own online subscription to *Funding Alert,* simply register with DC.Gov and subscribe at DCDocs http://dc.gov/registration/dcdocs.asp.

**11**

## Summer 2008 Newsletter



# Mayor's Office on Asian and Pacific Islander Affairs

1. Messages
Mayor's Message
Director's Message

2. Events
APIA Heritage Month

3. Activities
Cultural Dialogue
Community Meeting
Poster

4. Community News
New API CBO Directors

5. Summer Interns

6. Staff Directory

## Mayor's Message

Dear API Community,



Summer is here and the District continues to work diligently to provide services for you and your family. The District recently kicked off the DC Summer Fun Initiative. With more than 150 programs, DC Summer Fun is designed to provide the District's young people with activities to keep them engaged in the summer. Programs include summer camps, free summer meal programs, summer reading, health services for children and youth, early care and education, summer safety, summer school, mental health services and summer youth employment. If you haven't taken advantage of these programs, I urge you to do so soon.

We are also excited to announce the DC One Card. The DC One Card makes accessing services easier and more convenient for District residents. With this single identification card, you can use multiple government programs and facilities, including recreation centers, libraries and the Metro. If you don't have a DC One Card, please register at your local recreation center as soon as possible.

With these two initiatives, we have provided you with easy access to more than 150 of the District's services and summer programs. We hope that you'll take full advantage of it and enjoy the summer.

Warm Regards,

Adrian M. Fenty, Mayor
Government of the District of Columbia

## Director's Message

Dear API Community,



Welcome to our summer newsletter. In this issue, we have selected and highlighted a few of our Office's important events and activities.

In May, we celebrated the Asian and Pacific Islander American (APIA) Heritage Month in the District. You will read about our community celebration with Mayor Adrian Fenty to our Youth Sidewalk Chalk Contest. These events celebrated our rich APIA heritage with the District while informing them of our achievements and contributions to society.

You will also read about our continuing efforts to assist District Agencies to better serve the API community. Our cultural dialogue sessions have increased frontline staff's cultural understanding when providing services to API community members. In addition, OAPIA has continued to distribute our "Find Out What We Do" posters at District frontline centers to increase awareness of OAPIA's services and activities.

We hope that this newsletter gives you a glimpse of OAPIA's activities with the community and District Agencies to better serve you. We always welcome any feedback or suggestions you may have to better serve our API community. Thank you for your continued support.

Warm Regards,

Soohyun "Julie" Koo
Executive Director

# page one of six

## Events

# Asian and Pacific Islander American Heritage Month



*"Bringing residents together to celebrate diversity and recognize the contributions of APIAs to the District"*

Every May, the Mayor's Office on Asian and Pacific Islander Affairs (OAPIA) coordinates the city's Asian and Pacific Islander American (APIA) Heritage Month celebration. This year, OAPIA organized a series of community events to celebrate APIA Heritage Month from sidewalk chalk contest to a celebration with the Mayor Fenty. These events served well to bring residents together to celebrate diversity and recognize the contributions of APIAs to the District.

## Youth Sidewalk Chalk Contest

Kicking off the Mayor's Asian and Pacific Islander American (APIA) Heritage Month Celebration was the Youth Sidewalk Chalk Contest. More than 30 youths, ages 8 to 18, from the DC area competed in the Youth Sidewalk Chalk Contest at the Historical Society of Washington, D.C. on Saturday, May 3rd. They were also joined by parents, mentors and other community members at the opening event. The purpose of the contest was to provide youths in the metro DC area an opportunity to express their creativity and celebrate their APIA heritage.



Youth were separated into three age groups: 8 –10 year olds, 11—13 year olds, and 14—18 years old. Each group had one hour to envision the theme "Chalking Chinatown." Three winners were selected from each age group. Judges scored the artwork based on three criteria: message, originality, and creativity. Winners received gift certificates while everyone received OAPIA event t-shirts.



The event was successful in bringing both APIA and non-APIA youth and community members to creatively "chalk China-town".

# page two of six

Mayor's Office on Asian and Pacific Islander Affairs
441 4th Street NW, Suite 805 South
Washington, DC 20001
Phone: (202) 727-3120  Fax: (202) 727-9655

# Events

## Mayor Fenty's APIA Heritage Month Celebration



On May 29th, more than 250 District residents and visitors filled the Grand Hall of the Historical Society of Washington D.C. to capacity at Mayor Adrian M. Fenty's closing ceremony for Asian and Pacific Islander American (APIA) Heritage Month. Angie Goff, WUSA 9 traffic anchor, served as this year's mistress of ceremonies.

 

Mayor Fenty gave the keynote remarks highlighting the contributions of the APIA community. He called upon all District residents to join him in saluting the District's Asian and Pacific Islander community and to continue learning about the contributions and achievements of our community. Congratulatory remarks were given by Dr. Natwar Gandhi, the District's CFO, who highlighted the District's commitment to diversity.

Three community members – Dr. Betty Wang, Mr. Gary Cha, and Officer Rodney Miller – were recognized for their service in health, public safety, economic and community development to the District's APIA community. They were all presented with the Mayor's Outstanding Community Service Award by Mayor Fenty, Director Koo and Dhaval Patel, Commissioner, Mayor's Commission on Asian and Pacific Islander Affairs.

## Asian and Pacific Islander Cultural Exhibit

Silk textiles from Cambodia to Burma draped the display tables at the main entrance hall of Historical Society of Washington D.C. Lacquered bamboo vases from Vietnam glistened while Fijian weaved mats lined the floor. On display was the over 20 API cultural groups participating in Mayor's Asian and Pacific Islander Cultural Exhibit. The purpose of the cultural exhibit was to educate and engage the public about the rich cultures of Asia and the Pacific Islands. The exhibit showcased traditional customs to musical instruments. It also provided on-hands demonstrates of traditional crafts (e.g. Indonesian shadow puppet) and performed traditional dances (e.g., Fijian tribal dance).



# page three of six

Mayor's Office on Asian and Pacific Islander Affairs
441 4th Street NW, Suite 805 South
Washington, DC 20001
Phone: (202) 727-3120  Fax: (202) 727-9655

## Activities

---

# Cultural Dialogue—South Asian Community



On June 13th, OAPIA held a cultural dialogue session on the South Asian community as part of its cultural dialogue series. DC South Asian Speakers' Bureau joined OAPIA in this session. The purpose of the cultural dialogue series is to educate DC employees on differences and similarities among API communities. OAPIA believes that the more cultural competent DC employees are the better they can provide services to the API community.




Over 40 frontline employees participated in the session, learning about the South Asian community nationally and locally along with myths and realities about the community. Evaluations reported that participants particularly found the presentation of myths about South Asians very informative.

---

# Community Meetings

**South Asian Community Meeting:** OAPIA organized its first South Asian Community Meeting on April 30th. The South Asian population is now the largest ethnic API group in the District. South Asians have contributed greatly to the District economic and social growth.   The purpose of the meeting was to discuss needs and concerns of the District's South Asian community.  In addition, it was a venue to offered suggestions to improve government services  and increase opportunities for API-owned businesses.

**API Business Community Meeting:** On June 13th, OAPIA held a planning session with API business leaders.  The purpose was to create a API Business Town Hall meeting to organize small businesses regarding economic development in the District.  OAPIA presented various assistance programs that were available to small businesses from the District.  The participants listed  topic suggestions (e.g., improvement of the conditions of small businesses).  They suggested that "providing agencies with information so they can create" as the slogan for the business town hall meeting. The date for the API Business Town Hall Meeting is still undecided.

---

Mayor's Office on Asian and Pacific Islander Affairs
441 4th Street NW, Suite 805 South
Washington, DC 20001
Phone: (202) 727-3120  Fax: (202) 727-9655

## Activities

# Poster Outreach



OAPIA's "Find Out What We Do" outreach initiative is in full swing. The purpose of the initiative is to increase awareness of OAPIA's activities and services in the District.

As part of the initiative, OAPIA began its "Find Out What We Do" poster campaign. Posters were produced in six different languages, including English, Chinese, Korean, Vietnamese, Hindi and Urdu to serve a broader audience. They also provide API members with OAPIA's direct contact information for immediate help.

OAPIA has been contacting public libraries, places of worship, Asian-owned businesses and District frontline centers to distribute the posters. Posters have also been sent to locations in Virginia and Maryland where APIs in the District frequent.

## Community News



Rosetta Lai has been named Executive Director of Asian American LEAD. She has served as the organization's interim Executive Director. Mrs. Lai will continue to increase the opportunities and ability of low-income Asian American children to improve their standard of living and become successful, self-sufficient adults.



Myron Dean Quon has been named Executive Director of Asian Pacific American Legal Resource Center. Mr. Quon currently serves as the Legal Director of the Asian American Institute in Chicago. He will continue to guide the area's largest legal services program specifically assisting low-income, limited English proficient Asian Americans.

