DECLARATION OF KAITLIN CLARE MAHONEY

I, Kaitlin Clare Mahoney, hereby declare under the penalties of perjury of the law of the Commonwealth of Virginia:

1. I am a citizen of the United States.

2. I am a resident of the Commonwealth of Virginia.

3. I make this declaration on personal knowledge.

4. I am a Christian.

5. The CDC is a religious association of Christians involved in public activism.

6. I serve as the Program Director of the CDC.

7. As a Christian, I am compelled to adhere to the tenets of my religious faith.

8. The Holy Bible is, in my religious faith, the express Word of God, infallible, and it is binding upon my conscience and manner of life.

9. Although we rejoice in the historic election of the first African-American President of the United States, we are deeply troubled by Barack Obama's radical support of abortion.

10. I have prayed, studied God's Word, and considered the words and actions of the President-elect, Barack Obama.

11. In anticipation of the inauguration and presidency of Barack Obama, together with my father, the Reverend Patrick Mahoney, the CDC, Cheryl Conrad, and Survivors, I helped to plan and organize a series of activities and strategies under the name, the Birmingham Letter Project.

12. As part of that project, we created an internet website describing our interests, our purposes, and our methods.

13. That website is http://www.thebirminghamletterproject.com.

14. Our choice of project name deliberately recalls the letter written by Dr. Martin

Luther King, Jr., from a Birmingham jail.

15.     By supporting policies which have resulted in the deaths of 50,000,000 innocent lives, Barack Obama fails to understand the eternal truth of "loving your neighbor as yourself."

16.     Throughout history, the people of God have always been a public prophetic witness against injustice and "spoken truth to power."

17.     Together with my father, the Reverend Patrick Mahoney, the CDC, Survivors, and Cheryl Conrad, I helped to plan a chalk art demonstration to express our prayers, thoughts, views and hopes to then-to-be President Obama on the important civil rights, political and religious issue of legalized abortion.

18.     With my father, the Reverend Patrick Mahoney, and the CDC, I used chalk art as part of our prayer vigil and demonstration during the Sojourners Poverty Conference, week of June 1, 2007:

    a.      The Christian group, Sojourners, sponsored a week-long conference on poverty, in the District of Columbia.

    b.      As part of that conference, Sojourners conducted an assembly at George Washington University, featuring Senators Hillary Clinton, John Edwards and Barack Obama.

    c.      Because all three of those Senators and candidates publicly support legalized abortion, the CDC, my father, the Reverend Patrick Mahoney, and I decided to conduct a prayer vigil and demonstration to proclaim the message that "Abortion is Poverty."

    d.      During our demonstration, some members of the public that approached the venue to attend the program objected to our chalk art demonstration and tried to have us stopped.

    e.      Special Operations Division personnel on the scene at the time intervened in the situation, confirmed that we were permitted to conduct the chalk art demonstration, and kept us from being molested while we completed our demonstration.

19.     January 22nd is the anniversary date of the Supreme Court's decision in Roe v. Wade.

20.     Each year on that date, thousands and thousands of Americans travel to Washington, or to their state Capitols, to memorialize the lives lost to legalized abortion and to express continued opposition to the civil rights wrong that legalized abortion inflicts on prenatal children.

21.     Many like-minded individuals will be in the metropolitan Washington, DC area for the commemorations on January 22, 2009.

22.     With that in mind, we decided to organize and conduct our chalk art demonstration on Saturday, January 24, 2009.

23.     The chalk art demonstration – with its associated contemplative and prayerful witness – will occur on a public street, Pennsylvania Avenue NW, in Washington, the District of Columbia.

24.     The precise location of the planned activity is on the street surfaces of Pennsylvania Avenue, between its intersections with 15th Street NW and 17th Street NW.

25.     In that area, it is our plan to create messages and images with chalk on the paved portions of the road bed.

26.     We do not plan or intend to create chalk messages or images on the granite squares that are part of the road bed.

27.     Pennsylvania Avenue is continuous through the neighborhood and in the City of Washington.

28.     That street is regularly used by the public for passage through the vicinity and in the City of Washington.

29.     In all meaningful respects, that public street is indistinguishable from other public streets in the City of Washington.

30.     During the administration of President Clinton, vehicular travel on that portion of Pennsylvania Avenue was ended, causing disruption of traffic and inconvenience to the residents of Washington.

31.     That portion of Pennsylvania Avenue now, although it still looks much like a typical street, is, in fact, a broad, pedestrian promenade that is as much a sidewalk as those public sidewalks adjacent to the United States Supreme Court and the public sidewalk adjacent to the parade route used for presidential inaugurals along Pennsylvania Avenue.

32.     We have used chalk art as a form of expression for many years here in the District of Columbia, and also at prayer vigils and demonstrations elsewhere in the United States.

33.     One recent example elsewhere was our chalk art demonstration during the Democratic National Convention in Denver, Colorado, in August, 2007.

34.     We want to conduct the planned chalk art demonstration on January 24, 2009.

35.     We have announced the planned demonstration and invited participants.

36.     The assertion that our planned activity is criminal carries with it the clear threat of criminal prosecution.

37.     That threat chills us and those who would otherwise join us from the exercise of our rights.

38.     We plan to continue to conduct prayer vigils, demonstrations, protests and related activities in the District of Columbia regularly into the foreseeable future.

39.     Threats of arrests and criminal prosecutions for our planned chalk art demonstration are particularly disturbing because the District of Columbia government actively encourages, sponsors and supports public chalk art events on the sidewalks, streets and public properties of the District of Columbia.

40. I am very afraid that without the aid of this Court, the District of Columbia, its Metropolitan Police Department, and its Special Operations Division will abridge my federal constitutional and statutory rights without legal justification.

FURTHER YOUR DECLARANT sayeth not.

I, Kaitlin Clare Mahoney, in accord with Title 17 U.S.C. § 1726, hereby declare under the penalty of perjury of the Commonwealth of Virginia that the foregoing statement, and the factual assertions contained therein, are true and correct.

This 15th day of January, 2009

*Kaitlin C. Mahoney*
Kaitlin Clare Mahoney