# DECLARATION OF REVEREND PATRICK J. MAHONEY

I, Patrick Mahoney, hereby declare under the penalties of perjury of the law of the District of Columbia:

1. I am a citizen of the United States.

2. I am a resident of the Commonwealth of Virginia.

3. I make this declaration on personal knowledge.

4. I am a Christian.

5. I am an ordained minister of the Reformed Presbyterian Church.

6. I was ordained more than 30 years ago.

7. For more than 30 years, I have, as Presbyterian minister and a Christian social activist, conducted public prayer vigils, public demonstrations, and public protests.

8. In my ministry of public activism, I have sought to fulfill the command of the Word of God, "justice, justice shall you pursue."

9. Using prayer vigils, demonstrations, protests and similar activities, I have pursued justice for the handicapped, the homeless, the forgotten of our society.

10. A principal focus of my pursuit of justice in American society has been the ongoing legality of abortion, which broad policy of legality causes harm and even death to women, and nearly always causes the death of prenatal children.

11. In pursuit of justice, I helped found the Christian Defense Coalition ("CDC").

12. The CDC is a religious association of Christians involved in public activism.

13. Kaitlin Clare Mahoney is my daughter.

14. Kaitlin Clare Mahoney serves as the Program Director of the CDC.

15. In addition to directing the activities of the CDC, I work with religious organizations and pro-life organizations, and individuals around the Nation, including

Cheryl Conrad and Survivors.

16.     Cheryl Conrad is the executive director of Survivors.

17.     Survivors is a business transaction name ("dba") of Cradles of Love, Inc.

18.     Cradles of Love, Inc. is a California nonprofit organization with tax exemption under section 501(c)(3) of the Internal Revenue Code.

19.     As a Christian, I am compelled to adhere to the tenets of my religious faith.

20.     The Holy Bible is, in my religious faith, the express Word of God, infallible, and it is binding upon my conscience and manner of life.

21.     Although we rejoice in the historic election of the first African-American President of the United States, we are deeply troubled by Barack Obama's radical support of abortion.

22.     I have prayed, studied God's Word, and considered the words and actions of the President-elect, Barack Obama.

23.     In anticipation of the inauguration and presidency of Barack Obama, together with Kaitlin Clare Mahoney, the CDC, Cheryl Conrad, and Survivors, I planned and organized a series of activities and strategies under the name, the Birmingham Letter Project.

24.     As part of that project, we created an internet website describing our interests, our purposes, and our methods.

25.     That website is http://www.thebirminghamletterproject.com.

26.     Our choice of project name deliberately recalls the letter written by Dr. Martin Luther King, Jr., from a Birmingham jail.

27.     In his letter, Dr. King justified, particularly for pastors and religious adherents that had disapproved his violation of discriminatory local laws and ordinances, his purposes and methods in seeking social justice for African Americans.

28.     Barack Obama's tragic embracing of abortion is a betrayal of social justice and of the principles of Dr. Martin Luther King and the Scriptures:

    a.    Barack Obama opposes a ban on the barbaric partial birth abortion procedure.

    b.    Barack Obama said one of the first things he wanted to do as President would be to pass the Freedom of Choice Act which would codify abortion as a federal right, a result more radical than the Roe v. Wade decision because it would nullify any state or federal law blocking or restricting abortion, and invalidating any limitations the Supreme Court has put on abortion.

    c.    As an Illinois state senator, Barack Obama blocked legislation that would have saved newborn children born alive after late term abortions.

    d.    As President, Barack Obama wants taxpayer dollars to be used to pay for abortions as part of his health care plan.

    e.    During the presidential campaign, Barack Obama said while speculating on the issue if one his daughters became pregnant, that he would "not want them punished with a baby."

    f.    Barack Obama would only nominate judges to the Supreme Court and the federal courts that support Roe v. Wade.

    g.    Barack Obama's transition team said they would reverse an Executive Order that prohibits promoting abortion in foreign countries with financial aid provided by taxpayer dollars.

29.    By supporting policies which have resulted in the deaths of 50,000,000 innocent lives, Barack Obama fails to understand the eternal truth of "loving your neighbor as yourself."

30.    Throughout history, the people of God have always been a public prophetic witness against injustice and "spoken truth to power."

31.    We see many examples of this in Scripture and throughout church history:

    a.    In 2 Samuel 12:1:7, we read how the prophet Nathan confronted King David for his sin of adultery with Bathsheba and the murder of her husband Uriah.

    b.    In Mark 6:17-28, the prophet John the Baptist confronted King Herod for having an adulterous relationship with his brother's wife.

    c.    It is in that "prophetic spirit" that God is calling the church to prayerfully challenge President Obama on his radical support for abortion in Washington, D.C. this January.

32.    Together with Kaitlin Clare Mahoney, the CDC, Survivors, and Cheryl Conrad, I decided to use a chalk art demonstration to express our prayers, thoughts, views and hopes to then-to-be President Obama on the important civil rights, political and religious issue of legalized abortion.

