# 2

*District of Columbia Office:*

201 Maryland Avenue, N.E.
Washington, D.C. 20002
(202) 546-8890
Fax: (202) 337-3167



ACLJ
American Center
*for* Law & Justice

*Writer's Direct Contact Information:*

Direct: (202) 546-9163
Fax: (202) 546-8623

Wednesday, December 10, 2008

Terrence Ryan
General Counsel
Metropolitan Police Department of the District of Columbia
300 Indiana Ave., NW
Room 4115
Washington, DC 20001

   re:  Planned Chalk Art Protest on Pennsylvania Avenue in vicinity of the White House

   subj:  Follow up Letter

Dear Sir:

     I write to follow up on my letter to you on behalf of Reverend Mahoney and his associates regarding their planned sidewalk chalk art demonstration on January 24, 2009.

     Today, Reverend Mahoney and Kaitlin Clare, Program Director for the Christian Defense Coalition, met with representatives of the National Park Service and the United States Park Police regarding a demonstration planned for Inaugural Day, adjacent to the site of the Inaugural Parade. During the course of conversation with those present, Reverend Mahoney brought up the planned sidewalk chalk demonstration. Robbin Owen, representing the National Park Service, acknowledged her awareness of the sidewalk chalk demonstration. She also told Reverend Mahoney, in response to his question, that she understood that no decision had yet been made on whether the demonstration would be allowed.

     The sidewalk chalk demonstration presents no risk of harm to the District of Columbia or its residents and visitors. Moreover, as my prior letter indicated, the District allows sidewalk chalking, including both the hopscotching activities of neighborhood children, and the organized sidewalk chalk event conducted by the George Washington University every year, and even the District's agencies use sidewalk chalking to communicate with the public (regarding housing dispute resolution sources and about boundaries of election precinct polling places). If the District is now of a mind to deny to Reverend Mahoney and his associates the right to conduct their planned demonstration, delay will frustrate legal process, and may cause inconvenience to the judicial officers and courts that may have to be brought to bear on any planned, advance denial of my clients' First Amendment rights.

Letter to Terrence Ryan, General Counsel
Page 2
Dec 10, 2008

    Consequently, I am writing to urge that the District consider with great care any intention to interfere with the demonstration, or to deny Reverend Mahoney and his associates the same right that the District preserves to its children, to students attending GWU, and to its own agencies. Yet, if the decision has been made already to prevent the demonstration, both sound administrative practice *and* respect for the serious constitutional issues that may be presented commands the District immediately communicate any denial decision.

    Of course, if all that is pending are questions about logistics, security, numbers, and those require conversations between police officials and the demonstrators, I can be of assistance in accommodating any such need.

    I look forward to your soonest response to these communications.

With warm regards,

James Matthew Henderson, Sr.
*Senior Counsel*

copies to:

Peter Nickles   Acting Attorney General for the District of Columbia

Acting General Counsel Gus P. Coldebella
Office of the General Counsel
Department of Homeland Security

Donald Personnette, Chief Counsel
Secret Service, Office of the Chief Counsel

DAVID LONGLY BERNHARDT
Solicitor, U.S. Department of the Interior