3

# James M. Henderson, Sr

**From:** Ryan, Terry (MPD) [terry.ryan@dc.gov]
**Sent:** Monday, December 29, 2008 5:56 PM
**To:** James M. Henderson, Sr; oag@dc.gov
**Subject:** RE: sidewalk chalking on Pennsylvania Avenue

Mr. Henderson:

Both of your letters on behalf of Reverend Mahoney were received and referred to the Special Operations Division, Events Branch of the Metropolitan Police Department. The Events Branch is the unit at MPD that processes applications for First Amendment Assembly plans. I will check on the status of your request and let you know the results.

Terrence D. Ryan
General Counsel
Metropolitan Police Department
300 Indiana Avenue, N.W., Room 4125
Washington, DC 20001

(o)  202 727 4129
(fx) 202 727 3308

**Confidentiality Notice**

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** James M. Henderson, Sr [mailto:jmhenderson@aclj-dc.org]
**Sent:** Monday, December 29, 2008 3:35 PM
**To:** oag@dc.gov; Ryan, Terry (MPD)
**Subject:** sidewalk chalking on Pennsylvania Avenue

Dear Sirs and/or Mesdames,

I have corresponded twice without response from your offices regarding the plan and intention of my clients, Reverend Patrick Mahoney and the Christian Defense Coalition, along with others, to conduct a sidewalk chalking event on the paved portion of Pennsylvania Avenue that has been converted into a pedestrian mall, in front of the White House.

I seek only to clarify my intention to bring these efforts to the attention of any judicial officer should the District of Columbia and its Police Department hereafter interfere with this exercise of rights of assembly and speech. The date of the planned event, January 24, 2008, looms large. If the District or the MPD intends to prohibit the planned event, you should know Reverend Mahoney's mind is to seek judicial assistance by injunction. If the delays in response compel such an outcome, he intends to seeks such relief even if it means requesting a last-minute TRO.

I am loathe to act in a manner that unfairly burdens the courts. But I am even more greatly concerned that the District and the MPD might deliberately delay a decision in order to frustrate the right of judicial review.

1

Your offices can clarify matters by simply corresponding. In recent meeting regarding another demonstration, Reverend Mahoney was told by a representative of the National Park Service and the United States Park Police that MPD and the District had not decided whether to allow the chalking event. Is this the case? If so, is there any justification for failing to have communicated that decision?

I hope that you understand that this correspondence seeks to clarify the circumstances, and to avoid, if possible, unnecessary litigation. It is not a threat of litigation at all. It is a request for open lines of communication.

I await your responses.

James Matthew Henderson, Sr.
Counsel for Reverend Patrick Mahoney and the Christian Defense Coalition