4



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**METROPOLITAN POLICE DEPARTMENT**

January 7, 2009

James Matthew Henderson, Sr.
Senior Counsel
American Center for Law and Justice
210 Maryland Avenue, NE
Washington DC  20002

Dear Mr. Henderson:

This letter is in response to your correspondence on behalf of the Reverend Patrick Mahoney, the Christian Defense Coalition, and Generation Life and Survivors of the Abortion Holocaust (collectively "Organizers") regarding a demonstration they plan to conduct on roadway and adjacent sidewalks of the 1600 block of Pennsylvania Avenue, N.W. on January 24, 2009.  As indicated by your November 24, 2008 letter on behalf of the Organizers, they contemplate that participants in the demonstration will apply "sidewalk chalk" to the Pennsylvania Avenue roadway during the demonstration.

A part of the activities described in your November 24, 2008 letter appear to constitute a First Amendment assembly on public space under the District of Columbia First Amendment Rights And Police Standards Act or 2004 ("the Act").  The First Amendment Assembly provisions of the Act provide that a person or group who wishes to conduct a First Amendment assembly on a District street, sidewalk, or other public area shall give notice and apply for approval of an assembly plan unless the assembly is to take place on public sidewalks and crosswalks without preventing other pedestrians from using those walkways, the organizer reasonably anticipates that the assembly will have fewer than 50 participants and will not occur on a District street, or the assembly is for the purpose of an immediate and spontaneous expression of views in response to a public event.  D.C. Official Code § 5-331.05 (c), (d) (1)-(5).  Your November 24, 2008 letter reflects that the Organizer's planned First Amendment assembly does not qualify for any exemption to the permit requirement.

Moreover, as you can probably imagine, the Metropolitan Police Department ("MPD") has legitimate concerns relating to the security of the White House grounds, which are immediately adjacent to the proposed site of the Organizers' planned demonstration.  Accordingly, the MPD requires significantly greater detail and clarity regarding an organizer's plans for a contemplated assembly in such immediate proximity to the White House than your November 24, 2008, letter provides.  For instance, your November 24, 2008 letter provides no indication of the number of anticipated demonstration participants, the starting and ending times of the demonstration, or any contemplated use of sound amplification or other equipment.  This limits somewhat MPD's ability to fashion a permit for the Organizers' planned demonstration based on the information provided by your November 24, 2008 letter.

Both the security concerns that are peculiar to areas adjacent to the White House and the foreseeable demand for use of the 1600 block of Pennsylvania Avenue, N.W. as a demonstration site justify and require reasonable time, place, and manner limitations on activities in its immediate proximity that do not apply in other areas of the District of Columbia. Accordingly, with this letter I have enclosed a demonstration permit based on the information that the organizers have provided through you. My staff and I remain available to discuss any questions you may have about this permit or any modifications you may seek. It is our goal to allow First Amendment assemblies to proceed safely and consistent with District of Columbia law.

However, we understand that the organizers wish for participants in their planned demonstration to also apply chalk to the Pennsylvania Avenue roadway and adjacent sidewalks. Such activity would constitute defacing public property in violation of D.C. Official Code § 22-3312.01. D.C. Official Code § 22-3312.01 is a content-neutral, criminal proscription of general application. The National Park Service, which has authority over the sidewalks immediately abutting the 1600 block of Pennsylvania Avenue, N.W., has regulations that prohibit the defacing of property or real property. That these narrowly-tailored, content-neutral restrictions serve a significant governmental interest, while leaving open ample alternative channels for communication is particularly apparent in the particular context to which your November 24, 2008 letter alludes. MPD does not intend to issue a demonstration permit that could be understood to exempt organizers or any other persons from the neutral application of D.C. Official Code § 22-3312.01.

In that regard I note that your letter suggests that the District of Columbia "has a track record of both allowing the use of chalk as part of public expression and of using chalk to communicate messages to the public." Certainly chalk can be lawfully utilized in any number of ways that do not violate District law. To the extent that the Organizers interpret a publication of the George Washington University to reflect that MPD has at some point authorized activity similar to that which the Organizers wish to conduct on Pennsylvania Avenue, they are mistaken. The District has closed streets from time to time for any number of activities, including the closure of H Street at the request of George Washington University. MPD was not aware that the roadway was to be defaced and did not authorize such conduct. In this instance, MPD does not intend to issue a permit that allows or contemplates "chalk art" on the Pennsylvania Avenue roadway where the Organizers plan to demonstrate.

I trust this is responsive to your request. Please feel free to call me at 202 671 6505 or Captain Burt Henry at 202 671 6515.

Sincerely,

James O. Crane
Commander
Special Operation Division

# Assembly Plan Notification/ Application for Approval of Assembly Plan
## Metropolitan Police Department
## Washington, DC

☐ Assembly
☐ Picket

**Mail to:** Metropolitan Police Department
Special Operations Division
2301 L Street, NW
Washington, DC

**Fax to:** (202) 727-6839

**Date Application Submitted:** _____  **Date of Event:** _____

**Purpose:**


**Location:**

**Principal Officer/Person in Charge** (If there is a different person in charge of activities at different locations, each person must be listed):


**Contact Information** (include area codes with phone numbers)
    Day Phone Number: _____    Evening Phone Number: _____
    Cell Phone Number: _____    Fax Number: _____
    Email Address(es): _____

**Event Information**
    Name of Group: _____
    Estimated Number of Participants: _____

    Assembly Time: _____    Disbanding Time: _____

    List any special equipment (props, stages, sound equipment, other structures) that will be used in assembly or rally areas (If additional space is needed, please list on a separate sheet):


Any planned civil disobedience: Yes ☐  No ☐
(If yes, please indicate the individual/group, number of participants & locations)


_____   _____
Signature                              Date


**MPDC Assembly/Picket Plan Notification**                              Rev August 2006

**List any Special Equipment** *(props, stages, sound equipment, other structures)* **that will be used in assembly and/or rally areas.** *(If insufficient space, list on separate sheet)* _____

**Parade/March Route:** (If insufficient space, list on separate sheet) _____

**Location of Reviewing Stands:** _____

**Number & Type of Vehicles:** _____

**Number & Type of Animals:** _____

**Number & Type of Bands:** _____

**Number & Type of Banners:** _____

**Number & Type of Placards:** _____

**Number & Type of Signs:** _____

**Number & Type of Special Props:** _____

**Number of Parade Marshals:** _____

**Any Planned Civil Disobedience or Arrests:** YES ☐   NO ☐
(If yes, please indicate the individual/group, number of participants & locations below)

## APPLICATION NOT VALID UNLESS SIGNED

_____   _____
*Signature of person filing application*   *Typed/printed name of person filing*

**Contact Information**
*(Include area code with phone and fax numbers)*

**Address:** _____

**Day Phone:** _____   **Evening Phone:** _____

**Cell Phone:** _____   **Fax:** _____

**Email:** _____