5

*District of Columbia Office:*

201 Maryland Avenue, N.E.
Washington, D.C. 20002
(202) 546-8890
Fax: (202) 337-3167



ACLJ
American Center
*for* Law & Justice

*Writer's Direct Contact Information:*

Direct: (202) 641-9163
Fax: (202) 546-8623

Friday, January 9, 2009

Terrence Ryan
General Counsel
Metropolitan Police Department of the District of Columbia
300 Indiana Ave., NW
Room 4115
Washington, DC 20001

   re:  Planned Chalk Art Protest on Pennsylvania Avenue in vicinity of the White House

   subj:  Follow up Letter

Dear Sir:

   I write again, to further follow up on my letters to you on behalf of Reverend Mahoney and his associates regarding their planned sidewalk chalk art demonstration on January 24, 2009.

   Yesterday, January 7, 2009, Commander James O. Crane, Special Operations Division, Metropolitan Police Department, caused a letter, addressed to me, to be hand delivered by an officer of the MPD. A copy of that letter and its attachments is included as Attachment One. In that letter, Commander Crane reaches the following conclusion:

> However, we understand that the organizers wish for participants in their planned demonstration to also apply chalk to the Pennsylvania Avenue roadway and adjacent sidewalks. Such activity would constitute defacing public property in violation of D.C. Official Code § 22-3312.01. D.C. Official Code § 22-3312.01 is a content-neutral, criminal proscription of general application. The National Park Service, which has authority over the sidewalks immediately abutting the 1600 block of Pennsylvania Avenue, N.W., has regulations that prohibit the defacing of property or real property. That these narrowly-tailored, content-neutral restrictions serve a significant governmental interest, while leaving open ample alternative channels for communication is particularly apparent in the particular context to which your November 24, 2008 letter alludes. MPD does not intend to issue a demonstration permit that could be understood to exempt organizers or any other persons from the neutral application of D.C. Official Code § 22-3312.01.

Letter to Terrence Ryan, General Counsel
Page 2
Jan 9, 2009

    I provided Reverend Mahoney and Kaitlin Clare a copy of the letter and advised them of the conclusion I reached as a result of reading the letter that the MPD was, in fact, denying any permit for a street demonstration that would expressly include chalking on the street surfaces, in common parlance, "sidewalk chalking." My clients instructed me to investigate available options to secure their right to conduct their planned event. I have concluded that, unless the MPD and Commander Crane provide a written assurance POST HASTE that the only possible means of securing their rights will be the filing of a federal civil rights law suit under Section 1983 against the District of Columbia. My clients have requested that we proceed with seeking such a written assurance, and failing that, to file litigation on their behalf.

    You may conclude that Commander Crane has reasonably construed and applied a provision of the D.C. Code related to graffiti and intimidation. I disagree. The cited provision of the D.C. Code makes chalking a crime, if it does at all, only if the person having custody and control of the public property at issue does not grant permission for the chalking activity. The code section is, in point of fact, a classic prior restraint. It allows speech in the form of chalking or other marking activities, when consent of the government official responsible for the property allows it. It denies the right to speak in the form of chalking, when denial of consent of the government official disallows it. ABSOLUTELY NO STANDARDS OF GRANT OR DENIAL OF CONSENT ARE PROVIDED IN THE STATUTE.

    As I have contemplated this matter and examined the factual premises of tolerated and permitted chalking in the District of Columbia, I learned of at least two prior events involving MPD and my clients in which permission to chalk was expressly granted: one involved permission from former Chief Ramsey, on the day of the March for Women's Lives, in which Chief Ramsey conversed with Reverend Mahoney, and then watched while Reverend Mahoney and his co-laborers entered Constitution Avenue (ahead of the March) to make chalk markings of the outlines of bodies); the other involved an officer of the Special Operations Division intervening to allow Reverend Mahoney and his associates to continue to chalking on a sidewalk in the George Washington University area during an event there involving Democratic candidates Hillary Clinton, Barack Obama, and John Edwards. These events confirm that, in fact, chalking has been allowed previously, and make suspect the SOD Commander's decision to deny the permit.

    **MORE IMPORTANTLY, on this date, my clients discovered, while examining the District of Columbia's government web page, that the District sponsor chalk art events.** This past May, for example, the THIRD annual OAPIA Youth Chalk Art contest was held. In addition, the District of Columbia held an event in the summer of 2005 inviting youth to "CHALK FOR PEACE." These were found simply by going to the homepage for the District at http://www.dc.gov and entering, in the small search engine provided on that page, the word "chalk."

Letter to Terrence Ryan, General Counsel
Page 3
Jan 9, 2009

So too were the following photographs, all taken from official publications of the District of Columbia:



I would urge you to make this same evaluation of the District's own admissions about the practice of allowing chalking on public property. You will find that the District, just last year, invited youth to celebrate by **"Chalking Chinatown,"** Saturday, May 3, 2008, from 12 pm – 3 pm. You will see the importance that Mayor Fenty has placed on this harmless activity as a means of drawing youth and other citizens into a celebration of the life and diversity of the

Letter to Terrence Ryan, General Counsel
Page 4
Jan 9, 2009

community. And, if you do, you will wonder:

**"What was Commander Crane thinking?"**

As you, and as a federal judge too, can well imagine, there now arises a suspicion that viewpoint and content of speech is what allowed OAPIA-sponsored and similar events to take place, and that viewpoint and content of speech is precisely why Reverend Mahoney and his associates will now be denied permission for their Chalk Art Demonstration. These latest factual discoveries paint as patently ridiculous the MPD SOD Commander's disapproval of the planned Chalk Art Demonstration. Given the circumstances and all the facts, my clients are left with no choice but to make a demand for immediate action.

# **DEMAND**

Commander Crane has my address. A letter on MPD letterhead and signed by him or another superior officer of the MPD shall be delivered to my office no later than 5 p.m. on Monday afternoon. That letter shall expressly and directly retract the letter of Commander Crane dated January 7, 2009. Commander Crane will state, expressly and directly, that the planned Chalk Art Demonstration, described in correspondence directed to General Counsel Terry Ryan, from the undersigned, dated November 24, 2008, will be permitted by the MPD and the District of Columbia.

This demand must be satisfied. Unless it is satisfied, my clients will have no other recourse except litigation, timely, expensive, and unnecessary litigation, to compel the District of Columbia to allow Reverend Mahoney and his associates to do precisely what they allow others to do: to express their views, thoughts, opinions, and artistic bent, through the medium of sidewalk chalk, on the street portion of Pennsylvania Avenue directly in front of the White House. If there is an interest in being in communication prior to the time deadline set herein, I can be reached by calling my secretary at (202) 641-9150, or after hours at (571) 244-9066.

I look forward to your soonest response to these communications.

With warm regards,

James Matthew Henderson, Sr.
*Senior Counsel*

Letter to Terrence Ryan, General Counsel
Page 5
Jan 9, 2009

copies to:

Peter Nickles, Acting Attorney General for the District of Columbia

Acting General Counsel Gus P. Coldebella
Office of the General Counsel
Department of Homeland Security

Donald Personnette, Chief Counsel
Secret Service, Office of the Chief Counsel

DAVID LONGLY BERNHARDT
Solicitor, U.S. Department of the Interior