# 6

# Metropolitan Police Department



### SPECIAL OPERATIONS DIVISION
### "SPECIAL EVENTS BRANCH"
### PLANNING & LOGISTICAL SUPPORT

Special Events Branch, Air Support Unit, Explosive Ordnance Unit, Horse Mounted Unit, Harbor Patrol, Canine Patrol, Traffic Safety Enforcement Branch, Emergency Response Team, Office of Homeland Security and Counter Terrorism

## Commander James O. Crane
## 2301 L. Street, N.W.
## Washington, D.C. 20037

Office- (202)671-6522
Fax- (202)727-6839

TO: James Henderson

FROM: Lt. Stuart Emerman

DATE: 1/12/09

This Fax consists of pages. 2

Remarks:

METROPOLITAN POLICE DEPARTMENT
WASHINGTON, D.C.
ASSEMBLY PLAN APPROVAL
2k9-009

Date: January 12, 2009

Name of Sponsoring Organization: The Christian Defense Coalition
Permit Applicant: Rev. Patrick Mahoney
Address: PO Box 77168 Washington, DC 20013
Phone: (202) 547-1735

In accordance with the provisions of the First Amendment Assemblies Act of 2004, permission is hereby granted to Rev. Patrick Mahoney to conduct a First Amendment Assembly on Saturday, January 24, 2009 from 0700 hours (assembly time), 1900 hours (disbanding time), consisting of no more than 5,000 persons. You are permitted to possess signs and banners. However, there is no permission granted to use chalk or any other material to mark the surfaces of Pennsylvania Ave., NW.

A 20 foot wide fire lane on the south side of Pennsylvania Avenue will be maintained for emergency vehicles at all times during this assembly.

A United States Park Police permit is required for the use of Lafayette Park and the White House Sidewalk area.

SUBJECT TO THE FOLLOWING CONDITIONS

1. Applicant and all participants in the assembly herein authorized must comply with all the conditions of this assembly approval plan and applicable regulations and instructions issued by the Metropolitan Police Department.

2. The Metropolitan Police Department reserves the right to revoke this Assembly Plan Approval at any time, should the event present a clear and present danger to public health or safety, or if any conditions of this approval plan are violated by the applicant in the assembly herein authorized.

3. The applicant agrees that the assembly shall terminate at the expiration of the time specified herein; applicant assumes responsibility for the orderly disbanding of the assembly and for the orderly dispersal of all participants.

4. Applicant agrees that the area of the assembly shall be left in substantially the same condition as it was prior to the assembly authorized herein.

5. This plan approval is applicable only for the use of the area designated herein or any area as may hereafter be designated by the Chief, Metropolitan Police Department, or her representative.

6. It is understood that Rev. Patrick Mahoney will be in charge of this assembly and is the person that the Metropolitan Police Department should contact in managing this event.

James O. Crane
Commander
Designee pursuant to D.C. Official
Code § 5-331.06