7

