**8**



# REGISTRATION FORM *(PLEASE PRINT)*

## 3RD APA SIDEWALK CHALK CONTEST

### Registration Information

**First Name:** _____

**Last Name:** _____

**Address:** _____
_____

**Telephone:** _____

**Email:** _____

**Grade:** _____  **Age:** _____

**School:** _____

### Event Information

**What?** 3rd APA Sidewalk Chalk Contest

**Who?** Youth in the Metro DC area
(8 - 18th yrs. old)

**When?** Saturday, May 3, 2008
12:00 – 3:00 PM

**Where?** Historical Society of Washington
801 K street NW (Across from
Washington Convention Center)

**Metro?** Mt. Vernon Square and Gallery
Place/Chinatown (Green/Yellow Line)

Three winners will be selected from each age group:

- 3rd - 5th grade
- 6th - 8th grade
- 9th - 12th grade

**To register:** Please mail or fax form to OAPIA.

**Deadline:** April 18, 2008

**For more information, please contact:**
**The Mayor's Office on Asian & Pacific Islander Affairs (OAPIA)**
**441 4th St. NW 805 S Washington, DC 20001**
**Telephone:202-727-3120 Fax: 202-727-9655**

## Use of Photograph by Office on Asian and Pacific Islander Affairs

I consent to interview(s), photography and its/their release, publication, exhibition, or reproduction to be used for public relations, new articles or telecasts, education, inclusion on the OAPIA, or any other purposes by the D.C. Office and Commission on Asian and Pacific Islander Affairs and/or its affiliates. I release the D .C. Office and Commission on Asian and Pacific Islander Affairs, their officers and employees, and each and all persons involved from any liability connected with the taking, recording, or publication of said interviews and photographs.

I waive all rights I may have to any claims for payment in connection with any exhibition, televising, or other publication of these materials, regardless of the purpose or sponsoring of such exhibiting, broadcasting, or publication. I also waive any right to inspect or approve any photograph taken by the D.C. Office and Commission on Asian and Pacific Islander Affairs or the person or entity designated by it. I release and discharge the D.C. Office and Commission on Asian and Pacific Islander Affairs and/or its affiliates from any liability by virtue of any blurring, distortion, alteration, or use in composite form whether intentional or otherwise, that may occur or be produced in the taking of the pictures, or in any processing toward the completion of the finished project. All negatives and positives, whether prints or film are the property of the D.C. Office and Commission on Asian and Pacific Islander Affairs or the person or entity designated by it, solely and completely.

I declare that I am eighteen years or older and am legally competent to execute this release or that I have acquired the written consent of my parent or guardian. I understand that the terms herein are contractual, that this instrument is binding, and that I have voluntarily signed this document.

I have fully informed myself of this consent, waiver of liability, and release before signing it.

Participant's Name _____     Date _____

Participant's Address _____     Phone _____

Signature of Participant _____

**If participant is under 18, the parent or legal guardian, if any, must sign.**

Parent/Guardian Name _____     Phone _____

## Signature of Parent/Guardian _____  Date _____