**9**



# REGISTRATION FORM (*PLEASE PRINT*)

# "CHALK FOR PEACE" SIDEWALK CHALK CONTEST

### Information

First Name:

Last Name:

Address:

Telephone:

Email:

Grade Level:          Age:

School:



### INFORMATION ABOUT THIS EVENT

**What?**   *"Chalk For Peace"* Sidewalk Chalk Contest
**Who?**   Youth in the Metro DC area (8 - 18th yrs. old)
**When?**   **July 15, 2005, 11:30 AM – 4:00 PM**
**Where?**   Martin Luther King Jr. Memorial Library Entrance *901 G St. NW* (Red, Green Metro Stop: Chinatown / Gallery, G. St. Exit)
**Orientation:** Thursday, July 6, 3:00 PM – 4:00 PM. 441 4th St. NW One Judiciary Square, Conference Room 1117 Metro Accessible: Judiciary Square (Red Line)

**REGISTRATION DEADLINE: June 28, 2005**



For questions, please contact the Mayor's Office on Asian & Pacific Islander Affairs 441 4th St. NW Washington DC 20001 Telephone: 202-727-3120 Fax: 202-727-9655



**Prizes:**

3rd – 5th grade
(prize: $10 McDonalds gift certificate)
6th – 8th grade
(prize: $15 McDonalds gift certificate)
9th – 12th grade
(prize: $20 McDonalds gift certificate)

---



# REGISTRATION FORM (*PLEASE PRINT*)

# "CHALK FOR PEACE" SIDEWALK CHALK CONTEST

### Information

First Name:

Last Name:

Address:

Telephone:

Email:

Grade Level:          Age:

School:



### INFORMATION ABOUT THIS EVENT

**What?**   *"Chalk For Peace"* Sidewalk Chalk Contest
**Who?**   Youth in the Metro DC area (8 - 18th yrs. old)
**When?**   **July 15, 2005, 11:30 AM – 4:00 PM**
**Where?**   Martin Luther King Jr. Memorial Library Entrance *901 G St. NW* (Red, Green Metro Stop: Chinatown / Gallery, G. St. Exit)
**Orientation:** Thursday, July 6, 3:00 PM – 4:00 PM. 441 4th St. NW One Judiciary Square, Conference Room 1117 Metro Accessible: Judiciary Square (Red Line)

**REGISTRATION DEADLINE: June 28, 2005**



For questions, please contact the Mayor's Office on Asian & Pacific Islander Affairs 441 4th St. NW Washington DC 20001 Telephone: 202-727-3120 Fax: 202-727-9655



**Prizes:**

3rd – 5th grade
(prize: $10 McDonalds gift certificate)
6th – 8th grade
(prize: $15 McDonalds gift certificate)
9th – 12th grade
(prize: $20 McDonalds gift certificate)