**10**

# OAPIA NEWSLETTER

Volume 4
Issue 8
August 2005

## Asian Pacific American Youth Sidewalk Chalk Contest



The gloomy weather did not deter some 80 enthusiastic youth from participating in "Chalk 4 Peace," the first ever Asian Pacific American (APA) Youth Sidewalk Chalk Contest organized by the **Mayor's Office on Asian & Pacific Islander Affairs (OAPIA)** on July 15, 2005. Using the entrance of the Martin Luther King, Jr. Memorial Library as their canvas, these talented young artists from both Asian and non-Asian backgrounds filled some 90 squares of sidewalk with their interpretations of peace, the theme of the contest.

The event received a positive response from both the participating youngsters and adults, and provided an opportunity to recognize youth of all ages not only for their artistic talent but for their ideas as well. "I've never won anything like this before. I never thought this could happen to me," one of the contest winners made the above comment.



ued, "The event gave under privileged children an opportunity to shine through artistic self-expression for a meaningful cause and reinforced a positive model to these youngsters."



*"Chalk 4 Peace"*

The success of the event was made possible through the cooperation and efforts of the Asian community-based organizations, like Asian American LEAD, Chinatown Service Center, and Vietnamese American Community Service Center, and through the generosity of private corporations like Safeway, McDonalds, Target, Utrecht Art Supplies and Starbucks.

**OAPIA** organized the APA Youth Sidewalk Chalk Contest in order to bring the APA community together to promote community awareness as well as to engage APA youth in a healthy summer activity by utilizing their creativity and talent through artistic expression.



*One of the squares contains two Chinese characters, "he ping," which means peace in Chinese.*

"Sidewalk Chalk was a wonderful event for different youth groups to get together for the same cause: peace," Ryan Tse, Director of the Summer Enrichment Program at the Chinatown Service Center, said. He contin-



*Winners from 3rd-5th grade group pose cheerfully after receiving their prize.*

### INSIDE THIS ISSUE

- Asian Pacific American Youth Sidewalk Chalk Contest
- APA Population Fact Sheet
- AALEAD Job Announcements
- Free Community program
- OAPIA High School Intern
- Funding & Resources

---

★★★ **Mayor's Office on Asian and Pacific Islander Affairs (OAPIA)**
441 4th Street, NE Suite 805 South, Washington, DC 20001; Phone: 202-727-3120 Fax: 202-727-9655



# Asian Pacific Islander Population Fact Sheet

**Mayor's Office on Asian and Pacific Islander Affairs (OAPIA)** will soon be releasing a profile of the Asian population in the District of Columbia. Using data from the 1990 and 2000 Censuses, this profile looks at District Asians in terms of population size, income and poverty, education, immigration and citizenship, English proficiency, employment, and housing.

Between 1990 and 2000, the Asian population in D.C. increased by 64%, the largest increase out of any ethnic group in the District, and had in 2000, a total population of 17,956. The five largest Asian group in D.C. were Chinese (without Taiwanese), Indian, Filipino, Vietnamese, and Japanese. Other findings from the Census 2000 data include:

* The Asian population in the District was comprised mainly of foreign-born individuals.
* District Asians earned less overall compared to the District's total population.
* Rates of poverty were higher for Asian families and individuals than they were for the entire District.
* Asians had higher levels of education compared to the total D.C. population.
* Asians in D.C. faced greater language barriers than the entire population of D.C.

For further information and the complete Census 2000 profile, please visit www.apia.dc.gov.



**District Population Breakdown**

Asian 3%, Latino 8%, White 31%, Black 58%

**D.C. Asian Population Breakdown**



Chinese 24%, Indian 21%, Filipino 16%, Vietnamese 12%, Japanese 9%, Korean 8%, Pakistani 2%, Thai 2%, Indonesian 1%, Bangladeshi 1%, Sri Lankan 1%, Taiwanese 1%, Other Asian 2%

**English Language Ability of D.C.'s Asian Population**



Speak only English 35%, Speak English "very well" 35%, Speak English "well" 16%, Speak English "not well" or "not at all" 14%

All data has been taken from the 2000 U.S. Census.





