11

Summer 2008 Newsletter

# Mayor's Office on Asian and Pacific Islander Affairs



1. Messages
   Mayor's Message
   Director's Message

2. Events
   APIA Heritage Month

3. Activities
   Cultural Dialogue
   Community Meeting
   Poster

4. Community News
   New API CBO Directors

5. Summer Interns

6. Staff Directory

## Mayor's Message

Dear API Community,



Summer is here and the District continues to work diligently to provide services for you and your family. The District recently kicked off the DC Summer Fun Initiative. With more than 150 programs, DC Summer Fun is designed to provide the District's young people with activities to keep them engaged in the summer. Programs include summer camps, free summer meal programs, summer reading, health services for children and youth, early care and education, summer safety, summer school, mental health services and summer youth employment. If you haven't taken advantage of these programs, I urge you to do so soon.

We are also excited to announce the DC One Card. The DC One Card makes accessing services easier and more convenient for District residents. With this single identification card, you can use multiple government programs and facilities, including recreation centers, libraries and the Metro. If you don't have a DC One Card, please register at your local recreation center as soon as possible.

With these two initiatives, we have provided you with easy access to more than 150 of the District's services and summer programs. We hope that you'll take full advantage of it and enjoy the summer.

Warm Regards,

Adrian M. Fenty, Mayor
Government of the District of Columbia

## Director's Message

Dear API Community,



Welcome to our summer newsletter. In this issue, we have selected and highlighted a few of our Office's important events and activities.

In May, we celebrated the Asian and Pacific Islander American (APIA) Heritage Month in the District. You will read about our community celebration with Mayor Adrian Fenty to our Youth Sidewalk Chalk Contest. These events celebrated our rich APIA heritage with the District while informing them of our achievements and contributions to society.

You will also read about our continuing efforts to assist District Agencies to better serve the API community. Our cultural dialogue sessions have increased frontline staff's cultural understanding when providing services to API community members. In addition, OAPIA has continued to distribute our "Find Out What We Do" posters at District frontline centers to increase awareness of OAPIA's services and activities.

We hope that this newsletter gives you a glimpse of OAPIA's activities with the community and District Agencies to better serve you. We always welcome any feedback or suggestions you may have to better serve our API community. Thank you for your continued support.

Warm Regards,

Soohyun "Julie" Koo
Executive Director

page one of six

Mayor's Office on Asian and Pacific Islander Affairs
441 4th Street NW, Suite 805 South
Washington, DC 20001
Phone: (202) 727-3120   Fax: (202) 727-9655

## Events

# Asian and Pacific Islander American Heritage Month



*"Bringing residents together to celebrate diversity and recognize the contributions of APIAs to the District"*

Every May, the Mayor's Office on Asian and Pacific Islander Affairs (OAPIA) coordinates the city's Asian and Pacific Islander American (APIA) Heritage Month celebration. This year, OAPIA organized a series of community events to celebrate APIA Heritage Month from sidewalk chalk contest to a celebration with the Mayor Fenty. These events served well to bring residents together to celebrate diversity and recognize the contributions of APIAs to the District.

## Youth Sidewalk Chalk Contest

Kicking off the Mayor's Asian and Pacific Islander American (APIA) Heritage Month Celebration was the Youth Sidewalk Chalk Contest. More than 30 youths, ages 8 to 18, from the DC area competed in the Youth Sidewalk Chalk Contest at the Historical Society of Washington, D.C. on Saturday, May 3rd. They were also joined by parents, mentors and other community members at the opening event. The purpose of the contest was to provide youths in the metro DC area an opportunity to express their creativity and celebrate their APIA heritage.



Youth were separated into three age groups: 8 –10 year olds, 11—13 year olds, and 14—18 years old. Each group had one hour to envision the theme "Chalking Chinatown." Three winners were selected from each age group. Judges scored the artwork based on three criteria: message, originality, and creativity. Winners received gift certificates while everyone received OAPIA event t-shirts.



The event was successful in bringing both APIA and non-APIA youth and community members to creatively "chalk Chinatown".

Mayor's Office on Asian and Pacific Islander Affairs
441 4th Street NW, Suite 805 South
Washington, DC 20001
Phone: (202) 727-3120   Fax: (202) 727-9655

## Events

# Mayor Fenty's APIA Heritage Month Celebration



On May 29th, more than 250 District residents and visitors filled the Grand Hall of the Historical Society of Washington D.C. to capacity at Mayor Adrian M. Fenty's closing ceremony for Asian and Pacific Islander American (APIA) Heritage Month. Angie Goff, WUSA 9 traffic anchor, served as this year's mistress of ceremonies.

Mayor Fenty gave the keynote remarks highlighting the contributions of the APIA community. He called upon all District residents to join him in saluting the District's Asian and Pacific Islander community and to continue learning about the contributions and achievements of our community. Congratulatory remarks were given by Dr. Natwar Gandhi, the District's CFO, who highlighted the District's commitment to diversity.

 

Three community members – Dr. Betty Wang, Mr. Gary Cha, and Officer Rodney Miller – were recognized for their service in health, public safety, economic and community development to the District's APIA community. They were all presented with the Mayor's Outstanding Community Service Award by Mayor Fenty, Director Koo and Dhaval Patel, Commissioner, Mayor's Commission on Asian and Pacific Islander Affairs.

## Asian and Pacific Islander Cultural Exhibit

Silk textiles from Cambodia to Burma draped the display tables at the main entrance hall of Historical Society of Washington D.C. Lacquered bamboo vases from Vietnam glistened while Fijian weaved mats lined the floor. On display was the over 20 API cultural groups participating in Mayor's Asian and Pacific Islander Cultural Exhibit. The purpose of the cultural exhibit was to educate and engage the public about the rich cultures of Asia and the Pacific Islands. The exhibit showcased traditional customs to musical instruments. It also provided on-hands demonstrates of traditional crafts (e.g. Indonesian shadow puppet) and performed traditional dances (e.g., Fijian tribal dance).



