# 14

| District of Columbia | MAYOR FENTY | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | GOVERNMENT | FOR KIDS |

## Asian and Pacific Islander Affairs

**APIA HOME**

**NEWS ROOM**
Releases
Advisories
Newsletters
Vacancy Announcements

**2009 Listing**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2008 Listing**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2007 Listing**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

<< previous

**PROGRAMS**

**RESOURCES**

**ONLINE SERVICE REQUESTS**

Releases    Advisories    Newsletters    Vacancy Announcements

April 9, 2008

### OAPIA Announces Asian and Pacific Islander American Heritage Month Celebration

(Washington, DC) Every May, the Mayor's Office on Asian and Pacific Islander Affairs (OAPIA) coordinates the city's Asian and Pacific Islander American (APIA) Heritage Month celebration. This year, OAPIA has organized a series of community events to celebrate APIA Heritage Month. These events are organized to bring residents together to celebrate diversity and recognize the contributions of APIAs to the District.

Below is a list of the community events with a brief description:

- **Asian and Pacific Islander American Youth Sidewalk Chalk Contest:** Youth will compete to creatively express the theme "Chalking Chinatown." Three winners from different age groups will be selected for prizes. *Saturday, May 3, from 12 pm to 3 pm.*
- **Asian and Pacific Islander Cultural Exhibit:** Embassies and cultural groups will display cultural crafts, costumes, and other items that represent API cultures. *Saturday, May 10 from 10 am to 4 pm.*
- **Mayor Fenty's Asian and Pacific Islander American Heritage Month Celebration:** The Mayor will officially celebrate APIA Heritage Month and award his community service award to individuals who gave outstanding service to the District's APIA community. *Wednesday, May 28 from 6 pm to 8 pm.*

All of the events are **free** and conveniently located at the Historical Society of Washington DC (across from the Washington Convention Center). For more questions, please contact OAPIA at (202) 727-3120.

- APIA May Heritage Month Poster*
- APIA May Heritage Month Events Calendar*
- Heritage Month Flyer (Chinese)*
- Heritage Month Flyer (Hindi)*
- Heritage Month Flyer (Korean)*
- Heritage Month Flyer (Urdu)*
- Heritage Month Flyer (Vietnamese)*

\* This document is presented in Portable Document Format (PDF). A PDF reader is required for viewing. Download a PDF Reader or Learn More About PDFs.

Telephone Directory by Topic · Agencies · DC Council · Search · Elected Officials · Feedback · Translations · Accessibility · Privacy & Security · Terms & Conditions

http://newsroom.dc.gov/show.aspx/agency/apia/section/2/release/13314     1/9/2009