# 15

**CALENDAR OF EVENTS**

## Asian Pacific American Heritage Month Celebration

### Historical Society of Washington DC
### 801 K St. NW Washington DC 20001
### (Metro Stops: Green/Yellow Line - Mt. Vernon)

**Saturday, May 3**

**12 noon-3 p.m.  "Chalking Chinatown"**
Join the Mayor's Office on Asian and Pacific Islander Affairs' 3rd Annual APA Youth Sidewalk Contest: "Chalking Chinatown." Youth ages 8 - 18 years old are welcome to showcase their artistic creativity by illustrating their own images of Chinatown. Free chalk along with snacks and gifts will be provided for participants. Registration is free but space is limited. (To register, please call (202)727-9883)

**2 p.m.  Indonesian Puppet Show**
The masterful performance ensemble, the Art & Cultural Center of Indonesia (ACCI) will perform Javanese "gamelan," featuring gong, flute, drums, xylophones, accompanying shadow puppetry, and brilliantly-clothed, traditional dancers.

**Saturday, May 10**

**10 a.m.-4 p.m.  Asian Pacific American Cultural Exhibition**
Experience Asia and the Pacific Islands! This cultural celebration brings together more than 20 countries including Sri Lanka, Fiji, Philippines, Japan and Indonesia just to name a few! Learn about cultures through a variety of demonstrations such as Japanese flower arrangements (Ikebana), Chinese martial arts, Korean drum beating, and much more! Plan the day with us and have some fun with the entire family!

**11 a.m. Korean Drum Performance by the Asian American Arts Center**

**11:30 a.m. Chinese Lion Dancers**
Wong's Chinese Lion Dancers procession of musicians playing gongs and symbols accompanied by a feathered, four-legged, carnival-like puppet dragon swirling, spinning, and roaring up on hind legs will dazzle and delight the whole family.

**1:30 pm Japanese Flower Arrangement by Ikebana Inc.**

**2 p.m. Japanese Koto Music**
In 1971, Kyoko Okamato formed the Washington Toho Koto Society-a group of koto musicians-who play to promote the understanding and appreciation of Japanese koto music. The Society participates in the Lantern Lighting Ceremony which traditionally opens the National Cherry Blossom Festival in Washington, D.C. every spring.

**2 p.m. Modern APA Dance**
Known for Asian-inspired works and visual clarity, the Washington, D.C.-based Dana Tai Soon Burgess & Company was established under the auspices of its non-profit arts organization, Moving Forward. The Washington Post says, "Burgess's approach…is one of subtlety and dreamlike ambiguity. The paradox is that his minimalist style feels complete. In lesser hands, the smudged edges and leisurely pace might prove

**CALENDAR OF EVENTS**

maddening, but more often than not you're struck by quietly surprising truths in Burgess's works. It's all in the dancers' intricate specificity.

**Saturday, May 17**
**11 a.m.-1 p.m.  Walking Tour: Chinatown/7th Street District**
Join master guide, Jeanne Fogle for an exotic guided walking tour around the District's historic Chinatown. Limit 25 people. (Ages 12 to Adults) Meeting place: 10:15 a.m. Front door of the Carnegie Library, 801 K Street, NW  Registration required: RSVP@historydc.org or call 202-383-1828

**Wednesday, May 21**
**6:30-8 p.m.   East West Music: Fusion or Confusion?**
In this lecture-demonstration where West meets East, John Wubbenhorst will discuss and play his compositions as well as relate his many experiences working with various music masters from different traditions.

**Wednesday, May 28**
**2-4 p.m.   Asian Pacific American Film Series**
5 Centimeters Per Second Japan, 2007, 62 min., Makoto Shinkai.
Celebrating APA Heritage Month,  the Mayor's Office on Asian and Pacific Islander Affairs, APA Film, and ADV Films presents the Japanese animated film, 5 Centimeters Per Second, subtitled "a chain of short stories about their distance."
The movie is composed of three short movies : 'The Chosen Cherry Blossoms' , 'Cosmonaut' and '5 Centimeters per Second'

**6-8 p.m.  Mayor Fenty's Asian & Pacific Islander  Heritage Month Celebration: Celebrating API Community Service**
Join Mayor Adrian Fenty and the Washington community as we celebrate Asian & Pacific Islander (API) Heritage Month in the District.  API Heritage Month celebrates the contributions of the APIs to American society. The celebration will honor community members and District employees who have shown outstanding service to the API community. You'll also be treated to the dynamic performances from the Dana Tai Soon Burguess and Co., Fairfax Chinese Dance Troupe and other API Cultural performers. This celebration is a great opportunity for you and your family to join Mayor Fenty and the Washington community in celebrating API Heritage Month.

**Saturday, May 31**
**11a.m - 1 p.m. and 2-4 p.m.   Asian Pacific American Film Series**
5 Centimeters Per Second Japan, 2007, 62 min., Makoto Shinkai.
Celebrating APA Heritage Month,  the Mayor's Office on Asian and Pacific Islander affairs, APA Film, and ADV Films presents the Japanese animated film, 5 Centimeters Per Second, subtitled "a chain of short stories about their distance."
The movie is composed of three short movies : 'The Chosen Cherry Blossoms' , 'Cosmonaut' and '5 Centimeters per Second'

CALENDAR OF EVENTS

 

**Adrian M. Fenty**  **Soohyun "Julie" Koo**
Mayor  Director

 

**OTHER PARTNERS:**

