**16**

GOVERNMENT OF THE DISTRICT OF COLUMBIA



EXECUTIVE OFFICE OF THE MAYOR
OFFICE ON LATINO AFFAIRS

*Adrian M. Fenty*  *Mercedes Lemp*
*Mayor*  *Director*

## NEWS FROM THE OFFICE ON LATINO AFFAIRS (OLA)

**Eventos Comunitarios**
**Community Events and Meetings***
**May 1st – May 15th 2008**
◊
**1.° de mayo – 15 de mayo de 2008**

| Fecha y Hora<br><br>Date & Time | Evento y Lugar<br><br>Event & Location | Breve descripción<br><br>Description | Para más información comuníquese con:<br>Contact Information |
|---|---|---|---|
| **Viernes 2 de mayo**<br>**5:30p.m. – 8:30p.m.**<br><br><br><br>**Friday, May 2nd**<br>**5:30PM – 8:30PM** | *Fútbol Club*—Centro Comunitario de *Columbia Heights*—*1480 Girard Street, NW)*<br><br>*Soccer Club* Season—Columbia Heights Community Center—1480 Girard Street, NW) | Ha iniciado la nueva temporada de *Fútbol Club* para jóvenes de entre 12 y 18 años por lo que se les invita a participar del 25 de abril al 8 de agosto.<br><br>The new season of *Club Soccer* has begun! It is taking place from April 25th to August 8th. All youth of 12 to 18 years old, are invited to participate every Friday evening. | Cecilia Arce<br>(202) 671-2823<br><br>Didier Sinisterra<br>(202) 671-3005 |
| **Jueves 8 de mayo**<br>**4:00p.m. 6:00p.m.**<br><br><br><br>**Thursday, May 8th**<br>**4PM – 6PM** | Reunión del *Comité de Jóvenes Latinos*—Oficina del Alcalde para Asuntos Latinos, OLA—2000 14th St., NW, 2.° Piso)<br><br>Organizational meeting for the *Latino Youth Committee*—Office on Latinos Affairs, OLA—2000 14th St., NW, 2nd floor) | Reunión de preparación del *Comité de Jóvenes Latinos* que será formado como resultado de la *1.ª Cumbre de la Juventud Latina de DC* que se llevo a cabo el 29 de febrero de 2008.<br><br>Organizational meeting to form the *Latino Youth Committee*, which will be organized as a result of the *First DC Mayor's Latino Youth Summit* that took place on February 29th 2008. | Didier Sinisterra<br>(202) 671-3005 |

| Viernes 9 de mayo 5:30p.m. – 8:30p.m. | *Fútbol Club*—Centro Comunitario de *Columbia Heights*—*1480 Girard Street, NW*) | Ha iniciado la nueva temporada de *Fútbol Club* para jóvenes de entre 12 y 18 años por lo que se les invita a participar del 25 de abril al 8 de agosto. | Cecilia Arce (202) 671-2823  Didier Sinisterra (202) 671-3005 |
|---|---|---|---|
| Friday, May 9th 5:30PM – 8:30PM | *Soccer Club* Season— Columbia Heights Community Center—1480 Girard Street, NW) | The new season of *Club Soccer* has begun! It is taking place from April 25th to August 8th. All youth ages 12 to 18 years old are invited to participate every Friday evening. | |

*Thanks to OAPIA for allowing us to use their upcoming community events format. INFORMATION CAN ALSO BE VIEWED AT OLA Agency Calendar:
http://app.calendar.rrc.dc.gov/monthView.aspx?cdlCalendars=45&agencyUrl=http://ola.dc.gov

