**17**




























