IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | |
| ) | Civil Action No. _____ |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

This matter is before the Court on the Plaintiffs' motion for the entry of a Temporary Restraining Order and Preliminary Injunction, enjoining, restraining and prohibiting the defendants and persons in active concert with them from arresting the Plaintiffs, threatening to arrest them, or interfering with their conduct of a demonstration on Saturday, January 24, 2009, on the paved portion of the 1600 block of Pennsylvania Avenue, between 15th Street, NW and 17th Street, NW, in Washington, the District of Columbia.

Having considered the papers on the motion and the arguments of counsel, it is

**ORDERED** that the motion for a Temporary Restraining Order is **GRANTED**; and it is further

**ORDERED** that Defendants and all others having actual notice of this Order and who are acting in concert with the Defendants, shall not prevent or hinder Reverend Mahoney, Kaitlin Clare Mahoney, the Christian Defense Coalition, Cheryl Conrad, and Survivors of the Abortion Holocaust from conducting a demonstration on the paved portion of the 1600 block of Pennsylvania Avenue, between 15th Street, NW and 17th Street, NW, in Washington, the District of Columbia on January

24, 2009; and it is

**ORDERED** that this Temporary Restraining Order shall terminate at _____, January 24, 2009; and it is

**ORDERED** that this Temporary Restraining Order shall issue without payment of security or bond by the Plaintiffs; and it is

**ORDERED** that this matter shall be set down for further hearing on the preliminary injunction motion on _____ _____, 2009.

SO ORDERED

DATED: _____

_____
United States District Judge

CC:

Hon. Adrian M. Fenty
Mayor, District of Columbia
Executive Office of the Mayor
1350 Pennsylvania Avenue, NW
Suite 310
Washington, DC 20004

Peter J. Nickles, Attorney General
Thomas L. Koger,
 Senior Assistant Attorney General
Office of the Attorney General for the District
 of Columbia
441 4th Street, NW, Suite 1060 N
Washington, DC 20001

James Matthew Henderson Sr.
Carly F. Gammill
The American Center for Law and Justice
201 Maryland Avenue NE
Washington, DC 20002