UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REVEREND PATRICK J. MAHONEY, *et al.*, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :Civil Action No. 09-105 (ESH) |
| | : |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| | : |
| Defendants. | : |

NOTICE OF FILING OF "BULKY" dvd EXHIBIT

Pursuant to the procedure for filing documents electronically, this Notice serves as notification of the filing of a dvd comprising Exh. A to the Motion Of Defendants District Of Columbia And Chief Of Police Cathy L. Lanier (Sued Solely In Her Official Capacity)To Dismiss The Complaint Or, In The Alternative, For Summary Judgment (Doc. 17).

The exhibit will be filed on March 18, 2009 in the Clerk's Office, and will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m. Monday through Friday.[1]

Respectfully submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Deputy Attorney General
Civil Litigation Division
441 Fourth Street, N.W., 6th Floor South

---

[1]     Copies of Exh. A are being delivered to plaintiffs' counsel and Chambers by hand.

Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 741-05908


 /s/ Thomas L. Koger
THOMAS L. KOGER, D.C. Bar No. 427921
Senior Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 727-64170
Facsimile: (202) 741-5908
thomas.koger@dc.gov


 /s/ Chad W. Copeland
CHAD W. COPELAND, D.C. Bar No. 982119
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 727-64170
Facsimile: (202) 741-5908


*Counsel for Defendants District of Columbia and
Chief of Police Cathy L. Lanier in her official capacity*