UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK MAHONEY, *et al.*,

    Plaintiffs,

    -vs-                                   Civil Action No. 09-105 (ESH)

THE DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

## PLAINTIFF REVEREND PATRICK MAHONEY'S THIRD DECLARATION

I, Patrick Mahoney, hereby declare under the penalties of perjury of the law of the District of Columbia:

1. I am a plaintiff in the above-captioned action.

2. I make this declaration on personal knowledge of the facts contained therein.

3. On April 27, 2009, George Washington University ("GWU"), and/or its agents, servants or employees, with permission from the Government of the District of Columbia, closed H Street NW, between 21st Street NW and 22nd Street NW, to vehicular traffic.

4. GWU closed that portion of H Street NW to conduct its 2009 observance of an annual campus event.

5. For that event, GWU encouraged students to use chalk to create images and messages on the roadbed of H Street NW.

6. The campus Counseling Center provided the chalk used by participants.

7. I learned, by reviewing an online calendar maintained by GWU, that GWU planned to sponsor a student event in the roadbed of H Street NW.

8. The event ran from 11:30 a.m. until 2:30 p.m.

9. I arrived at the chalk event at about 11:45 a.m., on April 27, 2009.

10. I brought a digital camera with me to record photographic images of any chalk art and messages being marked on the roadbed of H Street.

11. During the time that I spent observing the GWU event, I took several photographs.

12. Those photographs are attachments 1 through 31 hereto.

13. The photographs are imprinted incorrectly with a date of "12/10/2008," that date on which I took each of these photographs was, in fact, April 27, 2009.

14. The photographs show the broad variety of students chalking images and messages, and the diversity of those images and messages.

15. At the conclusion of the GWU event, no clean up of chalk images and words took place.

16. After the event, as I could see, chalk images and messages remained on the street roadbed.

FURTHER YOUR DECLARANT sayeth not.

I, Reverend Patrick Mahoney, in accord with Title 17 U.S.C. § 1726, hereby declare under the penalty of perjury of the District of Columbia that the foregoing statement, and the factual assertions contained therein, are true and correct.

This 20th day of April, 2009.

_____
Reverend Patrick Mahoney

# ATTACHMENT 1

