# ATTACHMENT 2



# ATTACHMENT 3

