# ATTACHMENT 4



12/10/2008

# ATTACHMENT 5



12/10/2008