# ATTACHMENT 6



# ATTACHMENT 7

