# ATTACHMENT 8



# ATTACHMENT 9

12/10/2008