**ATTACHMENT 10**



# ATTACHMENT 11

