**ATTACHMENT 12**

12/10/2008

# ATTACHMENT 13

