# ATTACHMENT 14



# ATTACHMENT 15

