# ATTACHMENT 16



# ATTACHMENT 17

