# ATTACHMENT 18



# ATTACHMENT 19

