# ATTACHMENT 20



# ATTACHMENT 21



Case 1:09-cv-00105-ESH  Document 24-12   Filed 03/06/09   Page 4 of 4