**ATTACHMENT 22**



# ATTACHMENT 23

