# ATTACHMENT 24



# ATTACHMENT 25

Case 1:09-cv-00105-ESH   Document 24-14    Filed 05/06/09   Page 4 of 4

