# ATTACHMENT 26



# ATTACHMENT 27

