# ATTACHMENT 28



# ATTACHMENT 29



12/10/2008