# ATTACHMENT 30



# ATTACHMENT 31

