UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK MAHONEY** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   Civil Action No. 09-105 (ESH) ) |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendants Motion to Dismiss the Complaint or, in the Alternative, for Summary Judgment [Dkt. 17] is granted. The above-captioned case is dismissed with prejudice.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   September 30, 2009