# page five of six

Mayor's Office on Asian and Pacific Islander Affairs
441 4th Street NW, Suite 805 South
Washington, DC 20001
Phone: (202) 727-3120   Fax: (202) 727-9655

## Summer Interns

### Catherine Yu

Catherine Yu is a rising third year at the University of Virginia, majoring in Foreign Affairs and Japanese Language and Literature. Korean-born but raised in Hong Kong and Virginia, Yu's background contributed to her passion for working with people from diverse backgrounds and cultures. Her internship at OAPIA this summer has been an incredible opportunity to put this passion into practice, and has taught her many practical ways to outreach and connect with the Asian-American community in the DC area. She looks forward to applying this real-life experience to the rest of her time at school, and hopefully will be able to return to DC and serve the government again in the future.

### Pranay Bhargava

Pranay Bhargava is a native of India and is currently enrolled at McLean High School. He lives in Virginia with his younger sister, and both his parents. He is speaks three languages: Hindi, English, and Spanish. In his spare time, Pranay spends his time refereeing sports games, playing in three bands, and volunteering in the community. He is in the nationally acclaimed McLean Symphonic, Marching, and Jazz Bands. He has lead the Fannie Mae food drive project, has helped plant trees in local communities, and has worked in the WAVE program to rebuild houses in SW Washington D.C. Pranay's work experience includes interning at Fannie Mae and the Mayor's Office on Asian and Pacific Islander Affairs. In the future, Pranay has indicated that he is interested in pursuing a business/economics major at the University of California Los Ange-

## Staff Directory

Soohyun Julie Koo, *Executive Director*
soohyun.koo@dc.gov

Elliot Lee, *Community Outreach Specialist*
elliot.lee@dc.gov
Subject Matter: Housing

Thanh Nguyen, *Capacity Building Coordinator*
thanh.nguyen@dc.gov
Subject Matter: Health and Human Services

Dory Peters, *Special Assistant*
dory.peters@dc.gov
Subject Matter: Economic Development

Neel Saxena, *Language Access Coordinator*
neel.saxena@dc.gov
Subject Matter: Education

Ngoc Trinh, *Community Outreach Coordinator*
ngoc.trinh@dc.gov
Subject Matter: Safety

Mayor's Office on Asian and Pacific Islander Affairs
441 4th Street NW, Suite 805 South
Washington, DC 20001
Phone: (202) 727-3120  Fax: (202) 727-9655

**12**



DC Mayor's
Office on Asian &
Pacific Islander Affairs
OAPIA

APIA

2006

Annual Report



441 4th Street NW 805 South Washington DC 20001

Tel: (202) 727-3120   Fax: (202)727-9655



Introduction ........................................................... 3

Capacity Building .................................................. 4

Community Outreach ........................................... 5

Civic Involvement and Engagement

    Citizen Summit ................................................. 7

    May Asian Heritage Month Celebration ........ 7

    ImmigrASIAN Fair ........................................... 8

    DiverseCITY Job Fair ...................................... 8

    "Mind Your Own Business" Forum .................. 9

    Annual API Youth Sidewalk Chalk Contest ... 9

Interagency Support and Advocacy .................. 10

Language Access

    Translation Quality Control ............................ 11

    Linguistically Isolated Housing Voucher Program ... 11

    Public Hearing on Language Access ............. 11

External Relations ............................................... 12

Conclusion ........................................................... 13



Introduction

**"Enriched by Diversity, United as One Community"**

Within this city of great diversity, the Asian and Pacific Islander (API) community is the most diverse of all minority communities. Members come from more than 20 countries and speak dozens of languages and/or dialects. The mission of the Office on Asian and Pacific Islander Affairs (OAPIA) is to ensure that the full range of health, education, employment, and social services are available to the API community in the District of Columbia. OAPIA is the liaison between the District government and the API community. It advises the Mayor, the Council, and the District Agencies on the views, needs, and concerns of the District's fastest growing minority group.

To accomplish its mission, OAPIA works with all levels of government and the API community. It works in the following focus areas:

### Capacity Building

OAPIA connects community-based organizations (CBOs) to various organizations that provide technical assistance and research tools to locate sources of funding. It also seeks opportunities for public or private partnerships that may benefit CBOs and facilitates seminars or training mechanisms.

### Community Outreach

OAPIA conducts resident and merchant outreach initiatives to engage, educate, and keep citizens informed about the District's programs and services.

### Civic Involvement

OAPIA encourages API community members with limited English proficiency to participate in civic affairs and government programs in their neighborhoods.

### Inter-Agency Support

OAPIA supports District Agencies regarding access to services and programs for API community.

### Language Access

OAPIA provide assistance to District Agencies required to provide translated documents and oral language services to LEP populations.
This report documents the activities and projects that OAPIA has implemented in Fiscal Year 2006 in these focus areas.

3





API community based organizations were awarded the grant from OAPIA

4

**APIA Community Grants:** Fiscal Year 2006 marked the first year in OAPIA's 19-year history that it was able to distribute community grants. Through the advocacy work of API community-based organizations (CBOs) and the Commission on Asian and Pacific Islander Affairs, Mayor Anthony A. Williams earmarked **$250,000** in funds for OAPIA to:

- Assist struggling CBOs that have been providing much needed services to underserved API residents;
- Ensure that public funds intended for diverse and special population are set aside for such diverse, underserved population like the API community;
- Advance the building of capacity of infrastructures for the CBOs and the general development of the API community.

OAPIA was given the responsibility of administering and managing the community grants. The grant funds enhance existing and startup programs focused on improving health, education, legal services and employment for APIs.

Seven community-based organizations received community grants at OAPIA's award ceremony. The CBOs that received awards were:

- Asian Pacific American Legal Resource Center (Legal Services) - $45,000
- Asian American Leadership Empowerment and Development (Youth Services) - $35,000
- Asian/Pacific Islander Domestic Violence Resource Project (Health Services) - $22,000
- Chinatown Service Center (Social Services) - $33,000
- Greater Washington Urban League – Asian Senior Center (Health Services) - $20,000
- Newcomers Community Service Center (Employment Services) - $40,000
- Vietnamese American Community Service Center (Family Services) - $35,000

OAPIA allotted $20,000 in grant funding to provide technical assistance and grant monitoring. These community grants provide much needed financial support to API CBOs, providing services to linguistically isolated and underserved APIs. In addition, the $20,000 allotted for technical assistance allows API CBOs opportunities to develop their organization and/or programs without dipping into their limited general funding.





OAPIA's Soohyun Koo with Gary Cha at the "Era of Success - Washington Korean Merchants Hour" radio show.

5

O APIA disseminated information on government programs, services, and mayoral activities to over four thousand constituents in the API community through various outreach mechanisms such as public outreach and electronic methods. For FY06, OAPIA visited 800 merchants, meeting its target community outreach number for the year. It has also expanded its community outreach activities to include the local API students, attending colleges and universities in the District. OAPIA initiated communication with the different API student organizations and community service offices to disseminated information to keep them abreast of new projects or upcoming events.

In conjunction to the community outreach activities, OAPIA also continued to provide case assistance to API residents and merchants. Merchant case assistance usually involved business licensing, safety issues, sanitation and business-related areas. OAPIA updated its merchant brochures in early 2006 which compiled the frequently asked questions from merchants. The brochures included topics on Business License, Public Works, and Safety. These brochures were distributed door-to-door to more than 600 merchants in the District of Columbia. In FY06, OAPIA provided 70 case assistance regarding API residents. Most (80%) of the case assistance is done on site by OAPIA or OAPIA refers residents to other government agencies and/or API CBOs that can help.

OAPIA's community outreach also involved electronic communication and media. OAPIA was able to increase subscription to the e-Newsletter and list-serv. The monthly e-Newsletter titled "The API Connection" highlights past and upcoming community events, funding resources, and various job opportunities for APIs. The list-serv provided API constituents with educational opportunities, cultural activities, and public announcements on government services and events. In addition, OAPIA used its established relationship with various ethnic media to circulate public announcements to audiences who are limited English proficient.

In order to conduct more outreach to API merchants in the District, OAPIA also hosted a weekly radio program in conjunction with the Korean American Business Association (KABA). "Era of Success—Washington Korean Merchants Hour" has been aired every Tuesday afternoon on AM 1310 (WDCT) from 2:20



Pacific Islander groups performing at the Asian Heritage Month Celebration

Vietnamese American group came at the Asian Heritage Month Celebration

to 2:50 p.m. since August of 2005. In addition to a live discussion in Korean, the interactive program also gave merchants the opportunity to call in with questions and concerns. A summary of every program had been chronicled weekly in The Korea Daily Washington (Joong Ang Daily), a local Korean print media. Since the launching of the live Korean radio show, phone inquiries and case assistance requests by Korean American merchants have increased steadily.

Currently two-thirds of DC small businesses are owned by APIs, with the majority of those business owners being Korean Americans. Many of these merchants speak little English. OAPIA considers AM 1310 WDCT to be a prime resource because the radio captures the highest audience rating in the local Korean community.

Face-to-face meetings, electronic communication, and media have enabled OAPIA to effectively educate and inform API residents and merchants, regarding services and programs in the District.



# Civic Involvement & Engagement

## Civic Involvement & Engagement

O APIA organized the following events to engaged APIs to be more involved with their community. They ranged from engaging APIs in the political process to connecting APIs to health services and screening. They involved every age group and profession from youth to merchants.