33.    We have used chalk art on many occasions previously as part of our public prayer vigils, demonstrations, protests and rallies:

    a.    The March for Women's Lives, April 25, 2004:

        i.    With the full knowledge, in advance, of the Metropolitan Police Department's Special Operations Division, I and other CDC participants used chalk to outline body shapes in the street just before the march contingents approached on Constitution Avenue and on 15th Street in the District of Columbia.

        ii.    At the time when we actually entered the street and engaged in the chalk art demonstration, we were in the personal physical presence of then Chief of Police Charles Ramsey, who allowed us to carry out the activity.

    b.    Sojourners Poverty Conference, week of June 1, 2007:

        i.    The Christian group, Sojourners, sponsored a week-long conference on poverty, in the District of Columbia.

        ii.    As part of that conference, Sojourners conducted an assembly at George Washington University, featuring Senators Hillary Clinton, John Edwards and Barack Obama.

        iii.    Because all three of those Senators and candidates publicly support legalized abortion, the CDC, Kaitlin Clare Mahoney and I decided to conduct a prayer vigil and demonstration to proclaim the

       message that "Abortion is Poverty."

  iv.      Prior to the event, I communicated to representatives of the Special Operations Division of the Metropolitan Police Department our plan to include chalk art as part of the demonstration.

  v.      Our plan was approved.

  vi.      During our demonstration, some members of the public that approached the venue to attend the program objected to our chalk art demonstration and tried to have us stopped.

  vii.      Special Operations Division personnel on the scene at the time intervened in the situation, confirmed that we were permitted to conduct the chalk art demonstration, and kept us from being molested while we completed our demonstration.

c.    Doctor Wenyi Wang Solidarity Protest.

  i.      In April 2006, Dr. Wenyi Wang was arrested at White House during a remarks by the Communist Chinese president on the White House Lawn.

  ii.      Dr. Wang sought to bring attention to the plight, in Communist China, of members and adherents of Falun Gong.

  iii.      I was shocked and disappointed at the treatment of Dr. Wang, and together with others, I went to the street in front of the White House, on Pennsylvania Avenue.

  iv.      While at that location, with others in agreement and joining me, I wrote messages of solidarity and support for Dr. Wang and the persecuted members and adherents of Falun Gong in Communist Chine.

  v.      At that time and at that location, I was approached by police personnel, but I believe they were uniformed Secret Service officers.

  vi.      They allowed me, and those with me, to conduct our chalk art

    demonstration.

34. January 22nd is the anniversary date of the Supreme Court's decision in Roe v. Wade.

35. Each year on that date, thousands and thousands of Americans travel to Washington, or to their state Capitols, to memorialize the lives lost to legalized abortion and to express continued opposition to the civil rights wrong that legalized abortion inflicts on prenatal children.

36. Many like-minded individuals will be in the metropolitan Washington, DC area for the commemorations on January 22, 2009.

37. With that in mind, we decided to organize and conduct our chalk art demonstration on Saturday, January 24, 2009.

38. The chalk art demonstration – with its associated contemplative and prayerful witness – will occur on a public street, Pennsylvania Avenue NW, in Washington, the District of Columbia.

39. The precise location of the planned activity is on the street surfaces of Pennsylvania Avenue, between its intersections with 15th Street NW and 17th Street NW.

40. In that area, it is our plan to create messages and images with chalk on the paved portions of the road bed.

41. We do not plan or intend to create chalk messages or images on the granite squares that are part of the road bed.

42. Pennsylvania Avenue is continuous through the neighborhood and in the City of Washington.

43. That street is regularly used by the public for passage through the vicinity and in the City of Washington.

44. In all meaningful respects, that public street is indistinguishable from other public streets in the City of Washington.

45. During the administration of President Clinton, vehicular travel on that portion of Pennsylvania Avenue was ended, causing disruption of traffic and inconvenience to the

residents of Washington.

46.     That portion of Pennsylvania Avenue now, although it still looks much like a typical street, is, in fact, a broad, pedestrian promenade that is as much a sidewalk as those public sidewalks adjacent to the United States Supreme Court and the public sidewalk adjacent to the parade route used for presidential inaugurals along Pennsylvania Avenue.

47.     With these plans in mind, I contacted legal counsel and directed them to correspond with the District of Columbia's Metropolitan Police Department regarding our plan.

48.     My counsel sent correspondence to the General Counsel of the Metropolitan Police Department on November 24, 2008.

49.     When no response was received regarding that correspondence, my counsel sent a follow up letter.

50.     In response to that letter, General Counsel Ryan wrote and advised that the proposed demonstration was being reviewed by the MPD's Special Operations Division.

51.     On January 7, 2009, Commander Crane, of the MPD SOD, prepared a letter responding to my counsel's correspondence, and that letter was hand-delivered to my counsel on January 8, 2009.

52.     In that letter, Commander Crane requested additional information for the development of a demonstration permit, included an application form, but stated that chalking would not be allowed.

53.     On January 9, 2009, my counsel sent further correspondence to the MPD General Counsel.

54.     On January 12, 2009, after business hours, MPD SOD Lieutenant Emmerman faxed and email to my counsel a permit for our demonstration planned for January 24, 2009.