## Job Announcements from Asian American LEAD



### Coordinator for Volunteer and Mentoring Program

Position Description
The Volunteer/Mentoring Program Coordinator will be responsible primarily for building, organizing, and maintaining a volunteer workforce, making sure that AALEAD has enough volunteers for its various expanding programs and special events. In addition, the incumbent will manage the expansion of Asian American LEAD's Mentoring program to match Chinese American youths between the ages of 9 and 18 in Washington DC with caring adults who support them in their efforts to develop the linguistic, academic and life skills necessary to succeed in the United States.

Qualifications
• BA/BS in social science, education, social work, liberal arts, or related field
• Minimum two years of relevant experience
• Ability to speak and provide presentations to a variety of groups including professionals, students and parents
• Strong management and supervisory experience in non-profit settings
• Good organizational skills
• Strong oral and written communication skills
• Ability to communicate and interact with volunteers, students, and parents
• Sensitivity to the needs of refugee and immigrant children and families
• Attentive to details
• Ability to work flexible hours, including evenings, weekends, and some holidays
• Chinese (Mandarin) language skills and cultural familiarity is preferred

### Vietnamese or Chinese Speaking After School Program Instructors



Position Description
Teachers wanted for school year (and summer) after school program in DC. Teaching exp, degree, and facility with Vietnamese or Chinese language facility preferred.

Most positions approximately 20 hours per week during school year. Flexible scheduling options possible.

Qualifications
• Bachelors in related fields
• Relevant academic and/or work experience
• Strong organizational skills and professional ethics
• Strong oral and written communication skills
• Sensitivity to the needs of refugee and immigrant children and families
• Vietnamese and/or Chinese Language Fluency preferred

### Tutoring Program Site Coordinator & Assistant Site Coordinators



Position Description
Tutoring Program Site Coordinator and Assistant Site Coordinators are jointly responsible for the implementation and management of AALEAD's weekend tutoring program. Coordinators recruit students and tutors, administers assessment tests, conducts group sessions, provides tutor with supervision and support and handle all aspects of organizing and managing a highly structured tutoring program for students in need of remedial assistance.

Qualifications
• Bachelors in related fields
• Relevant academic and/or work experience
• Strong organizational skills and professional ethics
• Strong oral and written communication skills
• Sensitivity to the needs of refugee and immigrant children and families
• Vietnamese and/or Chinese language fluency preferred

**Interested candidates please send resume and cover letter to Tony Yih, Deputy Director at email: tyih@aalead.org.**

### Asian American LEAD

seeks to nurture, empower, and support the development of Asian American youths and families and to strengthen community building through a partnership between youths, families and the community. In working with students, Asian American LEAD has developed a holistic approach that aims to promote healthy youth development and high academic achievement among inner city Asian American students.

## FREE English lessons for all DC residents — Come join us



**Open enrollment for Fall 2005 Classes**

When:
**Evening program**
**August 15, 16 & 17th   2-8 pm**

**Day program**
**August 18 & 19   10 am-4 pm**

Where:
**Carlos Rosario International Career Center & Public Charter School**
**1100 Harvard Street, NW,**
**Washington, DC 20009**
(corner of Harvard and 11th Street)

Requirements: **One official picture ID and two proofs of DC residency**

* Classes are free for all DC residents. A+ Certification and culinary Arts have a nominal fee. If applications exceed open slots, there will be a lottery on Monday, August 22, 2005. Accepted applicants will be registered on August 23 & 24.

If you have any questions, please call Carlos Rosario International Career Center & Public Charter School at 202-797-4700.

Classes will start on **Monday, August 29, 2005**

### Schedule

| Class | Days | Time |
|---|---|---|
| ESL (English as a Second Language) Levels 1-4, Orientation | Monday-Friday<br>Monday-Friday<br>Monday-Thursday | 8:45 am-11:30 am<br>1:00 am-3:45 pm<br>6:00 pm-9:00 pm |
| ESL Level 5 & 6 | Monday-Friday<br>Monday-Thursday | 8:45 am-11:30 pm<br>6:00 pm-9:00 pm |
| GED (English) | Monday-Thursday | 6:00 pm-9:00 pm |
| Workplace Computers | Monday-Friday | 8:45 am-11:30 am |
| Computer Literacy | Monday-Friday<br>Monday-Thursday | 8:45 am-11:30 am<br>6:00 pm-9:00 pm |
| A+ Certification | Monday-Friday<br>Monday-Thursday | 8:45 am-11:30 pm<br>6:00 pm-9:00 pm |
| Citizenship | Wednesdays ONLY | 6:00 pm-9:00 pm |
| Citizenship (Starts September 3) | Saturdays ONLY | 9:00 am-1:00 pm |
| Culinary Arts | Monday-Friday | 8:30 am-1:00 pm |

---

### OAPIA High School Intern



**Hanna Cha**, a senior at Centreville High School, will be interning at the **Mayor's Office on Asian and Pacific Islander Affairs (OAPIA)** this summer as a part of Liberty's Promise, a program that assists minority high school students in obtaining internship and employment experience while in high school. This is the first time **OAPIA** has had a high school student, other than college students, work as an intern.