Mayor's Office on Asian and Pacific Islander Affairs
441 4th Street NW, Suite 805 South
Washington, DC 20001
Phone: (202) 727-3120   Fax: (202) 727-9655

## Activities

### Cultural Dialogue—South Asian Community



On June 13th, OAPIA held a cultural dialogue session on the South Asian community as part of its cultural dialogue series. DC South Asian Speakers' Bureau joined OAPIA in this session. The purpose of the cultural dialogue series is to educate DC employees on differences and similarities among API communities. OAPIA believes that the more cultural competent DC employees are the better they can provide services to the API community.

 

Over 40 frontline employees participated in the session, learning about the South Asian community nationally and locally along with myths and realities about the community. Evaluations reported that participants particularly found the presentation of myths about South Asians very informative.

### Community Meetings

**South Asian Community Meeting:** OAPIA organized its first South Asian Community Meeting on April 30th. The South Asian population is now the largest ethnic API group in the District. South Asians have contributed greatly to the District economic and social growth. The purpose of the meeting was to discuss needs and concerns of the District's South Asian community. In addition, it was a venue to offered suggestions to improve government services and increase opportunities for API-owned businesses.

**API Business Community Meeting:** On June 13th, OAPIA held a planning session with API business leaders. The purpose was to create a API Business Town Hall meeting to organize small businesses regarding economic development in the District. OAPIA presented various assistance programs that were available to small businesses from the District. The participants listed topic suggestions (e.g., improvement of the conditions of small businesses). They suggested that "providing agencies with information so they can create" as the slogan for the business town hall meeting. The date for the API Business Town Hall Meeting is still undecided.

Mayor's Office on Asian and Pacific Islander Affairs
441 4th Street NW, Suite 805 South
Washington, DC 20001
Phone: (202) 727-3120   Fax: (202) 727-9655

## Activities

### Poster Outreach



OAPIA's "Find Out What We Do" outreach initiative is in full swing. The purpose of the initiative is to increase awareness of OAPIA's activities and services in the District.

As part of the initiative, OAPIA began its "Find Out What We Do" poster campaign. Posters were produced in six different languages, including English, Chinese, Korean, Vietnamese, Hindi and Urdu to serve a broader audience. They also provide API members with OAPIA's direct contact information for immediate help.

OAPIA has been contacting public libraries, places of worship, Asian-owned businesses and District frontline centers to distribute the posters. Posters have also been sent to locations in Virginia and Maryland where APIs in the District frequent.

## Community News



Rosetta Lai has been named Executive Director of Asian American LEAD. She has served as the organization's interim Executive Director. Mrs. Lai will continue to increase the opportunities and ability of low-income Asian American children to improve their standard of living and become successful, self-sufficient adults.



Myron Dean Quon has been named Executive Director of Asian Pacific American Legal Resource Center. Mr. Quon currently serves as the Legal Director of the Asian American Institute in Chicago. He will continue to guide the area's largest legal services program specifically assisting low-income, limited English proficient Asian Americans.

Mayor's Office on Asian and Pacific Islander Affairs
441 4th Street NW, Suite 805 South
Washington, DC 20001
Phone: (202) 727-3120  Fax: (202) 727-9655

## Summer Interns

### Catherine Yu

Catherine Yu is a rising third year at the University of Virginia, majoring in Foreign Affairs and Japanese Language and Literature. Korean-born but raised in Hong Kong and Virginia, Yu's background contributed to her passion for working with people from diverse backgrounds and cultures. Her internship at OAPIA this summer has been an incredible opportunity to put this passion into practice, and has taught her many practical ways to outreach and connect with the Asian-American community in the DC area. She looks forward to applying this real-life experience to the rest of her time at school, and hopefully will be able to return to DC and serve the government again in the future.

### Pranay Bhargava

Pranay Bhargava is a native of India and is currently enrolled at McLean High School. He lives in Virginia with his younger sister, and both his parents. He is speaks three languages: Hindi, English, and Spanish. In his spare time, Pranay spends his time refereeing sports games, playing in three bands, and volunteering in the community. He is in the nationally acclaimed McLean Symphonic, Marching, and Jazz Bands. He has lead the Fannie Mae food drive project, has helped plant trees in local communities, and has worked in the WAVE program to rebuild houses in SW Washington D.C. Pranay's work experience includes interning at Fannie Mae and the Mayor's Office on Asian and Pacific Islander Affairs. In the future, Pranay has indicated that he is interested in pursuing a business/economics major at the University of California Los Ange-

## Staff Directory

Soohyun Julie Koo, *Executive Director*
soohyun.koo@dc.gov

Elliot Lee, *Community Outreach Specialist*
elliot.lee@dc.gov
Subject Matter: Housing

Thanh Nguyen, *Capacity Building Coordinator*
thanh.nguyen@dc.gov
Subject Matter: Health and Human Services

Dory Peters, *Special Assistant*
dory.peters@dc.gov
Subject Matter: Economic Development

Neel Saxena, *Language Access Coordinator*
neel.saxena@dc.gov
Subject Matter: Education

Ngoc Trinh, *Community Outreach Coordinator*
ngoc.trinh@dc.gov
Subject Matter: Safety

page six of six

Mayor's Office on Asian and Pacific Islander Affairs
441 4th Street NW, Suite 805 South
Washington, DC 20001
Phone: (202) 727-3120  Fax: (202) 727-9655