# JOB ANNOUNCEMENTS

**DCRA**

■ **Department of Consumer and Regulatory Affairs—DS-301-09** ($41,923–$53,983)—**Program Support Specialist—Closing Date: May 28, 2008—First Screening Date: May 9, 2008**—Open to the General Public—**Promotion Potential**: DS-11—**Brief Description of Duties**: This position is located in the Department of Consumer and Regulatory Affairs, Office of the Tenant Advocate. Incumbent serves as a Program Support Specialist, responsible for providing program and administrative support for the assigned office. Performs special projects and prepares comprehensive reports on studies and other special assignments. Participates in the identification of the need for planning, organizing, and conduct of analytical studies based on examination of management needs. These studies involve researching issues, analyzing and presenting results, and recommending administrative strategies or changes in internal operating procedures to incorporate new requirements. Assists the supervisor in improving effectiveness in meeting schedules, deadlines, priorities and production goals. **Selective Placement Factor #1**: BILINGUAL STRONGLY PREFERRED (SPANISH). **Specialized Experience**: Experience that equipped the applicant with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled. To be creditable, at least one (1) year of specialized experience must have been equivalent to at least the next lower grade level in the normal line of progression for the occupation in the organization. **Substitution of Education**: A substitution of education for required experience will be allowed as defined in OPM's Qualification Standards. However, in order to receive credit, applicants must submit official proof of educational attainment at the time of application. **Submission of Ranking Factors**: The following ranking factors will be used in the evaluation process. All applicants MUST respond to the ranking factors. Please respond specifically to the ranking factor(s) by either typing directly into the free form area provided on the application form, or by pasting from a text document. Please describe specific incidents of sustained achievements from your experience that show evidence of the level at which you are applying. You may refer to any experience, education, training, awards, outside activities, etcetera that include the degree to which you possess the job related knowledge, skills and abilities described in the ranking factors. The information given in response to the ranking factors should be complete and accurate to the best of your knowledge. FAILURE TO RESPOND TO ALL RANKING FACTORS WILL ELIMINATE YOU FROM CONSIDERATION. **Ranking Factor #1**: Knowledge of the mission, function and operational policies and procedures of the Department of Consumer and Regulatory Affairs, Office of the Tenant Advocate to effectively, accurately and expeditiously complete work assignments in concert with established operational objectives. **Ranking Factor #2**: Knowledge of pertinent

laws, regulations, codes and practices designed to appropriately resolve problems, make sound recommendations, and provide information to support recommendations for consumers, residents, visitors, and businesses of the District. **Ranking Factor #3**: Knowledge of, and skill in applying analytical and evaluative methods and techniques to resolve problems, make sound recommendations, and provide information to support recommendations. **Ranking Factor #4**: Ability to effectively communicate with others both orally and in writing to assist with the formulation and presentation of report conclusions, explanation and interpretation of factual information, and to facilitate cohesive and cooperative efforts. **Where to Apply**: Candidates can apply online (www.dchr.dc.gov) by selecting "Apply for this job" in the vacancy announcement. Candidates may also apply in person by completing a DC 2000 job application at the D.C. Office of Human Resources located at the Reeves Center: 2000 14th Street, N.W.; 4th Floor; Washington, D.C. 20009. DC 2000 employment applications may also be mailed to the Reeves Center address by the closing date of the position. **Contact Information**: All inquiries related to employment and job applications should be directed to HR Answers at (202) 442-9700. **Job Offers**: Official Job Offers are made by the D.C. Department of Human Resources. **EEO Statement**: The District of Columbia Government is an Equal Opportunity Employer.



■ **District Alliance for Safe Housing, Inc (DASH) — Housing Resource Program Director —Open Until Filled. Program Description**: The District Alliance for Safe Housing, Inc. (DASH) is a newly formed nonprofit agency that works to ensure safe and sustainable refuge for victims of domestic violence in the District of Columbia through the development and management of emergency and transitional housing and supporting other community-based organizations to develop housing for victims as well. **Report to**: Executive Director. **Responsibilities**: Provides support and expertise to the design and development of a newly developed program providing training and housing resource expertise to victims and the greater community. This is a first line supervisory position involving supervisory and program participant responsibilities. **Duties** are as follows:

- Participate in all areas of program and policy development and design of the Housing Resource Program and participate in planning of overall agency development;
- Supervise and manage all activities of the Housing Resource Program at the new Lighthouse Victim Service Center and the functions of the Housing Resource Specialists;
- Generate resources in the area of housing, including: researching available affordable and supportive housing options; developing relationships with landlords, brokers and housing programs; acting as a liaison to other agencies and attending related meetings regarding housing issues for homeless populations and educating the community on changing policy as it relates to victim access to affordable housing;
- Troubleshoot technical housing issues as they arise with staff, victim advocates, and victims accessing housing programs;
- Develop resource material and content for the Housing Resource Center Online website;
- Design and conduct trainings and quarterly summits for staff and partner agencies;
- Perform other duties which contribute to the running of the worksite, including ordering equipment and supplies;
- Managing and supervising the activities of student interns and volunteers as needed;
- Completing program reporting and evaluation/statistical monitoring; and,
- Other related duties as assigned.