**Citizen Summit:** The District of Columbia held its fourth "Citizen Summit" on November 19, 2005, attracting more than 2,000 people to determine how the city could be more effective in "Lifting All Communities." Gathered together at the Washington Convention Center for the day-long forum, participants discussed and voted for priorities on how the District of Columbia could best:

- Support growth and development of all youths;
- Expand jobs and employment prospects for all citizens;
- Rebuild a library system serving all citizens; and
- Create an inclusive city through housing and economic development.

Through OAPIA's proactive outreach, an overwhelming number of Asians and Pacific Islanders (APIs) participated at the Citizen Summit. There was a total of 11% API participants from all registrants. The participants were able to conduct constructive discussion on various community issues with the assistance of more than 30 OAPIA recruited bilingual facilitators and note takers.

The suggestions provided by API participants included hiring more API bilingual staff in DC Public Schools and DC Public Libraries, providing affordable housing to low-income families, and increasing the number of multicultural youth activities.

**May Asian Heritage Month Celebration:** OAPIA held its "Annual May Asian Heritage Month Celebration" on Thursday, May 25, 2006 at the Martin Luther King, Jr. library. OAPIA organized the event to celebrate the diversity of API cultures and traditions, as well as recognized the contributions of APIs to the District of Columbia. The event was highlighted by six beautiful cultural performances. This year, OAPIA invited performing groups that had not performed at the May Heritage Month Celebration before. The performances represented different Asian and



*Asian seniors participating at the Citizen Summit*

7



*Unity Health Care providing free health screening to Asian residents*

*Residents receiving free blood pressure check up provided by AMERIGROUP*

Pacific Islander cultures, and the celebration also featured many delicious ethnic foods and beverages donated by local restaurants and individuals.

Similar to past years, the DC Mayor's Community Service Awards were also given to organizations and individuals who have shown commitment and excellence in serving and making tremendous impacts to the lives of many members of the API community. The May Heritage Month Celebration stressed the significance of API contributions in the life of the District. Hundreds of API residents and professionals of all ages attended.

**ImmigrASIAN Fair:** In May, OAPIA held its "ImmigrASIAN Fair" where different organizations were invited to provide free information, health screenings, and legal consultations to residents. Large mobile buses were parked outside the Martin Luther King Jr. Memorial Library for allergy, asthma, diabetes, dental, hearing, HIV, and optical screenings. The ImmigraASIAN fair achieved a successful turnout of more than 250 API residents. This was made possible with the strong support of organizations such as AMERIGROUP, APA Legal Resource Center, Catholic Charities and Customs & Immigration Service, Lion's Club and Unity Health Care System.

OAPIA also partnered with several CBOs for the API Voter's Registration Drive to encourage API residents to register and vote during the elections. Many API residents were visited and assisted in their language to register.

In addition to these events, OAPIA also produced resourceful information for API residents through its Resident Information Booklets. These booklets were distributed throughout the year at various events and contain important information on topics such as Employment & Education, Health & Human Resources, Housing, and Safety. They are available in Chinese and Vietnamese as these two groups comprise the largest residential Asian population in the District.

**DiverseCITY Job Fair:** OAPIA hosted its "2nd Annual DiverseCITY Job Fair" on September 8, 2006. This free event was organized to provide the API employees with an opportunity to explore a wide range of possibilities in other fields, to help

8

individuals who have limited English proficiency (LEP) find job opportunities throughout the District, and to help DC agencies connect to the API community to recruit bilingual talents.

OAPIA made extensive efforts to reach out to different employers in order to register exhibitors for the job fair and to promote the event in the API communities. Partnerships were also formed with the ethnic media and with the Washington Metropolitan Area Transit Authority to increase promotion of the event.

The 2nd Annual DiverseCITY Job Fair was a success with participation of more than 100 exhibitors from DC and Federal agencies, non-profit, and private sectors. OAPIA invited agencies and firms who were specifically looking for potential API employees, including people with limited English proficiency. Language assistance in Cantonese, Korean, Mandarin and Vietnamese were also offered at the event. Over 300 job seekers, mostly APIs, attended the event. Many people in the community have expressed interest in attending more job fairs of this diverse nature in the future.



*Korean American Businss Association's Gary Cha speaks at "Mind Your Business" Forum*

**Mind Your Business Forum – Merchant Engagement:** On September 14, 2006, OAPIA organized a successful event for the small API merchants, the "Mind Your Business Forum" at the National Building Museum. More than fifty

API and non-API merchants gained helpful information from this all-day forum. APIs from different backgrounds such as Chinese, Filipinos, Koreans, Thais, and Vietnamese attended. OAPIA invited different professionals that shared their expertise to participants on topics such as Things to Remember About Commercial Leases, Where and How to Get Prime Commercial Spaces, Secrets to Marketing Small Businesses.

**Annual API Youth Sidewalk Chalk Contest** – Youth Engagement: OAPIA created a platform to motivate and engage API youths by organizing its "Annual API Youth Sidewalk Chalk Contest" at the Martin Luther King Jr. Memorial Library's main entrance. The theme for the contest was "Our Neighborhood". The event was open to the public and eighty-five API and African-American youths participated in the contest. Five winners from three age categories were chosen and awarded McDonald's gift certificates.

The District of Columbia Commission on the Arts & Humanities, the Department of Parks and Recreation, Safeway, McDonald's, and Utrech Arts Supplies Store, all contributed to make this event possible. The 2nd Annual API Youth Sidewalk Chalk Contest was covered in the DC Examiner and the District section of The Washington Post.




*Winners of the 2nd Annual Youth Sidewalk Chalk Contest*



## Inter-Agency Support and Advocacy



*(from left to right) Greg Chen, Hien Vu, Neel Saxena, Arnoldo Ramos, Dr. Janey and Richard Tagle at the DCPS Task force Kickoff Event*

OAPIA has consistently been an asset to District Agencies with its ability to access the API community, bringing their issues and recommendations to Agency's attention. In FY06, OAPIA supported District Agencies by spearheading the development of the API Taskforce on Education which was commissioned to bring the issues and concerns of the API community to DCPS and to work together to improve services and increase involvement with the API community. The mission of The API Task Force on Education is to establish connections and strengthen relationships between Asian and Pacific Islander community and DC Public Schools by.

- Increasing knowledge and awareness on available academic performance data on the API populations.
- Providing recommendations and solutions on key issues that impact academic achievement and student services of API students.
- Fostering collaboration between and among API families, students, teachers, educators, and other student service providers to create supportive learning environments for all children and increased parent involvement in DCPS

A chair and co-chair were selected to represent the Taskforce and served as spokespersons. It also agreed that a quarterly meeting with the Superintendent would allow for continued communication between the API community and the Superintendent

OAPIA also supported District Agencies by supporting their API staff. In FY06, OAPIA helped reform the DC Asian and Pacific American Council (DCAPAC). DCAPAC was established on April 28, 2000, to improve the quality of life for DC API employees through increased participation in government employment and programs in economic and community development, education, employment, health, human services and housing. On August 31, 2006, OAPIA helped organize its first major event, "Personnel Matters: A Workshop for Asian Pacific American Employees" on issues affecting the API employees in the District of Columbia. DCAPAC also coordinated numerous public meetings with DC agencies that took the form of site visits, roundtable discussions or informational briefings.



## Language Access

O ver the past year, OAPIA continued its strong presence in Language Access during the past year. While a Memorandum of Understanding with Office of Human Rights and Office on Latino Affairs was not signed, OAPIA continued its efforts in outreach, data collection, hiring of bilingual staff and quality control of translated documents. The Language Access Act entered its second year with a public hearing on Language Access and a push to amend the Act. OAPIA worked with Agencies to ensure linguistic and culturally appropriate delivery to the Asian community, but was hampered by a lack in authority over the Agencies with regards to Language Access.

The following are key activities that OAPIA did in FY06:

**Translation Quality Control:** OAPIA in conjunction with the Office on Latino Affairs (OLA) developed a quality control mechanism for the review and evaluation of translated documents. OAPIA sampled over 150 documents by contracting Chinese and Koreans translation vendors. Many of these documents translated in the three Asian languages were not up to standard and some were not readable. The most common areas that needed improvement continued to be punctuation, literal translations, and cultural competency. OAPIA presented its results to the OHR and will further look into addressing this issue in the upcoming fiscal year.

**Linguistically Isolated Housing Voucher Program:** In February 2005, OAPIA signed a Memorandum of Understanding with the DC Housing Authority (DCHA) to assist in implementing, "The Linguistically Isolated Voucher Program," which provided a limited number of Housing Choice Vouchers (formerly known as Section 8 vouchers) to families within the API community whose heads of households are limited English proficient. The program operated a total of 100 vouchers for both Latino and Asian applicants

**Public Hearing on Language Access:** On October 17, 2006, Councilmember Orange hosted the first Public Hearing on Language Access. All Agencies reported out on their progress with regards to language Access, while the Community, specifically the Language Access Coalition provided feedback on the areas that need improvement. OAPIA presented its testimony on its role and status with the Language Access Act. OAPIA outlined out role in the areas

of data collection, outreach, hiring of bilingual personnel and quality control of translated documents primarily based on the MOU signed with OHR and provided recommendations for the future. OAPIA provided recommendations:

- Improve the quality of translations;
- Increased budgets for translations;
- Examining Agencies' frontline centers' service delivery; and
- Advocating for increased time dedicated to language access by Language Access Coordinators.