55.     The permit expressly prohibits chalk art.

56.     Attached to this declaration as attachment 1 through 5 are the letters to and from my counsel regarding our planned demonstration.

57.     Attached to this declaration as attachment 6 is the demonstration permit that was sent to my counsel.

58.     We have used chalk art as a form of expression for many years here in the District of Columbia, and also at prayer vigils and demonstrations elsewhere in the United States.

59.     One recent example elsewhere was our chalk art demonstration during the Democratic National Convention in Denver, Colorado, in August, 2007.

60.     We want to conduct the planned chalk art demonstration on January 24, 2009.

61.     We have announced the planned demonstration and invited participants.

62.     The assertion that our planned activity is criminal carries with it the clear threat of criminal prosecution.

63.     That threat chills us and those who would otherwise join us from the exercise of our rights.

64.     We plan to continue to conduct prayer vigils, demonstrations, protests and related activities in the District of Columbia regularly into the foreseeable future.

65.     That plan is not speculative or fantasy.

66.     We have an extended track record of using our rights to expression, assembly, free exercise of religion, and free press here in the Nation's Capitol for twenty years.

67.     Threats of arrests and criminal prosecutions for our planned chalk art demonstration are particularly disturbing because the District of Columbia government actively encourages, sponsors and supports public chalk art events on the sidewalks, streets and public properties of the District of Columbia.

68.     On January 8, 2009, I used my computer and internet access to examine the contents of the official internet website of the Government of the District of Columbia.

69.     That website is found at the URL: http://www.dc.gov.

70.     On the homepage for the DC Government website there is a small search engine that allows users to search by terms for items of interest.

Declaration of Reverend Patrick Mahoney
Civil Action No. _____ (D.D.C. 2009)
Page 8 of 11

71.     On January 8, 2009, I entered the term "chalk" in that search engine and received a search response that linked numerous documents on the DC website related to the sponsorship and conduct of chalk art contests and activities by the District of Columbia.

72.     From those linked documents, I discovered that the Mayor's Office of Asian and Pacific Island Affairs has sponsored, for three years, an annual chalk art contest.

73.     From those linked documents, I discovered that the Public Library System of the District of Columbia has participated in and sponsored an annual event, "Chalk4Peace" since 2005.

74.     The linked documents included registration forms for the activities, announcing dates, times, locations and, where relevant, prizes.

75.     Other linked documents included newsletters of the District of Columbia Government reporting on the successful completion of those chalk art events.

76.     Attached to this declaration as Attachments 7 through 16 are printed versions of the web pages I found on the District of Columbia Government website.

77.     I have compared the printed versions with the web versions and they are true and accurate copies of the web documents.

78.     Attached to this declaration as Attachment 17 are photographs that purport to be of participants in the 2006 Chalk4Peace at the Dr. Martin Luther King, Jr., branch of the DC Public Library system.

79.     Attached to this declaration as Attachment 18 are photographs that purport to be of participants in the 2007 Chalk4Peace at the Dr. Martin Luther King, Jr., branch of the DC Public Library system.

80.     Attached to this declaration as Attachment 19 are photographs that purport to be of participants in the 2008 Chalk4Peace at the Dr. Martin Luther King, Jr., branch of the DC Public Library system.

81.     I am familiar with the vicinity of the Dr. King Library.

82.     I have examined the photographs that are Attachment 17 through 19, and based on my personal knowledge of the vicinity, I can say with certainty that those photographs

depict the exterior of the Dr. King Library.

83. Not only does the District of Columbia Government act as an official sponsor of, promoter of, and participant in, chalk art events, it also tolerates open and flagrant instances of chalk art demonstrations other than my own.

84. One recent example of such open, flagrant and tolerated chalk art demonstrations took place during the same 2008 Chalk4Peace, on the public sidewalks adjacent to 2021 14th Street, NW, in the District of Columbia.

85. On that occasion, an internet café, restaurant, pub, and performance space, transacting business as "Busboys and Poets" participated in the 2008 Chalk4Peace by sponsoring a chalk art demonstration on the sidewalk outside the establishment.

86. Attached to this declaration as Attachment 20 are photographs that purport to be of participants in the 2008 Chalk4Peace on the public sidewalk at 2021 14th Street, NW, in the District of Columbia.

87. I am familiar with the vicinity of 2021 14th Street NW, in the District of Columbia.

88. I have examined the photographs that are Attachment 20, and based on my personal knowledge of the vicinity, I can say with certainty that those photographs depict the public sidewalk at 2021 14th Street NW, in the District of Columbia.

89. I am very afraid that without the aid of this Court, the District of Columbia, its Metropolitan Police Department, and its Special Operations Division will abridge my federal constitutional and statutory rights without legal justification.

FURTHER YOUR DECLARANT sayeth not.

I, Reverend Patrick Mahoney, in accord with Title 17 U.S.C. § 1726, hereby declare under the penalty of perjury of the District of Columbia that the foregoing statement, and the factual assertions contained therein, are true and correct.

This 15th day of January, 2009

_____
Reverend Patrick Mahoney

# ATTACHMENTS