At Centreville High School, Hanna is involved in a number of extracurricular activities, including the National Honor Society, the Music Honor Society, Key Club, and Korean Club, of which she is a founding member. Outside of school, Hanna volunteers at her local Korean school, where she teaches Korean and Korean culture to kindergarteners every Saturday. She has also helped recent immigrants apply for their U.S. citizenship by acting as a translator. Through this internship at **OAPIA**, Hanna hopes to explore her interest in government and to gain a better understanding of the Asian community in the DC metropolitan area.

# Funding & Resources

❏ **Domestic Violence Program Grant.** *Department of Human Services* announces funds to assist customers to identify and to overcome barriers to self-sufficiency due to domestic violence. Eligible applicants include nonprofit organizations, faith- and community-based organizations. The deadline for applications is August 30, 2005, at 5:00 pm. The request for applications (RFA) may be obtained from DHS/IMA, 645 H Street, NE, Washington, DC 20002. The RFA also will be available at http://www.opgd.dc.gov, select District Grants Clearinghouse. Approximately $150,000 is available. For further information, contact Priscilla Burnett at 202-670-4407; or go to: http://www.opgd.dc.gov. GrantID: GD579

❏ **Legal Assistance Grants.** *Department of Health and Human Services* announces funds to provide states with a cost-effective way to increase the number of seniors who receive quality legal assistance, particularly the underserved. Eligible applicants include city or township governments, county governments, state governments, nonprofit, faith, and community-based organizations. The deadline for applications is August 16, 2005. Approximately $900,000 is available to fund 8 awards, ranging from $100,000-$150,000. A match is required. For further information, go to: http://www.aoa.gov/doingbus/fundopp/fundopp.asp. GrantID: GD570

❏ **Enhancing Physical Health.** *BALANCE BAR* announces funds to enhance people's physical health while they pursue a passion that enriches their lives. Grants are available to support programs such as road runners clubs, trails conferences, parks and recreation departments, athletics programs and leagues, youth organizations, etc. Eligible applicants include nonprofit organizations. The deadline for applications is August 31, 2005. Awards ranging from $1,000-$25,000 are available. For further information, go to: http://www.balance.com/grants/default.aspx. GrantID: GD573

❏ **Literacy.** *The Barbara Bush Foundation for Family Literacy* announces funds to develop or expand projects that are designed to support the development of literacy skills for adult primary care givers and their children. Eligible applicants include nonprofit organizations. The deadline for applications is September 9, 2005. Approximately $650,000 is available to fund NA awards up to $65,000. For further information, call 202-955-6183 or go to: http://www.barbarabushfoundation.com/nga.html. GrantID: GD576



❏ **Regional Report.** *The Greater Washington Initiative* recently released its annual signature publication. The Greater Washington Regional Report provides current demographic, economic, business and quality of life data on the Greater Washington region. The 2005 report features an overview of major new developments and a focus on how the area's business community benefits from more than 50 higher education institutions. For further information, go to: http://www.greaterwashington.org/services/publications/request.asp.

❏ **Final Report on the Nonprofit Sector.** *Panel on the Nonprofit Sector* has released its comprehensive series of recommendations intended to strengthen the ability of the nation's 1.3 million charities and foundations to serve as responsible stewards of the public's generosity. For further information, go to: http://www.nonprofitpanel.org/.

---

The above information comes from *Funding Alert*, a free service of the Office of Partnerships and Grants Development *(OPGD)*.

OPGD provides nonprofit and government representatives with funding information at its Grants Information Resource Center (GIRC). This computer center provides access to funding databases, as well as the Internet. The GIRC is located at One Judiciary Square, 441 4th Street, NW, Suite 1130 North. Call (202) 727-8900 to schedule an appointment.

To start your own online subscription to *Funding Alert*, simply register with DC.Gov and subscribe at DCDocs http://dc.gov/registration/dcdocs.asp.