**Qualifications:** A Master's Degree and five years work experience are required (education and or work experience may be substituted for these requirements). Knowledge of Microsoft Word and Excel, good oral and written communication skills, knowledge of and sensitivity to domestic

violence, child abuse and neglect, substance abuse, and sexual abuse. Comfortable working within a newly formed and evolving program. Fluency in a foreign language a plus.
**To Apply:** Email cover letter plus resume to info@dashdc.org (please put title of position on subject line). No phone calls please. No fax please.

■ **Carlos Rosario International Career Center— Nursing Instructor**
There is an immediate opening for a Nursing Instructor position available at Carlos Rosario Public Charter School. We encourage qualified applicants to apply. Carlos Rosario Public Charter School serving DC adult immigrants has an immediate need for a nurse to help design a Certified Nursing Assistant program. The eligible candidate must have a BSN degree and 1 year teaching experience (experience working with adult immigrants will be preferred). A minimum of 2 years clinical nursing experience required. The applicant must be licensed by the District of Columbia. One year of supervisory experienced is also preferred.   We offer a flexible schedule—20 hours/week, a competitive salary and excellent working conditions. Please send salary requirements and resume to the attention of Ms. Martha Pleshaw at mpleshaw@carlosrosario.org or via fax to 202-232-6442.

■ **Payless ShoeSource—Store Manager Trainee** and **Store Associates** needed for new store located at 3100 14th Street NW, Washington, DC—Do you love shoes? Do you love to shop? Do you love making people smile? Payless ShoeSource may be the perfect fit for you! We are looking for passionate, energetic individuals who love fashion and would like to work in a new store environment. Payless ShoeSource, a $2.66 billion company, has openings for a Store Manager Trainee in the Washington, DC area. The candidate should have some college completed, and retail supervisory experience. **Bilingual speaking candidates are encouraged to apply.** The pay and benefits are competitive and, with over 4500 locations, there is plenty of room for career advancement. Full time and Part time positions are available as well. Become a part of the future of Payless. For more information, visit www.careersatpayless.com or send your resume to the attention of: Steve_Rooney@payless.com

# COMMUNITY ANNOUNCEMENTS

■ **The Mayor's Office on Asian and Pacific Islander** Affairs invites you to the **3rd Annual Youth Sidewalk Chalk Contest** to take place on May 3rd from 12:00 noon to 3:00p.m at the Historical Society of Washington DC located at 801 K Street, NW (Across from the Washington Convention Center). For more information, please contact the Mayor's Office on Asian and Pacific Islander Affairs at (202) 727-9883. Participation is free, but there are limited spaces available, so please call the agency to register.

■ **Catholic Charities**—Clase de entrenamiento para el mantenimiento de edificios—Las clases se llevarán a cabo del 7 de junio al 3 de agosto de 2008 todos los sábados de las 9a.m a las 3p.m. y los domingos de las 10a.m a las 3p.m. El entrenamiento de ocho

semanas se dará completamente gratis. Para obtener información adicional, llame al (202) 772-4307 y pregunte por la Sra. Whitney, o al (301) 254-9928 y pregunte por Juan.

Los beneficios que obtendrá al tomar esta clase:

- Aprenderá acerca del mantenimiento básico de edificios, carpintería, plomería, electricidad, aire acondicionado, calefacción.

- Le enseñaran instructores con amplio conocimiento en mantenimiento y administración de edificios.

- Conocerá una carrera con muchos beneficios, entrenamiento y posibilidades de crecer.

- Aprenderá también matemáticas en construcción y sabrá hacer una lectura de planos.

- Obtendrá conocimientos de computación básica y utilización del Internet para buscar trabajo.

- Recibirá asistencia en la elaboración de su hoja de vida (CV).

**¡Venga e inscríbase!**

**Requisitos**: Ser residente del Distrito de Columbia–Hablar y entender inglés básico, y estar interesado en trabajar con herramientas de construcción. **Los fondos para este programa han sido suministrados por la Oficina del Alcalde para Asuntos Latinos (OLA, por sus siglas en inglés).**