OAPIA is looking to advocate and address these issues in the upcoming year. Three API CBOs and other activists presented their experiences with Language Access and the implantation of the program.

11



Welcome to Seoul
The Hon. Anthony A. Williams
Mayor of Washington, D.C.
9 June 2006

*Mayor Williams with Seoul Korea's Mayor Lee and dignitaries.*

12

## Signing of DC Seoul Sister City Relationship

On March 13, 2006, Washington, D.C. and Seoul took the first major step in establishing closer relations as Seoul Mayor Myung Pak Lee visited the nation's capital to sign the sister city agreement with the District. In June 9, 2006, Mayor Williams visited Seoul at Mayor Lee's invitation, cementing ties as the 10th city to sign a sister city agreement with the District.

"Our two cities share many similarities" Mayor Williams said during the celebration ceremony held at Seoul City Hall at which he was awarded honorary citizenship.

Mayor Williams was very impressed by the Chong-Gye River Project, a major undertaking for Mayor Lee in the face of opposition and barriers. The Chong-Gye River project is a river restoration project which re-opened the pavement covering the 5.84 km long river to restore the river and its surrounding area to rebuild an environmentally friendly and safe area for locals. With Mayor Williams promise, the Chong-Gye River Project was televised on Channel 16 for a several months. The Mayor's intention was to provide an opportunity for our citizen to think about ways to restore and redevelop the Anacostia River.

During this trip, Mayor Williams met with business leaders through Federation of Korean Industries, as well as with Cultural and Artistic Association of Korea to initiate conversation to continue exchange between both cities. Mayor Williams and the delegation also visited the heavily guarded DMZ (DeMilitarized Zone) separating North and South Korea.

Mayor Williams, along with OAPIA's Interim Director Soohyun Koo and five representatives from D.C.-Seoul Sister City Relationship Steering Committee, spent two full days in Seoul, Korea.

13

# Conclusion

## Accomplishments

## New Challenges

## New Leadership

## New Visions

The Office on Asian and Pacific Islander Affairs continue to play a vital role for the District of Columbia government and the API residents. It has helped Mayor Anthony A. Williams and DC agencies respond and provide services to the District's API residents through:

- Ensuring DC agencies deliver linguistically and culturally appropriate services to the API community through its role in the Language Access Act

- Translating information about DC government services and programs

- Reestablishing the DC Asian Pacific American Council to improve the quality of life for DC API employees through increased participation in government employment

- Build strong partnership with the API community and government program e.g., "The Linguistically Isolated Voucher" Program and the DCPS Education Taskforce

- Supporting the API community health, legal, and social needs by organizing its "ImmigrASIAN Fair" and disseminating resident resource materials

- Supporting the API business community through "Mind Your Business" Forum and weekly radio shows

- Providing employment opportunities in coordination with other DC agencies through its annual "DiverseCITY" Job Fair

The Office on Asian and Pacific Islander Affairs also become a granting agency to ensure services are accessible to the City's API residents. It has provided $230,000 in funding to API community-based organizations to continue provide services that complement the City's programs. Through initiatives and activities, the Office on Asian and Pacific Islander Affairs has continued to be a vital part of ensuring equal access to District government programs and services for people with limited English proficiency.

**13**

*Fiscal Year*

# 2005

*Annual Report*

# Office on Asian and Pacific Islander Affairs

441 4th Street. NW 805 South
★ ★ ★ Washington DC 20001
▨ Tel. (202) 727-3120 Fax (202) 727-9655
▨ http://www.apia.dc.gov

## Anthony A. Williams

Mayor
The Government of the District of Columbia

# TABLE OF CONTENT

I.   Executive Summary

II.  Introduction

III. Advocacy

IV.  Community Outreach

      Resident Outreach

      Youth Outreach

      Merchant Outreach

V.   Interagency Coordination



O   A   P   I   A

# EXECUTIVE SUMMARY

In FY05, the Office on Asian Pacific Islander Affairs (OAPIA) made tremendous efforts to engage various Asian and Pacific Islander (API) ethnic groups to keep abreast of their needs and concerns and acted as an effective bridge between the government and the community. This was achieved through extensive outreach, advocacy and interagency coordination efforts. Throughout the year, OAPIA worked closely with dozens of community-based organizations, participated in hundreds of community events, and visited thousands of individual residents and merchants. OAPIA was able to involve a record number of API residents and organizations in different government events and proceedings.

OAPIA also worked effectively to ensure that a full range of health, education, employment, social services and business information, programs and services are accessible to the API community in DC. Toward that goal, OAPIA organized and facilitated many meetings, programs and workshops on public safety, human rights, economic development, housing, employment, social services, public health, transportation, education, and multicultural development. In addition, OAPIA stepped up its communication efforts with API community through an extensive listserv, a monthly e-Newsletter, and city service brochures in which information was tailored for and translated into Chinese, Korean, and Vietnamese. Different ethnic media was also utilized to help educate the community about available services and programs.

Aiming to ensure that the API residents with limited English proficiency (LEP) have equal access to the city's services, OAPIA has been one of the lead agencies in developing, coordinating and monitoring the implementation of the Language Access Act in the District. OAPIA also provides consultation and support to government agencies in their efforts to address the needs of LEP community.



O A P I A

# INTRODUCTION

The Office on Asian and Pacific Islander Affairs (OAPIA) serves as a liaison office between the Mayor and the growing Asian and Pacific Islander (API) residents. OAPIA's mission is to advise the Mayor and work in collaboration with government agencies on issues affecting the API community and improve access to government services and programs in areas of health, education, employment, and social services for API residents.

The API population as a minority group may have been underserved historically due to the lack of cultural and linguistic barriers to access government programs and services. The 2000 Census shows that 18,741 APIs of about 20 ethnic groups lived in the District, the largest ethnic group being the Chinese followed by the Asian Indian, Filipino, Vietnamese, Japanese, and Korean. Data shows that more than a fifth of District APIs live below the federal poverty line and 30% of APIs have limited English Proficiency (LEP), which invariably impedes APIs from accessing to government services and programs.

OAPIA works to increase access through three approaches: Advocacy, Community Outreach, and Interagency Coordination. These three major activities collectively involve engaging the API community, educating the community on government services and programs, improving access for APIs by working with DC agencies, and bringing public awareness on the API needs.



O A P I A

# ADVOCACY

*The advocacy role OAPIA plays for the API community is to promote awareness and civic participation of the community through needs assessments, multicultural activities, and neighborhood engagement.*

## NEEDS ASSESSMENT

In the summer of 2005, OAPIA commissioned a survey to assess the level of parental involvement by Chinese immigrant parents in selected District of Columbia Public Schools. The survey found that there was inadequate parental involvement by Chinese immigrant parents in their children's academics in the District of Columbia Public Schools (DCPS).  The study concluded language/cultural barriers and the parents' inflexible work schedule were major reasons for the lacking parental involvement. The study was presented to the Superintendent of DCPS with a set of recommendations.

OAPIA developed a brief using data from the Census 2000 as part of OAPIA's initiative to make data on the Asian population in the District readily available.  The report outlined statistics on the Asian population in the areas of income and poverty, education, immigration, citizenship, English proficiency, and unemployment.  The four page report included a breakdown by ethnicity and a comparison of the population with the 1990 population.  The report highlighted Asian population being comprised mainly of foreign-born individuals from a multitude of ethnic backgrounds. In comparison to the total D.C. population, Asians in D.C. earned lower incomes, experienced higher rates of poverty, and faced greater language barriers.

## ASIAN HERITAGE CELEBRATION

OAPIA organized the Mayor's Annual Asian Heritage Month Celebration in May to continue promoting API culture and heritage. The event attracted more than 300 community members from all over the city.  Talented Asian performers representing diverse ethnic backgrounds showcased their talents and traditions. API youths were awarded for their active civic participation and community members were recognized for their outstanding service to the community. The celebration was also highlighted by the Information Fair during the day when 37 government agencies and private firms provided information and services for LEP residents including translated materials, legal counseling, and health screening services.



*OAPIA engaged APIs to attend the Asian Heritage Month Celebration.*



O  A  P  I  A

# NEIGHBORHOOD ENGAGEMENT

OAPIA engaged the community on a regular basis by hosting and promoting a number of events that were population or service specific. For example, OAPIA hosted a Job Fair for people with bilingual skills and immigrants with limited English Proficiency (LEP) in April 2005, which attracted 300 residents from D.C., Virginia, and Maryland. Co-sponsored by the Department of Employment Services (DOES) and the Office of Personnel (OCP) and participated by more than 40 government and private entities, the Job Fair catered to a wide audience in the Asian and Pacific Islander community to connect them with appropriate job opportunities. The Job Fair also offered concurrent workshops on resume writing, interview process, and how to use the District's online application tool. The simultaneous interpretation provided by OAPIA helped many LEP participants gain a better understanding of the job market and employment qualifications.



*Various District agencies participated at the Information Fair to provide vital information to the API residents.*



*OAPIA invited different private corporations to participate in the Bilingual Job Fair.*



The Commission on Asian and Pacific Islander Affairs (CAPIA) swearing in ceremony was held during the May Asian Heritage Month Celebration.



*More than 300 APIs came from different parts of the metropolitan region to participate at the Bilingual Job Fair organized by OAPIA.*



O  A  P  I  A

# Community Outreach

*OAPIA strived to reach out and educate both the API residents and merchants about District's programs and services through constant neighborhood visits and organized events such as job fairs, youth workshops, merchant workshops and conferences. OAPIA also developed translated materials that were used to distribute to merchants and empower them with information that is helpful for their business. OAPIA also assisted many LEP residents and merchants in various cases ranging from crime victims' assistance to business compliance issues.*

## RESIDENT OUTREACH

OAPIA organized events that were all geared towards empowering the API residents of the city. The Safety Workshop organized in the Columbia Heights neighborhood provided opportunity for API residents to know their local Police Service Area (PSA) and have information such as reporting domestic violence, emergency preparedness and , crime victim compensation. As mentioned earlier in the Advocacy section, OAPIA organized an Information Fair in conjunction with the Mayor's annual Asian and Pacific American Heritage Month Celebration in May. Agencies from local and federal government as well as community-based organizations answered inquiries and had oganized booths to provide useful information on available free services to the community.

In September of 2005, OAPIA co-sponsored with BB&T Bank to bring a Homeownership Bus to Chinatown residents. The bus had computer terminals that were available for visitors to use to search for information such as home buying, mortgage, and credit scores.. All services were available free of charge to the residents.

## YOUTH OUTREACH

OAPIA believes that empowering the youth today helps make them responsible adults of tomorrow. Thus, OAPIA created a platform to motivate and engage API youths by organizing several workshops and other programs for API youths who often faces issues such as language barriers, cultural alienation, peer pressure, and gang involvement.

In 2005, OAPIA organized two youth events that engaged the API youths. The Asian Pacific



*Domestic Violence Resource Project shared information with Vietnamese residents on how to report domestic violence crimes during the Safety Workshop.*



O   A   P   I   A

Islander Youth Sidewalk Chalk Contest attracted over 80 youth from the Washington Metropolitan area that gathered together at the Martin Luther King Jr. Library entrance to showcase their creative talents by drawing pictures on the sidewalks. The theme of the contest was "Peace". Youth groups from Asian American LEAD, Chinatown Service Center, Boat People S.O.S. and Vietnamese Community Service Center came to participate at the event.

The Youth Gang Violence Prevention Workshop engaged 30 API and African youth in a lively discussion about youth gang violence and provided tips on alternate forms of social activities.



*The Asian Pacific Islander Youth Sidewalk Chalk Contesst attracted more than 80 API youth.*

# MERCHANT OUTREACH

One of the many highlights of FY2005 for merchant outreach was the launching of a Korean radio show. OAPIA worked regularly on developing the program contents and hosting the show every Tuesday afternoon. The show is aired on WDCT AM radio station and is heard by numerous merchants in the Metro DC area. OAPIA utilized the casual discussions of the show and by answering phone questions to provide API merchants current information on DC regulations.

In 2005, OAPIA also visited 603 API merchants from different wards of the city with police officers from the Asian Liaison Unit (ALU). During these visits, translated OAPIA merchant brochures were distributed. OAPIA also took this opportunity to listen and discover possible issues or concerns in the community.

OAPIA also provided case assistance to residents and followed up with agencies and other parties involved. Some of the cases were issues relating to safety, littering, business zoning, liquor license,, cigarette tax stamps and others. OAPIA's outreach team has language capacity that enabled them to serve APIs effectively.

In 2005, OAPIA had also organized several agency meetings with the Department of Consumer and Regulatory Affairs (DCRA), Office on Tax and Revenue (OTR), and Metropolitan Police District Commanders. In these meetings, OAPIA shared with government representatives the issues that the merchant community are facing, and provided relevant information.

OAPIA organized two informational workshops for the API merchants - Florida Market Workshop and



API Business Conference. OAPIA organized the Florida Market Workshop in Ward 5 to respond to the growing concerns and questions from the API merchants regarding the development of the area. Ward 5 Councilmember Orange and representatives from the Office of Planning came to speak about various revitalization plans and collected inputs from the merchants who attended the workshop. There were more than 30 merchants from the surrounding neighborhoods who came to the workshop.

*"OAPIA organized the Florida Market Workshop to respond to the growing concerns and questions regarding the development of the area."*

In September, OAPIA organized a two-day Business Conference for the API merchant that focused on starting and operating specific businesses such as liquor and grocery stores, restaurants and carry-outs, and dry cleaning services. Speakers from different government agencies were also invited to share information on DC market trends, DC licensing and registration, and financial resources for new business owners, and etc. After the workshops, participants were provided the opportunity to network among each other.

## COMMUNICATION

OAPIA was able to disseminate information on government programs, services, and mayoral activities to over four thousand constituents in the API community through various outreach mechanisms. OAPIA was able to increase subscription establishing rapport with ethnic media and disseminating the information to residents with limit-



*OAPIA organized the API Business Conference to empower more APIs with information that are relevant to operating business in the District.*

ed English proficiency.

E-Newsletter: OAPIA circulates a monthly e-Newsletter entitled "The API Connection" in highlighting events of the month, upcoming community events, funding resources, and various job opportunities pertaining to the API population in the DC area. The e-Newsletter is also posted online at www.apia.dc.gov for public access.

OAPIA Brochure: A tri-fold pamphlet was generated in an effort to publicize OAPIA programs and contact information. The OAPIA Brochure was translated into Chinese, Korean, and Vietnamese languages for the convenience API residents' convenience.

List-serv: Through modern technology, OAPIA regularly e-mails API constituents with interesting educational opportunities and information on District services.



O  A  P  I  A

# INTERAGENCY COORDINATION

OAPIA was involved with issues on language access since the spring of 2000 when Mayor Williams instructed the DC Office of Personnel to conduct a language survey to assess 14 agencies' abilities to provide equal access to services by limited English proficient (LEP) residents which resulted in the formation of the Mayor's Asian and Pacific Islander Initiative and Latino Initiative. Alongside the Office of Latino Affairs (OLA), OAPIA spearheaded the initative of language access issues in the District, focusing on the Asian and Pacific Islander populations. In spring 2004, Mayor Williams signed the Language Access Act and OAPIA's role in language access was set on a new direction.

At the beginning of FY05, OAPIA entered a Memorandum of Understanding (MOU) with the Office of Human Rights (OHR) defining its role as a consultative body to collaborate with the Language Access Director and the Director of OHR to develop, update, and monitor the implementation of the covered entities' Language Access plans according to the provisions set forth in the Language Access Act. The efforts agreed upon by OAPIA included the areas of data collection, outreach, quality control and the hiring of bilingual Public Contact Positions and conducting multicultural sensitivity training. Beyond the scope of the MOU, OAPIA sought to support agencies in their efforts to address the needs of LEP communities. Additionally, OAPIA's underlying objective was to increase the capacity of an agency's ability to address the needs of the LEP community.

In FY05, OAPIA employed a variety of programs and activities to address the aforementioned areas. In the area of data collection, OAPIA com-



*Different API community based oganizations to participate at the Information Fair to share information about their services.*

piled Census 2000 data into a brief on the Asian community in the District. In the upcoming year OAPIA looking to compile a similar brief for the Chinese, Korean and Vietnamese communities in the District. While data collection remains an integral aspect of OAPIA's involvement, most of the efforts focused on providing quality control on Asian language translated documents, support to agencies in outreach to the API community, and, guidance on bilingual hiring and recruiting.

OAPIA, in conjunction with OLA, developed a quality control mechanism for the review and evaluation of translated documents. OAPIA contracted a community-based organization to conduct the Vietnamese quality control and evaluated documents in Korean and Chinese documents in-

house, sampling over 150 documents. OAPIA provided recommendations to agencies on how to improve translation quality.

As part of our agency's activities, OAPIA conducts regular outreach to the API community on city services. This past year, OAPIA also concentrated on educating District agencies on how to perform outreach to the API community, thus connecting the community with specific individuals in the various agencies. Recently, OAPIA conducted an Outreach Session that provided concrete accounts from the API community and provided OAPIA's own outreach experiences of effective outreach methods.

OAPIA also coordinated numerous public meeting with agencies through visits, roundtable discussions, or informational briefings. This past spring, OAPIA organized an Information and Health Fair for all District Agencies to showcase their programs and services specifically for the API community at the Martin Luther King Jr. Memorial Library. On a similar note, OAPIA also hosted a

Bilingual Job Fair at the library which attracted hundreds of bilingual API applicants. OAPIA'sgoal for this job fair was to provide District agencies support network to recruit bilingual staff, as mandated by the Language Access Act.

Over the past year, OAPIA continued to address language access issues in its new founded capacity. By working with agencies and forming a strong partnership with OLA and OHR, OAPIA was able to set the groundwork for the upcoming years.



*OAPIA organized the Bilingual Job Fair to help API residents, especially those with limited English proficiency to find employment.*



O  A  P  I  A

# CONCLUSION

Fiscal Year 2005 was another fruitful year for OAPIA in terms of community civic participation and assisting residents with limited English in accessing city services. While remaining committed to performing outreach to the growing API community and uplifting the quality of life, OAPIA continues to work in support of community-based organizations as they strive to increase their capacity of services and access to funding so that they may continue to provide vital services for many underserved residents. As the District becomes increasingly diverse, OAPIA will continue to bridge the gap between the people in need and the available services/resources. By working with the City Council, District agencies, and community-based organizations, OAPIA hopes to fulfill our city's promise of serving all its residents, regardless of cultural or language barriers.



O  A  P  I  A

**14**

| District of Columbia | MAYOR FENTY | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | GOVERNMENT | FOR KIDS |

**Asian and Pacific Islander Affairs**

**APIA HOME**

**NEWS ROOM**
Releases
Advisories
Newsletters
Vacancy Announcements

2009 Listing
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

2008 Listing
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

2007 Listing
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

<< previous

**PROGRAMS**

**RESOURCES**

**ONLINE SERVICE REQUESTS**

Releases     Advisories     Newsletters     Vacancy Announcements

April 9, 2008

## OAPIA Announces Asian and Pacific Islander American Heritage Month Celebration

(Washington, DC) Every May, the Mayor's Office on Asian and Pacific Islander Affairs (OAPIA) coordinates the city's Asian and Pacific Islander American (APIA) Heritage Month celebration. This year, OAPIA has organized a series of community events to celebrate APIA Heritage Month. These events are organized to bring residents together to celebrate diversity and recognize the contributions of APIAs to the District.

Below is a list of the community events with a brief description:

- **Asian and Pacific Islander American Youth Sidewalk Chalk Contest:** Youth will compete to creatively express the theme "Chalking Chinatown." Three winners from different age groups will be selected for prizes. *Saturday, May 3, from 12 pm to 3 pm.*
- **Asian and Pacific Islander Cultural Exhibit:** Embassies and cultural groups will display cultural crafts, costumes, and other items that represent API cultures. *Saturday, May 10 from 10 am to 4 pm.*
- **Mayor Fenty's Asian and Pacific Islander American Heritage Month Celebration:** The Mayor will officially celebrate APIA Heritage Month and award his community service award to individuals who gave outstanding service to the District's APIA community. *Wednesday, May 28 from 6 pm to 8 pm.*

All of the events are **free** and conveniently located at the Historical Society of Washington DC (across from the Washington Convention Center). For more questions, please contact OAPIA at (202) 727-3120.

- APIA May Heritage Month Poster*
- APIA May Heritage Month Events Calendar*
- Heritage Month Flyer (Chinese)*
- Heritage Month Flyer (Hindi)*
- Heritage Month Flyer (Korean)*
- Heritage Month Flyer (Urdu)*
- Heritage Month Flyer (Vietnamese)*

* This document is presented in Portable Document Format (PDF). A PDF reader
is required for viewing. Download a PDF Reader or Learn More About PDFs.

Telephone Directory by Topic · Agencies · DC Council · Search · Elected Officials · Feedback · Translations · Accessibility · Privacy & Security · Terms & Conditions

15

# Asian Pacific AmericanHeritage Month Celebration

## Historical Society of Washington DC
## 801 K St. NW Washington DC 20001
## (Metro Stops: Green/Yellow Line - Mt. Vernon)

CALENDAR OF EVENTS

**Saturday, May 3**
**12 noon-3 p.m.  "Chalking Chinatown"**
Join the Mayor's Office on Asian and Pacific Islander Affairs' 3rd Annual APA Youth
Sidewalk Contest: "Chalking Chinatown." Youth ages 8 - 18 years old are welcome to
showcase their artistic creativity by illustrating their own images of Chinatown. Free
chalk along with snacks and gifts will be provided for participants. Registration is free
but space is limited. (To register, please call (202)727-9883)

**2 p.m.  Indonesian Puppet Show**
The masterful performance ensemble, the Art & Cultural Center of Indonesia (ACCI)
will perform Javanese "gamelan," featuring gong, flute, drums, xylophones,
accompanying shadow puppetry, and brilliantly-clothed, traditional dancers.

**Saturday, May 10**
**10 a.m.-4 p.m.  Asian Pacific American Cultural Exhibition**
Experience Asia and the Pacific Islands!  This cultural celebration brings together
more than 20 countries including Sri Lanka, Fiji, Philippines, Japan and Indonesia just
to name a few! Learn about cultures through a variety of demonstrations such as
Japanese flower arrangements (Ikebana), Chinese martial arts, Korean drum beating,
and much more!  Plan the day with us and have some fun with the entire family!

**11 a.m. Korean Drum Performance by the Asian American Arts Center**

**11:30 a.m. Chinese Lion Dancers**
Wong's Chinese Lion Dancers procession of musicians playing gongs and symbols
accompanied by a feathered, four-legged, carnival-like puppet dragon swirling,
spinning, and roaring up on hind legs will dazzle and delight the whole family.

**1:30 pm Japanese Flower Arrangement by Ikebana Inc.**

**2 p.m. Japanese Koto Music**
In 1971, Kyoko Okamato formed the Washington Toho Koto Society-a group of koto
musicians-who play to promote the understanding and appreciation of Japanese koto
music. The Society participates in the Lantern Lighting Ceremony which traditionally
opens the National Cherry Blossom Festival in Washington, D.C. every spring.

**2 p.m.  Modern APA Dance**
Known for Asian-inspired works and visual clarity, the Washington, D.C.-based Dana
Tai Soon Burgess & Company was established under the auspices of its non-profit arts
organization, Moving Forward. The Washington Post says, "Burgess's approach...is
one of subtlety and dreamlike ambiguity. The paradox is that his minimalist style feels
complete. In lesser hands, the smudged edges and leisurely pace might prove

maddening, but more often than not you're struck by quietly surprising truths in Burgess's works. It's all in the dancers' intricate specificity.

**Saturday, May 17**
**11 a.m.-1 p.m.  Walking Tour: Chinatown/7th Street District**
Join master guide, Jeanne Fogle for an exotic guided walking tour around the District's historic Chinatown. Limit 25 people. (Ages 12 to Adults) Meeting place: 10:15 a.m. Front door of the Carnegie Library, 801 K Street, NW  Registration required: RSVP@historydc.org or call 202-383-1828

**Wednesday, May 21**
**6:30-8 p.m.   East West Music: Fusion or Confusion?**
In this lecture-demonstration where West meets East, John Wubbenhorst will discuss and play his compositions as well as relate his many experiences working with various music masters from different traditions.

**Wednesday, May 28**
**2-4 p.m.   Asian Pacific American Film Series**
5 Centimeters Per Second Japan, 2007, 62 min., Makoto Shinkai.
Celebrating APA Heritage Month,  the Mayor's Office on Asian and Pacific Islander Affairs, APA Film, and ADV Films presents the Japanese animated film, 5 Centimeters Per Second, subtitled "a chain of short stories about their distance."
The movie is composed of three short movies : 'The Chosen Cherry Blossoms' , 'Cosmonaut' and '5 Centimeters per Second'

**6-8 p.m.  Mayor Fenty's Asian & Pacific Islander  Heritage Month Celebration: Celebrating API Community Service**
Join Mayor Adrian Fenty and the Washington community as we celebrate Asian & Pacific Islander (API) Heritage Month in the District.  API Heritage Month celebrates the contributions of the APIs to American society. The celebration will honor community members and District employees who have shown outstanding service to the API community. You'll also be treated to the dynamic performances from the Dana Tai Soon Burguess and Co., Fairfax Chinese Dance Troupe and other API Cultural performers. This celebration is a great opportunity for you and your family to join Mayor Fenty and the Washington community in celebrating API Heritage Month.

**Saturday, May 31**
**11a.m - 1 p.m. and 2-4 p.m.   Asian Pacific American Film Series**
5 Centimeters Per Second Japan, 2007, 62 min., Makoto Shinkai.
Celebrating APA Heritage Month,  the Mayor's Office on Asian and Pacific Islander affairs, APA Film, and ADV Films presents the Japanese animated film, 5 Centimeters Per Second, subtitled "a chain of short stories about their distance."
The movie is composed of three short movies : 'The Chosen Cherry Blossoms' , 'Cosmonaut' and '5 Centimeters per Second'

CALENDAR OF EVENTS

CALENDAR OF EVENTS





**Adrian M. Fenty**
**Mayor**

**Soohyun "Julie" Koo**
**Director**







**OTHER PARTNERS:**

**16**

GOVERNMENT OF THE DISTRICT OF COLUMBIA



EXECUTIVE OFFICE OF THE MAYOR
OFFICE ON LATINO AFFAIRS

*Adrian M. Fenty*
*Mayor*

*Mercedes Lemp*
*Director*

## NEWS FROM THE OFFICE ON LATINO AFFAIRS (OLA)

**Eventos Comunitarios**
**Community Events and Meetings***
**May 1st – May 15th 2008**

◊

**1. º de mayo – 15 de mayo de 2008**

| Fecha y Hora<br><br>Date & Time | Evento y Lugar<br><br>Event & Location | Breve descripción<br><br>Description | Para más información comuníquese con:<br>Contact Information |
|---|---|---|---|
| **Viernes 2 de mayo**<br>**5:30p.m. – 8:30p.m.**<br><br><br><br>**Friday, May 2nd**<br>**5:30PM – 8:30PM** | *Fútbol Club*—Centro Comunitario de *Columbia Heights*—1480 Girard Street, NW)<br><br>*Soccer Club* Season—Columbia Heights Community Center—1480 Girard Street, NW) | Ha iniciado la nueva temporada de *Fútbol Club* para jóvenes de entre 12 y 18 años por lo que se les invita a participar del 25 de abril al 8 de agosto.<br><br>The new season of *Club Soccer* has begun! It is taking place from April 25th to August 8th. All youth of 12 to 18 years old, are invited to participate every Friday evening. | Cecilia Arce<br>(202) 671-2823<br><br>Didier Sinisterra<br>(202) 671-3005 |
| **Jueves 8 de mayo**<br>**4:00p.m. 6:00p.m.**<br><br><br><br>**Thursday, May 8th**<br>**4PM – 6PM** | Reunión del *Comité de Jóvenes Latinos*—Oficina del Alcalde para Asuntos Latinos, OLA—2000 14th St., NW, 2.º Piso)<br><br>Organizational meeting for the *Latino Youth Committee*—Office on Latinos Affairs, OLA—2000 14th St., NW, 2nd floor) | Reunión de preparación del *Comité de Jóvenes Latinos* que será formado como resultado de la *1. ª Cumbre de la Juventud Latina de DC* que se llevo a cabo el 29 de febrero de 2008.<br><br>Organizational meeting to form the *Latino Youth Committee*, which will be organized as a result of the *First DC Mayor's Latino Youth Summit* that took place on February 29th 2008. | Didier Sinisterra<br>(202) 671-3005 |

| Viernes 9 de mayo 5:30p.m. – 8:30p.m. | *Fútbol Club*—Centro Comunitario de *Columbia Heights*—1480 *Girard Street, NW)* | Ha iniciado la nueva temporada de *Fútbol Club* para jóvenes de entre 12 y 18 años por lo que se les invita a participar del 25 de abril al 8 de agosto. | Cecilia Arce (202) 671-2823 <br><br> Didier Sinisterra (202) 671-3005 |
|---|---|---|---|
| **Friday, May 9th** 5:30PM – 8:30PM | *Soccer Club* Season— Columbia Heights Community Center—1480 Girard Street, NW) | The new season of *Club Soccer* has begun! It is taking place from April 25th to August 8th. All youth ages 12 to 18 years old are invited to participate every Friday evening. | |

**\*Thanks to OAPIA for allowing us to use their upcoming community events format. INFORMATION CAN ALSO BE VIEWED AT OLA Agency Calendar:**
http://app.calendar.rrc.dc.gov/monthView.aspx?cdlCalendars=45&agencyUrl=http://ola.dc.gov

# JOB ANNOUNCEMENTS

**DCRA** ■ **Department of Consumer and Regulatory Affairs—DS-301-09** ($41,923–$53,983)—**Program Support Specialist—Closing Date: May 28, 2008—First Screening Date: May 9, 2008**—Open to the General Public—**Promotion Potential:** DS-11— **Brief Description of Duties:** This position is located in the Department of Consumer and Regulatory Affairs, Office of the Tenant Advocate. Incumbent serves as a Program Support Specialist, responsible for providing program and administrative support for the assigned office. Performs special projects and prepares comprehensive reports on studies and other special assignments. Participates in the identification of the need for planning, organizing, and conduct of analytical studies based on examination of management needs. These studies involve researching issues, analyzing and presenting results, and recommending administrative strategies or changes in internal operating procedures to incorporate new requirements. Assists the supervisor in improving effectiveness in meeting schedules, deadlines, priorities and production goals. **Selective Placement Factor #1:** BILINGUAL STRONGLY PREFERRED (SPANISH). **Specialized Experience:** Experience that equipped the applicant with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled. To be creditable, at least one (1) year of specialized experience must have been equivalent to at least the next lower grade level in the normal line of progression for the occupation in the organization. **Substitution of Education:** A substitution of education for required experience will be allowed as defined in OPM's Qualification Standards. However, in order to receive credit, applicants must submit official proof of educational attainment at the time of application. **Submission of Ranking Factors:** The following ranking factors will be used in the evaluation process. All applicants MUST respond to the ranking factors. Please respond specifically to the ranking factor(s) by either typing directly into the free form area provided on the application form, or by pasting from a text document. Please describe specific incidents of sustained achievements from your experience that show evidence of the level at which you are applying. You may refer to any experience, education, training, awards, outside activities, etcetera that include the degree to which you possess the job related knowledge, skills and abilities described in the ranking factors. The information given in response to the ranking factors should be complete and accurate to the best of your knowledge. FAILURE TO RESPOND TO ALL RANKING FACTORS WILL ELIMINATE YOU FROM CONSIDERATION. **Ranking Factor #1:** Knowledge of the mission, function and operational policies and procedures of the Department of Consumer and Regulatory Affairs, Office of the Tenant Advocate to effectively, accurately and expeditiously complete work assignments in concert with established operational objectives. **Ranking Factor #2:** Knowledge of pertinent

laws, regulations, codes and practices designed to appropriately resolve problems, make sound recommendations, and provide information to support recommendations for consumers, residents, visitors, and businesses of the District. **Ranking Factor #3**: Knowledge of, and skill in applying analytical and evaluative methods and techniques to resolve problems, make sound recommendations, and provide information to support recommendations. **Ranking Factor #4**: Ability to effectively communicate with others both orally and in writing to assist with the formulation and presentation of report conclusions, explanation and interpretation of factual information, and to facilitate cohesive and cooperative efforts. **Where to Apply**: Candidates can apply online (www.dchr.dc.gov) by selecting "Apply for this job" in the vacancy announcement. Candidates may also apply in person by completing a DC 2000 job application at the D.C. Office of Human Resources located at the Reeves Center: 2000 14th Street, N.W.; 4th Floor; Washington, D.C. 20009. DC 2000 employment applications may also be mailed to the Reeves Center address by the closing date of the position. **Contact Information**:   All inquiries related to employment and job applications should be directed to HR Answers at (202) 442-9700. **Job Offers**:   Official Job Offers are made by the D.C. Department of Human Resources. **EEO Statement**:   The District of Columbia Government is an Equal Opportunity Employer.



■ **District Alliance for Safe Housing, Inc** (DASH) — **Housing Resource Program Director —Open Until Filled**. **Program Description**: The District Alliance for Safe Housing, Inc. (DASH) is a newly formed nonprofit agency that works to ensure safe and sustainable refuge for victims of domestic violence in the District of Columbia through the development and management of emergency and transitional housing and supporting other community-based organizations to develop housing for victims as well. **Report to**: Executive Director. **Responsibilities**: Provides support and expertise to the design and development of a newly developed program providing training and housing resource expertise to victims and the greater community.  This is a first line supervisory position involving supervisory and program participant responsibilities. **Duties** are as follows:

- Participate in all areas of program and policy development and design of the Housing Resource Program and participate in planning of overall agency development;
- Supervise and manage all activities of the Housing Resource Program at the new Lighthouse Victim Service Center and the functions of the Housing Resource Specialists;
- Generate resources in the area of housing, including: researching available affordable and supportive housing options; developing relationships with landlords, brokers and housing programs; acting as a liaison to other agencies and attending related meetings regarding housing issues for homeless populations and educating the community on changing policy as it relates to victim access to affordable housing;
- Troubleshoot technical housing issues as they arise with staff, victim advocates, and victims accessing housing programs;
- Develop resource material and content for the Housing Resource Center Online website;
- Design and conduct trainings and quarterly summits for staff and partner agencies;
- Perform other duties which contribute to the running of the worksite, including ordering equipment and supplies;
- Managing and supervising the activities of student interns and volunteers as needed;
- Completing program reporting and evaluation/statistical monitoring; and,
- Other related duties as assigned.

**Qualifications:** A Master's Degree and five years work experience are required (education and or work experience may be substituted for these requirements). Knowledge of Microsoft Word and Excel, good oral and written communication skills, knowledge of and sensitivity to domestic

violence, child abuse and neglect, substance abuse, and sexual abuse. Comfortable working within a newly formed and evolving program. Fluency in a foreign language a plus.
**To Apply:** Email cover letter plus resume to info@dashdc.org (please put title of position on subject line). No phone calls please. No fax please.

**■ Carlos Rosario International Career Center— Nursing Instructor**
There is an immediate opening for a Nursing Instructor position available at Carlos Rosario Public Charter School. We encourage qualified applicants to apply. Carlos Rosario Public Charter School serving DC adult immigrants has an immediate need for a nurse to help design a Certified Nursing Assistant program. The eligible candidate must have a BSN degree and 1 year teaching experience (experience working with adult immigrants will be preferred). A minimum of 2 years clinical nursing experience required. The applicant must be licensed by the District of Columbia. One year of supervisory experienced is also preferred. We offer a flexible schedule—20 hours/week, a competitive salary and excellent working conditions. Please send salary requirements and resume to the attention of Ms. Martha Pleshaw at mpleshaw@carlosrosario.org or via fax to 202-232-6442.

**■ Payless ShoeSource—Store Manager Trainee and Store Associates** needed for new store located at 3100 14th Street NW, Washington, DC—Do you love shoes? Do you love to shop? Do you love making people smile? Payless ShoeSource may be the perfect fit for you! We are looking for passionate, energetic individuals who love fashion and would like to work in a new store environment. Payless ShoeSource, a $2.66 billion company, has openings for a Store Manager Trainee in the Washington, DC area. The candidate should have some college completed, and retail supervisory experience. **Bilingual speaking candidates are encouraged to apply.** The pay and benefits are competitive and, with over 4500 locations, there is plenty of room for career advancement. Full time and Part time positions are available as well. Become a part of the future of Payless. For more information, visit www.careersatpayless.com or send your resume to the attention of: Steve_Rooney@payless.com

# COMMUNITY ANNOUNCEMENTS

**■ The Mayor's Office on Asian and Pacific Islander** Affairs invites you to the **3rd Annual Youth Sidewalk Chalk Contest** to take place on May 3rd from 12:00 noon to 3:00p.m at the Historical Society of Washington DC located at 801 K Street, NW (Across from the Washington Convention Center). For more information, please contact the Mayor's Office on Asian and Pacific Islander Affairs at (202) 727-9883. Participation is free, but there are limited spaces available, so please call the agency to register.

**■ Catholic Charities**—Clase de entrenamiento para el mantenimiento de edificios—Las clases se llevarán a cabo del 7 de junio al 3 de agosto de 2008 todos los sábados de las 9a.m a las 3p.m. y los domingos de las 10a.m. a las 3p.m. El entrenamiento de ocho

semanas se dará completamente gratis. Para obtener información adicional, llame al (202) 772-4307 y pregunte por la Sra. Whitney, o al (301) 254-9928 y pregunte por Juan.

Los beneficios que obtendrá al tomar esta clase:

- Aprenderá acerca del mantenimiento básico de edificios, carpintería, plomería, electricidad, aire acondicionado, calefacción.

- Le enseñaran instructores con amplio conocimiento en mantenimiento y administración de edificios.

- Conocerá una carrera con muchos beneficios, entrenamiento y posibilidades de crecer.

- Aprenderá también matemáticas en construcción y sabrá hacer una lectura de planos.

- Obtendrá conocimientos de computación básica y utilización del Internet para buscar trabajo.

- Recibirá asistencia en la elaboración de su hoja de vida (CV).

**¡Venga e inscríbase!**

**Requisitos**: Ser residente del Distrito de Columbia—Hablar y entender inglés básico, y estar interesado en trabajar con herramientas de construcción. **Los fondos para este programa han sido suministrados por la Oficina del Alcalde para Asuntos Latinos (OLA, por sus siglas en inglés).**

**17**





























**18**



















**19**

































**20**











# EXHIBIT 2

DECLARATION OF KAITLIN CLARE MAHONEY

I, Kaitlin Clare Mahoney, hereby declare under the penalties of perjury of the law of the Commonwealth of Virginia:

1.      I am a citizen of the United States.

2.      I am a resident of the Commonwealth of Virginia.

3.      I make this declaration on personal knowledge.

4.      I am a Christian.

5.      The CDC is a religious association of Christians involved in public activism.

6.      I serve as the Program Director of the CDC.

7.      As a Christian, I am compelled to adhere to the tenets of my religious faith.

8.      The Holy Bible is, in my religious faith, the express Word of God, infallible, and it is binding upon my conscience and manner of life.

9.      Although we rejoice in the historic election of the first African-American President of the United States, we are deeply troubled by Barack Obama's radical support of abortion.

10.      I have prayed, studied God's Word, and considered the words and actions of the President-elect, Barack Obama.

11.      In anticipation of the inauguration and presidency of Barack Obama, together with my father, the Reverend Patrick Mahoney, the CDC, Cheryl Conrad, and Survivors, I helped to plan and organize a series of activities and strategies under the name, the Birmingham Letter Project.

12.      As part of that project, we created an internet website describing our interests, our purposes, and our methods.

13.      That website is http://www.thebirminghamletterproject.com.

14.      Our choice of project name deliberately recalls the letter written by Dr. Martin

Luther King, Jr., from a Birmingham jail.

15.      By supporting policies which have resulted in the deaths of 50,000,000 innocent lives, Barack Obama fails to understand the eternal truth of "loving your neighbor as yourself."

16.      Throughout history, the people of God have always been a public prophetic witness against injustice and "spoken truth to power."

17.      Together with my father, the Reverend Patrick Mahoney, the CDC, Survivors, and Cheryl Conrad, I helped to plan a chalk art demonstration to express our prayers, thoughts, views and hopes to then-to-be President Obama on the important civil rights, political and religious issue of legalized abortion.

18.      With my father, the Reverend Patrick Mahoney, and the CDC, I used chalk art as part of our prayer vigil and demonstration during the Sojourners Poverty Conference, week of June 1, 2007:

     a.      The Christian group, Sojourners, sponsored a week-long conference on poverty, in the District of Columbia.

     b.      As part of that conference, Sojourners conducted an assembly at George Washington University, featuring Senators Hillary Clinton, John Edwards and Barack Obama.

     c.      Because all three of those Senators and candidates publicly support legalized abortion, the CDC, my father, the Reverend Patrick Mahoney, and I decided to conduct a prayer vigil and demonstration to proclaim the message that "Abortion is Poverty."

     d.      During our demonstration, some members of the public that approached the venue to attend the program objected to our chalk art demonstration and tried to have us stopped.

     e.      Special Operations Division personnel on the scene at the time intervened in the situation, confirmed that we were permitted to conduct the chalk art demonstration, and kept us from being molested while we completed our demonstration.

19.     January 22nd is the anniversary date of the Supreme Court's decision in Roe v. Wade.

20.     Each year on that date, thousands and thousands of Americans travel to Washington, or to their state Capitols, to memorialize the lives lost to legalized abortion and to express continued opposition to the civil rights wrong that legalized abortion inflicts on prenatal children.

21.     Many like-minded individuals will be in the metropolitan Washington, DC area for the commemorations on January 22, 2009.

22.     With that in mind, we decided to organize and conduct our chalk art demonstration on Saturday, January 24, 2009.

23.     The chalk art demonstration – with its associated contemplative and prayerful witness – will occur on a public street, Pennsylvania Avenue NW, in Washington, the District of Columbia.

24.     The precise location of the planned activity is on the street surfaces of Pennsylvania Avenue, between its intersections with 15th Street NW and 17th Street NW.

25.     In that area, it is our plan to create messages and images with chalk on the paved portions of the road bed.

26.     We do not plan or intend to create chalk messages or images on the granite squares that are part of the road bed.

27.     Pennsylvania Avenue is continuous through the neighborhood and in the City of Washington.

28.     That street is regularly used by the public for passage through the vicinity and in the City of Washington.

29.     In all meaningful respects, that public street is indistinguishable from other public streets in the City of Washington.

30.     During the administration of President Clinton, vehicular travel on that portion of Pennsylvania Avenue was ended, causing disruption of traffic and inconvenience to the residents of Washington.

31.     That portion of Pennsylvania Avenue now, although it still looks much like a typical street, is, in fact, a broad, pedestrian promenade that is as much a sidewalk as those public sidewalks adjacent to the United States Supreme Court and the public sidewalk adjacent to the parade route used for presidential inaugurals along Pennsylvania Avenue.

32.     We have used chalk art as a form of expression for many years here in the District of Columbia, and also at prayer vigils and demonstrations elsewhere in the United States.

33.     One recent example elsewhere was our chalk art demonstration during the Democratic National Convention in Denver, Colorado, in August, 2007.

34.     We want to conduct the planned chalk art demonstration on January 24, 2009.

35.     We have announced the planned demonstration and invited participants.

36.     The assertion that our planned activity is criminal carries with it the clear threat of criminal prosecution.

37.     That threat chills us and those who would otherwise join us from the exercise of our rights.

38.     We plan to continue to conduct prayer vigils, demonstrations, protests and related activities in the District of Columbia regularly into the foreseeable future.

39.     Threats of arrests and criminal prosecutions for our planned chalk art demonstration are particularly disturbing because the District of Columbia government actively encourages, sponsors and supports public chalk art events on the sidewalks, streets and public properties of the District of Columbia.

40.     I am very afraid that without the aid of this Court, the District of Columbia, its Metropolitan Police Department, and its Special Operations Division will abridge my federal constitutional and statutory rights without legal justification.

FURTHER YOUR DECLARANT sayeth not.

I, Kaitlin Clare Mahoney, in accord with Title 17 U.S.C. § 1726, hereby declare under the penalty of perjury of the Commonwealth of Virginia that the foregoing statement, and the factual assertions contained therein, are true and correct.

This 15th day of January, 2009

Kaitlin Clare Mahoney

Declaration of Kaitlin Clare Mahoney
Civil Action No. _____ (D.D.C. 2009)
Page 5 of 5